Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Diamond Renovations, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  4 7 – 3 4 3 7 7 8 2

**4. Debtor's address**

**Principal place of business**

**9227 Live Oak Ln**
Number      Street

**Fort Worth, TX 76179**
City                              State      ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number          Street

City                                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                                        State      ZIP Code

**5. Debtor's website (URL)**   **diamondr-r.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Diamond Renovations, Inc.**                                    Case number *(if known)*
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2   3** __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.　Debtor _____  Relationship _____

　　　　　District _____  When _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

Debtor   **Diamond Renovations, Inc.** _____   Case number *(if known)* _____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | **Diamond Renovations, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/30/2025**
MM/  DD/  YYYY

**X**   **/s/ Randall Cryer**                           **Randall Cryer**
Signature of authorized representative of debtor        Printed name

Title   **Vice President**

**18. Signature of attorney**

**X**   **/s/ Clayton L. Everett**          Date   **06/30/2025**
Signature of attorney for debtor                 MM/  DD/  YYYY

**Clayton L. Everett**
Printed name

**Norred Law, PLLC**
Firm name

**515 E. Border**
Number       Street

**Arlington**                          **TX**       **76010**
City                                   State      ZIP Code

**(817) 704-3984**                     **clayton@norredlaw.com**
Contact phone                          Email address

**24065212**                           **TX**
Bar number                             State

**Fill in this information to identify the case:**

Debtor Name  **Diamond Renovations, Inc.**

United States Bankruptcy Court for the:  **Northern**  District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **EECU** | **Checking account** | **2 7 1 0** | **$44,922.28** |
   | 3.2. **JP Morgan Chase** | **Checking account** | **0 5 0 0** | **$7,137.49** |
   | 3.3. **Pinnacle** | **Checking account** | **0 9 3 4** | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | $53,059.77 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Diamond Renovations, Inc.**                                          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 7.1 | _____ | | _____ |
| 7.2 | _____ | | _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.1 | _____ | | _____ |
| 8.2 | _____ | | _____ |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $93,155.00 | - | unknown | =.....➜ | $93,155.00 |
| 11b. Over 90 days old: | $166,159.28 | - | $56,750.00 | =.....➜ | $109,409.28 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$202,564.28

---

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

---

Debtor   **Diamond Renovations, Inc.** _____   Case number *(if known)* _____
   Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

---

Debtor   **Diamond Renovations, Inc.**
         _____          Case number *(if known)* _____
         Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

[_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **Diamond Renovations, Inc.**
         Name                                                    Case number *(if known)*

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | OSP Gray L-Shape Desk, $150.00, OSP Gray L-Shape Desk, $150.00, OSP Gray 7' Tall Bookcase, $75.00, OSP Gray 7' Tall Bookcase, $75.00 and office chairs | $600.00 | eBay | $600.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Office equipment-HP 23-q114, $138.95 HP 24-n014, $143.79 HP Office Jet 9015e, $100.00 HP Office Jet 9015e, $100.00 Ipad A2603, $200.00 Ipad A2603, $200.00 | $1,082.74 | eBay | $1,082.74 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $1,682.74 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2022 Chevrolet 2500HD** | $30,000.00 | Kelley Blue Book | $30,000.00 |

Debtor   **Diamond Renovations, Inc.**                                    Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 47.2 **2023 Chevrolet 3500HD** | $50,000.00 | **Kelley Blue Book** | $50,000.00 |
| 47.3 **2020 Toyota Tundra** | $20,000.00 | **Kelley Blue Book** | $20,000.00 |
| 47.4 **2021 Jeep Wrangler** | $30,000.00 | **Kelley Blue Book** | $30,000.00 |
| 47.5 **2021 Toyota Tacoma** | $33,000.00 | **Kelley Blue Book** | $33,000.00 |
| 47.6 **2016 Texoma 16' trailer** | unknown | | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2017 Polaris Ranger XP 900 Side by Side** | $8,000.00 | **Facebook Marketplace** | $8,000.00 |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2022 Kubota MX5400 HST / Serial Number: 108450594** | $32,000.00 | **Tractor House** | $32,000.00 |
| **2015 Skyjack Scissor Lift** | $6,308.66 | **eBay** | $5,000.00 |
| **2018 Texoma 18' Trailer** | $2,000.00 | **Facebook Marketplace** | $2,000.00 |
| **2023 PJ Gooseneck Trailer** | $7,500.00 | **Facebook Marketplace** | $7,500.00 |
| **2021 TX Pride Dump Trailer** | $6,000.00 | **Facebook Marketplace** | $6,000.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $225,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Diamond Renovations, Inc.**                          Case number *(if known)* _____
    Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial office space /** 927 Live **Oak Ln Fort Worth, TX 76179** | **Leasehold** | **unknown** | | **$0.00** |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **diamondr-r.com** | **unknown** | | **$100.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.    **$100.00**

