**THE PRITCHARD LAW FIRM, PLLC**
**DAVID L. PRITCHARD**
**1244 SOUTHRIDGE COURT, STE 102**
**HURST, TEXAS 76053**
**(817) 285-8017**
**(817)285-0224 FACSIMILE**
**STATE BAR #16349990**
**david@dlplegal.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DIAMOND RENOVATIONS, INC.** | § | **CASE NO. 25-42386-elm11** |
| **DEBTOR** | § | |
| | § | |
| | § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to Section 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for **EECU** requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and severed upon the following:

> **THE PRITCHARD LAW FIRM, PLLC**
> **DAVID L. PRITCHARD**
> **1244 SOUTHRIDGE COURT, STE 102**
> **HURST, TEXAS 76053**
> **(817) 285-8017**
> **(817)285-0224 FACSIMILE**
> **david@dlplegal.com**

Please take further notice that pursuant to Section 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

THE PRITCHARD LAW FIRM, PLLC

/s/ David L. Pritchard
By: David L. Pritchard
State Bar #16349990
Michael P. Gomez
State Bar #24140097
1244 SOUTHRIDGE CT, STE 102
HURST, TEXAS 76053
(817) 285-8017
(817) 285-0224

## CERTIFICATE OF SERVICE

**I hereby certify that a true and correct copy of the foregoing was mailed to the following by placing the same in the United States Mail, postage prepaid, properly addressed to and /or Pursuant to the EFC guidelines:**

**DIAMOND RENOVATIONS, INC.**
9227 LIVE OAK LANE
FORT WORTH, TEXAS 76179

**WARREN V. NORRED**
Norred Law PLLC

515 E. Border Street
Arlington, Texas 76010

***U.S. TRUSTEE***
**UNITED STATES TRUSTEE**
1100 COMMERCE STREET
ROOM 976
DALLAS, TEXAS 75202

Date: January 23, 2025                    /S/ DAVID L. PRITCHARD
                                          David L. Pritchard