Tom W. Sharp, ID #00791643
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for DATCU Credit Union

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 25-42386 |
| DIAMOND RENOVATIONS INC. ) | |
|     Debtor(s) ) | |
| ) | |
| DATCU CREDIT UNION ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| DIAMOND RENOVATIONS INC. ) | |
|     Debtor(s)/Respondent(s) ) | |

**MOTION OF DATCU CREDIT UNION TO CONFIRM NO
AUTOMATIC STAY IS IN EFFECT**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING ANY FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ROOM 128, 501 W. PINE ST., FORT WORTH, TEXAS 76102 B BEFORE CLOSE OF BUSINESS ON OCTOBER 21st, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHOULD BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE COUNCIL FOR THE MOVING PART PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OUR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICE OF ACTION MAY BE TAKEN.**

TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:

NOW COMES DATCU CREDIT UNION, the holder of a secured claim on a 2021 Jeep Wrangler, last six of VIN 568739 which is owned by Randall Cryer and files this, its Motion to Confirm No Automatic Stay is in Effect and as grounds therefor would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter by virtue of the jurisdiction conferred upon it under 28 U.S.C. §157 which characterizes this matter as a "core proceeding" arising in a case under Title 11.

2. Movant is the holder of a secured claim as the lien holder on a 2021 Jeep, last six of the VIN, 568739 that is owned by Randall Cryer and on which he has a loan with DATCU Credit Union.

3. Movant received a notice of a Chapter 11 bankruptcy filing by Diamond Renovations, Inc in which its collateral, 2021 Jeep Wrangler owned by Randall Cryer, is included in the Schedules. The credit union only has a purchase money contract with Randall Cryer. Randall Cryer is also listed as the sole owner of the vehicle. The loan states that this agreement is a Consumer Credit Contract. Within the Chapter 11 schedules, it appears that the debtor is asserting the vehicle to be subject to a cramdown.

4. Out of abundance of caution, so as to not possibly violate any assertion of the Automatic Stay, Movant requests the this court enter an order confirming that there is no automatic stay in effect as it applies to DATCU Credit Union and the 2021 Jeep last six VIN

568739. DATCU Credit Union's loan is with Randall Cryer and not with Diamond Renovation, Inc. Randall Cryer is also listed as the owner on the title.

WHEREFORE, Movant prays that the Court enter an Order confirming that there is no automatic stay in effect in this case and for such other and further relief to which Movant may be found justly entitled.

Respectfully submitted,
BLALACK & WILLIAMS, P.C.
Attorneys for Movant

BY:   /s/ Tom W. Sharp
Tom W. Sharp, ID #00791643
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon Diamond Renovations, Inc. c/o Daniel Taylor, President, 4200 N Main St, Suite 320, Fort Worth, TX 76106; Randall Cryer, Debtor(s), 9227 Live Oak Ln Fort Worth, TX 76179; Warren V. Norred, Attorney at Law, Norred Law PLLC 515 E. Border Street Arlington, TX 76010; Behrooz P. Vida -SBRA V, Sub Chapter V Trustee, 3000 Central Dr. Bedford, TX 76021; upon the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242; and upon the parties requesting notice listed below, by first class mail, address service requested, or e-mail on this 30th day of September, 2025.

/s/ Tom W. Sharp
Tom W. Sharp

Parties Requesting Notice:

EECU
c/o David L. Pritchard
1244 Southridge Court Suite 102
Hurst, TX 76053

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 4th day of September, 2025:

____    1(a)    The creditor

XXX    (b)    The creditor's attorney

____    (c)    made a good faith effort to negotiate a settlement of the dispute with debtor(s)' counsel.

XXX    (d)    attempted to contact debtor(s)' counsel, but debtor(s)' counsel failed to respond to our communication by the same time on the second business day after such communication.

XXX    2(a)    The Motion is opposed.

____    (b)    The Motion is unopposed.

/s/ Tom W. Sharp
Blalack & Williams, P.C.