Debtor   **Diamond Renovations, Inc.**                                Case number *(if known)* _____
             Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➜   _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                          _____

    **Nature of claim**       _____

    **Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                          _____

    **Nature of claim**       _____

    **Amount requested**      _____

---

Debtor   **Diamond Renovations, Inc.**                                    Case number *(if known)*
         Name

| 76. | **Trusts, equitable or future interests in property** | |
| --- | --- | --- |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| --- | --- | --- |

78.   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $53,059.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $202,564.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,682.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $225,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $482,406.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ | | $482,406.79 |

Fill in this information to identify the case:

Debtor name **Diamond Renovations, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Cadence Bank**

**Creditor's mailing address**

**Attn: Central Loan Operations**

**PO Box 4360**

**Tupelo, MS 38803**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **10/12/18**

**Last 4 digits of account number**    5  7  3  2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   **See continuation page.**

**Describe debtor's property that is subject to a lien**

Office equipment-HP 23-q114, $138.95 HP 24-n014, $143.79 HP Office Jet 9015e, $100.00 HP Office Jet 9015e, $100.00 HP Office Jet 9015e, $100.00 Ipad A2603, $200.00 Ipad A2603, $200.00 , OSP Gray L-Shape Desk, $150.00, OSP Gray L-Shape Desk, $150.00, OSP Gray 7' Tall Bookcase, $75.00, OSP Gray 7' Tall Bookcase, $75.00 and office chairs, 2022 Chevrolet 2500HD, 2023 Chevrolet 3500HD, 2020 Toyota Tundra, 2021 Jeep Wrangler, 2021 Toyota Tacoma, 2015 Skyjack Scissor Lift , 2023 PJ Gooseneck Trailer, 2021 TX Pride Dump Trailer, 2018 Texoma 18' Trailer, 2017 Polaris Ranger XP 900 Side by Side, 2016 Texoma 16' trailer, Accounts receivable, Accounts receivable , diamondr-r.com, EECU, JP Morgan Chase, 2022 Kubota MX5400 HST

**Describe the lien**

**SBA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | $54,203.61 | $481,406.79 |
| --- | --- | --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $301,392.29

Debtor    **Diamond Renovations, Inc.**

Name                                                          Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**DATCU**

**Creditor's mailing address**

**PO Box 827**

**Denton, TX 76202**

**Creditor's email address, if known**

_____

Date debt was incurred    **3/31/22**

Last 4 digits of account
number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors
is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

2021 Jeep Wrangler                                    $38,633.17          $30,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Diamond Renovations, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**EECU**

**Describe debtor's property that is subject to a lien**

2022 Chevrolet 2500HD

$43,896.46

$30,000.00

**Creditor's mailing address**

**717 E Bailey Boswell Rd**

**Fort Worth, TX 76179**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**    **11/11/2023**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Diamond Renovations, Inc.**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4**  **Creditor's name**

**EECU**

**Describe debtor's property that is subject to a lien**

2023 Chevrolet 3500HD

**$55,909.70**          **$50,000.00**

**Creditor's mailing address**

**717 E Bailey Boswell Rd**

**Fort Worth, TX 76179**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   01/23/23

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☑ Yes. The relative priority of creditors is specified on lines __2.1__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Diamond Renovations, Inc.**
Name                                                    Case number (if known)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**EECU**

**Describe debtor's property that is subject to a lien**

2021 Toyota Tacoma                    $35,549.11         $33,000.00

**Describe the lien**

**Creditor's mailing address**

**1617 W. 7th St**

**Fort Worth, TX 76102**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     12/09/2022

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   **2.1**

Debtor **Diamond Renovations, Inc.** _____     Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** **Creditor's name**

**Kubota Credit**

**Creditor's mailing address**

**PO Box 559**

**Carol Stream, IL 60132**

**Creditor's email address, if known**

_____

**Date debt was incurred**    05/10/2023

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Describe debtor's property that is subject to a lien**

2022 Kubota MX5400 HST                              $45,491.58              $32,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Diamond Renovations, Inc.** _____   Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** **Creditor's name**

**Synchrony Bank**

**Creditor's mailing address**

**170 W. Election Rd**

**Draper, UT 84020**

**Creditor's email address, if known**

_____

**Date debt was incurred**   01/01/2022

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

2017 Polaris Ranger XP 900 Side by Side

**$10,200.00**   **$8,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Diamond Renovations, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Toyota Financial**

**Creditor's mailing address**

**6565 Headquarters Dr**

**Plano, TX 75024**

**Creditor's email address, if known**

_____

Date debt was incurred   **07/17/20**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

2020 Toyota Tundra                                        **$11,200.00**   **$20,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Diamond Renovations, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

**Wells Fargo Equipment**

**Creditor's mailing address**

**800 Walnut St 4th Floor**

**Des Moines, IA 50309**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **01/19/2024**

**Last 4 digits of account**   **1  0  0  0**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

2015 Skyjack Scissor Lift

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$6,308.66**    Column B: **$5,000.00**

Debtor  **Diamond Renovations, Inc.**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---|---|

| **2.1** | Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | **Cadence Bank** | For 2022 Chevrolet 2500HD: 1) EECU; **2) Cadence Bank**; For 2023 Chevrolet 3500HD: 1) EECU; **2) Cadence Bank**; For 2020 Toyota Tundra: 1) Toyota Financial; **2) Cadence Bank**; For 2021 Jeep Wrangler: 1) DATCU; **2) Cadence Bank**; For 2021 Toyota Tacoma: 1) EECU; **2) Cadence Bank**; For 2015 Skyjack Scissor Lift : 1) Wells Fargo Equipment ; **2) Cadence Bank**; For 2017 Polaris Ranger XP 900 Side by Side: 1) Synchrony Bank; **2) Cadence Bank**; For 2022 Kubota MX5400 HST : 1) Kubota Credit ; **2) Cadence Bank** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Diamond Renovations, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                           **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __ | Is the claim subject to offset? ☐ No ☐ Yes | | |

| Debtor | **Diamond Renovations, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

PO Box 96001

Los Angeles, CA 90096

Date or dates debt was incurred **2021**

Last 4 digits of account number **1 0 0 3**

As of the petition filing date, the claim is: **$12,263.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**American Express**

PO Box 96001

Los Angeles, CA 90096

Date or dates debt was incurred **2021**

Last 4 digits of account number **2 0 0 4**

As of the petition filing date, the claim is: **$40,703.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**

PO Box BOX 851001

Dallas, TX 75285

Date or dates debt was incurred _____

Last 4 digits of account number **7 8 0 0**

As of the petition filing date, the claim is: **$7,461.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

**Chase Business Ink**

PO Box 1423

Charlotte, NC 28201

Date or dates debt was incurred **02/01/2025**

Last 4 digits of account number **3 9 2 8**

As of the petition filing date, the claim is: **$52,716.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Diamond Renovations, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,213.41
| **Citi Business Card** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 6004** | ☐ Unliquidated |
| **Sioux Falls, SD 57117** | ☐ Disputed |
| | **Basis for the claim:**  Credit card purchases |
| Date or dates debt was incurred    **2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **6  9  6  4** | ☐ Yes |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,023.06
| **Citi Costco Business** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 658234** | ☐ Unliquidated |
| **Dallas, TX 75265** | ☐ Disputed |
| | **Basis for the claim:**  Credit Card |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **9  3  4  2** | ☐ Yes |

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,273.36
| **Citi Executive** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box Box 658202** | ☐ Unliquidated |
| **Dallas, TX 75265** | ☐ Disputed |
| | **Basis for the claim:**  Credit Card |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **3  5  6  0** | ☐ Yes |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,376.94
| **CitiBank Personal Loan** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 78917** | ☐ Unliquidated |
| **Phoenix, AZ 85062** | ☐ Disputed |
| | **Basis for the claim:**  Credit Card |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **0  3  6  5** | ☐ Yes |

---

| Debtor | **Diamond Renovations, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Citibank/The Home Depot**

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

**S Louis, MO 63129**

Date or dates debt was incurred _____

Last 4 digits of account number **7  3  7  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$41,980.62

---

**3.10** Nonpriority creditor's name and mailing address

**Discover**

**PO Box 71242**

**Charlotte, NC 28272**

Date or dates debt was incurred _____

Last 4 digits of account number **3  0  3  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,736.77

---

**3.11** Nonpriority creditor's name and mailing address

**EECU**

**717 E Bailey Boswell Rd**

**Fort Worth, TX 76179**

Date or dates debt was incurred **01/10/2021**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$40,611.96

---

**3.12** Nonpriority creditor's name and mailing address

**EECU Signature Fixed Loan**

**PO Box 1687**

**Fort Worth, TX 76101**

Date or dates debt was incurred _____

Last 4 digits of account number **7  2  5  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$17,736.12

---

Debtor   **Diamond Renovations, Inc.**
　　　　Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,204.07 |

**FNBO**

**1620 Dodge Street**

**Omaha, NE 68197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Credit Card**

Last 4 digits of account number **9  6  0  0**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,299.52 |

**Home Depot Commercial**

**PO Box 790345**

**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **2020**

**Basis for the claim:** **Purchase money**

Last 4 digits of account number **4  4  6  4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,673.17 |

**Lowes Business Advantage**

**PO Box 669824**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Credit Card**

Last 4 digits of account number **7  5  8  4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,000.00 |

**Mulligan Funding**

**4715 Viewridge Ave #100**

**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **02/07/2024**

**Basis for the claim:** **Merchant cash advance**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Diamond Renovations, Inc.**

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

**National Funding**

**4380 La Jolla Village Dr**

**San Diego, CA 92122**

Date or dates debt was incurred    **03/21/24**

Last 4 digits of account number    **0  2  0  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant cash advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

$184,500.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

**On Deck**

**4700 W Daybreak Pkwy Ste 200**

**South Jordan, UT 84009**

Date or dates debt was incurred    **03/18/24**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

$88,000.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

**US Bank**

**PO Box 6353**

**Fargo, ND 58125**

Date or dates debt was incurred

Last 4 digits of account number    **4  3  4  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,043.76

| Debtor | **Diamond Renovations, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$759,817.06** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$759,817.06** |

**Fill in this information to identify the case:**

Debtor name    **Diamond Renovations, Inc.**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (If known):    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease** | **Bratton Real Estate** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **3916 Westway Terrace** |
| | | **Month to month** | **Fort Worth, TX 76179** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Office** | **Shocking C** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **927 Live Oak Ln** |
| | | **Month to month** | **Fort Worth, TX 76179** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Diamond Renovations, Inc.**                                      Case number (if known) _____
             Name

████   Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Diamond Renovations, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1 Cryer, Angie** | **9656 Houston Hill Rd** <br> Street <br><br> **Fort Worth, TX 76179** <br> City    State    ZIP Code | **EECU** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2 Cryer, Randall** | **9656 Houston Hill Rd** <br> Street <br><br> **Fort Worth, TX 76179** <br> City    State    ZIP Code | **DATCU** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Synchrony Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Kubota Credit** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cadence Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **National Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **On Deck** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Mulligan Funding** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   **Diamond Renovations, Inc.**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **EECU** | ☐ D  ☑ E/F  ☐ G |
| | | **Chase Business Ink** | ☐ D  ☑ E/F  ☐ G |
| | | **American Express** | ☐ D  ☑ E/F  ☐ G |
| | | **Citi Business Card** | ☐ D  ☑ E/F  ☐ G |
| | | **US Bank** | ☐ D  ☑ E/F  ☐ G |
| | | **American Express** | ☐ D  ☑ E/F  ☐ G |
| | | **Home Depot Commercial** | ☐ D  ☑ E/F  ☐ G |
| | | **Citi Executive** | ☐ D  ☑ E/F  ☐ G |
| | | **Lowes Business Advantage** | ☐ D  ☑ E/F  ☐ G |
| | | **Bank of America** | ☐ D  ☑ E/F  ☐ G |
| | | **Citi Costco Business** | ☐ D  ☑ E/F  ☐ G |
| | | **FNBO** | ☐ D  ☑ E/F  ☐ G |
| | | **Discover** | ☐ D  ☑ E/F  ☐ G |
| | | **EECU Signature Fixed Loan** | ☐ D  ☑ E/F  ☐ G |

Official Form 206H                    **Schedule H: Codebtors**

| Debtor | **Diamond Renovations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **CitiBank Personal Loan** | ☐ D ☑ E/F ☐ G |
| | | **Citibank/The Home Depot** | ☐ D ☑ E/F ☐ G |
| 2.3 **Randall Cryer** | **9656 Houston Hill Rd**<br>Street<br><br>**Fort Worth, TX 76179**<br>City        State        ZIP Code | **DATCU** | ☑ D ☐ E/F ☐ G |
| | | **Synchrony Bank** | ☑ D ☐ E/F ☐ G |
| | | **Kubota Credit** | ☑ D ☐ E/F ☐ G |
| | | **Cadence Bank** | ☑ D ☐ E/F ☐ G |
| | | **National Funding** | ☐ D ☑ E/F ☐ G |
| | | **On Deck** | ☐ D ☑ E/F ☐ G |
| | | **Mulligan Funding** | ☐ D ☑ E/F ☐ G |
| | | **EECU** | ☐ D ☑ E/F ☐ G |
| | | **Chase Business Ink** | ☐ D ☑ E/F ☐ G |
| | | **American Express** | ☐ D ☑ E/F ☐ G |
| | | **Citi Business Card** | ☐ D ☑ E/F ☐ G |

| Debtor | **Diamond Renovations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **US Bank** | ☐ D ☑ E/F ☐ G |
| | | **American Express** | ☐ D ☑ E/F ☐ G |
| | | **Home Depot Commercial** | ☐ D ☑ E/F ☐ G |
| | | **Citi Executive** | ☐ D ☑ E/F ☐ G |
| | | **Lowes Business Advantage** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Citi Costco Business** | ☐ D ☑ E/F ☐ G |
| | | **FNBO** | ☐ D ☑ E/F ☐ G |
| | | **Discover** | ☐ D ☑ E/F ☐ G |
| | | **EECU Signature Fixed Loan** | ☐ D ☑ E/F ☐ G |
| | | **CitiBank Personal Loan** | ☐ D ☑ E/F ☐ G |
| | | **Citibank/The Home Depot** | ☐ D ☑ E/F ☐ G |
| 2.4 **Taylor, Stephen Daniel** | **1572 Flying Jib** <br> Street <br> **Azle, TX 76020** <br> City    State    ZIP Code | **EECU** | ☑ D ☐ E/F ☐ G |
| | | **Toyota Financial** | ☑ D ☐ E/F ☐ G |

Debtor    **Diamond Renovations, Inc.**                                    Case number (if known) _____
Name

| Additional Page if Debtor Has More Codebtors |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **National Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **On Deck** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Mulligan Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **EECU** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Citibank/The Home Depot** | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name **Diamond Renovations, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*............................................................................................

    | $0.00 |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..........................................................................................

    | $482,406.79 |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*............................................................................................

    | $482,406.79 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $301,392.29 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

    | + $759,817.06 |

4. **Total liabilities**...........................................................................................................................................

    Lines 2 + 3a + 3b

    | $1,061,209.35 |

Fill in this information to identify the case:

Debtor name      **Diamond Renovations, Inc.**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

     ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$724,446.73** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,694,953.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,981,678.00** |

**2. Non-business revenue**

     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

     ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor  **Diamond Renovations, Inc.** _____ Case number *(if known)* _____

Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Randall Cryer**<br>Creditor's name<br>**9656 Houston Hill Rd.**<br>Street<br><br>**Fort Worth, TX 76179**<br>City          State     ZIP Code<br><br>Relationship to debtor<br>**Owner** | **See supplemental document 1** | **$62,019.72** | **Payroll-See supplemental document 1** |
| 4.2. **Stephen "Daniel" Taylor**<br>Creditor's name<br>**1572 Flying Jib**<br>Street<br><br>**Azle, TX 76020**<br>City          State     ZIP Code<br><br>Relationship to debtor<br>**Owner** | **See supplemental document 2** | **$56,730.06** | **Payroll-See supplemental document 2** |

Debtor    Case 25-42386-elm11    Doc 1    Filed 06/30/25    Entered 06/30/25 17:47:22    Desc Main
        Diamond Renovations, Inc.       Document     Page 41 of 60     Case number *(if known)*
        Name

| 4.3. | **Tommy Cryer** | **See** | **$20,834.00** | See supplemental document 3 |
|---|---|---|---|---|
| | Creditor's name | supplemental | | |
| | **3540 Meadow Oaks** | document 3 | | |
| | Street | | | |
| | | | | |
| | **Haltom City, TX 76117** | | | |
| | City     State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Father to owner Randall Cryer** | | | |

| 4.4. | **Kaden Taylor** | **See** | **$9,948.84** | See supplemental document 4 |
|---|---|---|---|---|
| | Creditor's name | supplemental | | |
| | **1572 Flying Jib** | document 4 | | |
| | Street | | | |
| | | | | |
| | **Azle, TX 76020** | | | |
| | City     State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Son of owner Stephen Daniel Taylor** | | | |

| 4.5. | **Randall Cryer** | **See** | **$19,500.00** | Equity payments-See supplemental document 5 |
|---|---|---|---|---|
| | Creditor's name | supplemental | | |
| | | document 5 | | |
| | Street | | | |
| | | | | |
| | City     State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner** | | | |

| 4.6. | **Stephen "Daniel" Taylor** | **See** | **$34,200.00** | Equity payments-See supplemental document 6 |
|---|---|---|---|---|
| | Creditor's name | supplemental | | |
| | **1572 Flying Jib** | document 6 | | |
| | Street | | | |
| | | | | |
| | **Azle, TX 76020** | | | |
| | City     State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor  **Diamond Renovations, Inc.**

Name

Case number *(if known)* _____

5.1. _____

Creditor's name

_____

Street

_____

_____

City          State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City      State    ZIP Code | XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **National Funding, Inc. v Diamond Renovations, Inc** | **Breach of Contract** | **Superior Court of Californica, County of Orange** <br> Name <br> **700 Civic Center Drive West** <br> Street <br><br> **Santa Ana, CA 92701** <br> City       State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **30-2025-01485004-CU-BC-CJC** | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Mulligan Funding v Diamond Renovations et al** | **Breach of Contract** | **District Court of the State of Utah** <br> Name <br> **450 South State Street** <br> Street <br> **Third Judicial District** <br><br> **Salt Lake City, UT 84114** <br> City       State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **240903774** | | | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Diamond Renovations, Inc.    Case number *(if known)*
_____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City    State    ZIP Code

| | Date of order or assignment | City    State    ZIP Code |
|---|---|---|

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City    State    ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Norred Law, PLLC** | **Attorney's Fee** | **04/30/2025** | **$10,000.00** |
| | Name | | | |
| | **Address** | | | |
| | **515 E. Border** | | | |
| | Street | | | |
| | **Norred Law, PLLC** | | | |
| | **Arlington, TX 76010** | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  **Diamond Renovations, Inc.**
_____  Case number *(if known)* _____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| **Address** |
|---|
| _____ |
| Street |
| _____ |
| _____ |
| City        State    ZIP Code |

| **Relationship to debtor** |
|---|
| _____ |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| _____ City        State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City        State    ZIP Code | _____ | *Check all that apply:*  ☐ Electronically  ☐ Paper |

---

Debtor    **Diamond Renovations, Inc.**                                    Case number *(if known)*
          Name

---

**Part 9:    Personally Identifiable Information**

16.  **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18.  **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City       State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

19.  **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    Diamond Renovations, Inc.

_____    Case number *(if known)* _____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Diamond Renovations, Inc.** _____    Case number *(if known)* _____

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City    State    ZIP Code | _____ | ☐ Concluded |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Diamond Renovations, Inc.**
_____    Case number *(if known)* _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>Name | _____ | **Dates business existed** |
| _____<br>Street | | From _____   To _____ |
| _____ | | |
| _____<br>City          State   ZIP Code | | |

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Kram Whittington, LLC**<br>Name | From _____   To _____ |
| **115 N Oak Ave**<br>Street | |
| | |
| **Mineral Wells, TX 76067**<br>City                State        ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   **Kram Whittington, LLC**<br>Name | From _____   To _____ |
| **Street** | |
| | |
| **Mineral Wells, TX 76067**<br>City                State        ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Randall Cryer**<br>Name | _____ |
| **9656 Houston Hill Rd**<br>Street | _____ |
| | _____ |
| **Fort Worth, TX 76179**<br>City                State        ZIP Code | |

Debtor  Diamond Renovations, Inc.

Case 25-42386-elm11    Doc 1    Filed 06/30/25    Entered 06/30/25 17:47:22    Desc Main
Document    Page 50 of 60    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Kram Whittington, LLC**
Name

**115 N Oak Ave**
Street

_____

**Mineral Wells, TX 76067**
City                            State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

**Taylor, Stephen Daniel**
Name

**1572 Flying Jib**
Street

_____

**Azle, TX 76020**
City                            State              ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                            State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

_____
City                            State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   Diamond Renovations, Inc.                                             Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Randall Cryer** | **9656 Houston Hill Rd Fort Worth, TX 76179** | Owner, | **50.00%** |
| **Taylor, Stephen Daniel** | **1572 Flying Jib Azle, TX 76020** | Owner, | **50.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | |
| | Name | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: \_ \_ – \_ \_ \_ \_ \_ \_ \_ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: \_ \_ – \_ \_ \_ \_ \_ \_ \_ |

**Part 14:** Signature and Declaration

Debtor    **Diamond Renovations, Inc.**                                    Case number *(if known)*
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/30/2025**
               MM/ DD/ YYYY

**X** **/s/ Randall Cryer**                          Printed name    **Randall Cryer**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

| Fill in this information to identify the case: |
| --- |
| Debtor name            **Diamond Renovations, Inc.** |
| United States Bankruptcy Court for the: |
| **Northern District of Texas** |
| Case number (if known): _____ |

❑ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | National Funding 4380 La Jolla Village Dr San Diego, CA 92122 | | Merchant cash advance | | | | $184,500.00 |
| 2 | Mulligan Funding 4715 Viewridge Ave #100 San Diego, CA 92123 | | Merchant cash advance | | | | $133,000.00 |
| 3 | On Deck 4700 W Daybreak Pkwy Ste 200 South Jordan, UT 84009 | | Merchant Cash Advance | | | | $88,000.00 |
| 4 | Chase Business Ink PO Box 1423 Charlotte, NC 28201 | | Credit card purchases | | | | $52,716.28 |
| 5 | Home Depot Commercial PO Box 790345 Saint Louis, MO 63179 | | Purchase money | | | | $49,299.52 |
| 6 | Citibank/The Home Depot Citicorp Cr Srvs/Centralized Bankruptcy PO Box 790040 S Louis, MO 63129 | | Credit Card | | | | $41,980.62 |
| 7 | American Express PO Box 96001 Los Angeles, CA 90096 | | Credit card purchases | | | | $40,703.55 |
| 8 | EECU 717 E Bailey Boswell Rd Fort Worth, TX 76179 | | Unsecured | | | | $40,611.96 |

Debtor **Diamond Renovations, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Citi Executive<br>PO Box Box 658202<br>Dallas, TX 75265 | | Credit Card | | | | $34,273.36 |
| 10   CitiBank Personal Loan<br>PO Box 78917<br>Phoenix, AZ 85062 | | Credit Card | | | | $18,376.94 |
| 11   EECU Signature Fixed Loan<br>PO Box 1687<br>Fort Worth, TX 76101 | | Credit Card | | | | $17,736.12 |
| 12   EECU<br>717 E Bailey Boswell Rd<br>Fort Worth, TX 76179 | | | | $43,896.46 | $30,000.00 | $13,896.46 |
| 13   Kubota Credit<br>PO Box 559<br>Carol Stream, IL 60132 | | | | $45,491.58 | $32,000.00 | $13,491.58 |
| 14   American Express<br>PO Box 96001<br>Los Angeles, CA 90096 | | Credit card purchases | | | | $12,263.47 |
| 15   Citi Business Card<br>PO Box 6004<br>Sioux Falls, SD 57117 | | Credit card purchases | | | | $11,213.41 |
| 16   FNBO<br>1620 Dodge Street<br>Omaha, NE 68197 | | Credit Card | | | | $11,204.07 |
| 17   DATCU<br>PO Box 827<br>Denton, TX 76202 | | | | $38,633.17 | $30,000.00 | $8,633.17 |
| 18   Bank of America<br>PO Box BOX 851001<br>Dallas, TX 75285 | | Credit Card | | | | $7,461.00 |
| 19   Citi Costco Business<br>PO Box 658234<br>Dallas, TX 75265 | | Credit Card | | | | $7,023.06 |
| 20   EECU<br>717 E Bailey Boswell Rd<br>Fort Worth, TX 76179 | | | | $55,909.70 | $50,000.00 | $5,909.70 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Diamond Renovations, Inc.

Case No. _____

**Debtor**    Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ....................................................................................    **$10,000.00**

Prior to the filing of this statement I have received ...............................................................    **$10,000.00**

Balance Due ......................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my
law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my
law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __06/30/2025__ | __/s/ Clayton L. Everett__ |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

__Norred Law, PLLC__
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Diamond Renovations, Inc.**                                          CASE NO

                                                                             CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/30/2025**___          Signature _____**/s/ Randall Cryer**_____

                                                    Randall Cryer , Vice President

American Express
PO Box 96001
Los Angeles, CA 90096

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Bank of America
PO Box BOX 851001
Dallas, TX 75285

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Bratton Real Estate
3916 Westway Terrace
Fort Worth, TX 76179

Cadence Bank
Attn: Central Loan Operations
PO Box 4360
Tupelo, MS 38803

Chase Business Ink
PO Box 1423
Charlotte, NC 28201

Citi Business Card
PO Box 6004
Sioux Falls, SD 57117

Citi Costco Business
PO Box 658234
Dallas, TX 75265

Citi Executive
PO Box Box 658202
Dallas, TX 75265

CitiBank Personal Loan
PO Box 78917
Phoenix, AZ 85062

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63129

Angie Cryer
9656 Houston Hill Rd
Fort Worth, TX 76179

Randall Cryer
9656 Houston Hill Rd
Fort Worth, TX 76179

DATCU
PO Box 827
Denton, TX 76202

Discover
PO Box 71242
Charlotte, NC 28272

EECU
717 E Bailey Boswell Rd
Fort Worth, TX 76179

EECU
1617 W. 7th St
Fort Worth, TX 76102

EECU Signature Fixed Loan
PO Box 1687
Fort Worth, TX 76101

FNBO
1620 Dodge Street
Omaha, NE 68197

Home Depot Commercial
PO Box 790345
Saint Louis, MO 63179

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Kubota Credit
PO Box 559
Carol Stream, IL 60132

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

LGBS-Dallas
2777 N Stemmons Fwy Suite 1000
Dallas, TX 75207

Lowes Business Advantage
PO Box 669824
Dallas, TX 75266

Mulligan Funding
4715 Viewridge Ave #100
San Diego, CA 92123

National Funding
4380 La Jolla Village Dr
San Diego, CA 92122

On Deck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Randall Cryer
9656 Houston Hill Rd
Fort Worth, TX 76179

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196

Shocking C
927 Live Oak Ln
Fort Worth, TX 76179

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Synchrony Bank
170 W. Election Rd
Draper, UT 84020

Tax Division-US Department
of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201

Stephen Daniel Taylor
1572 Flying Jib
Azle, TX 76020

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

Toyota Financial
6565 Headquarters Dr
Plano, TX 75024

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

US Bank
PO Box 6353
Fargo, ND 58125

Wells Fargo Equipment
800 Walnut St 4th Floor
Des Moines, IA 50309

```
Fill in this information to identify the case:

Debtor name          Diamond Renovations, Inc.

United States Bankruptcy Court for the:

                     Northern District of Texas

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __06/30/2025__          **X** /s/ Randall Cryer _____
             MM/ DD/ YYYY               Signature of individual signing on behalf of debtor

                                        **Randall Cryer** _____
                                        Printed name

                                        **Vice President** _____
                                        Position or relationship to debtor