**Fill in this information to identify the case:**

Debtor Name Diamond Renovations, Inc

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-42386-elm11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:    October

Line of business:    General Contractor

Date report filed:    11/21/2025
MM / DD / YYYY

NAISC code:    236200

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Randall Cryer

Original signature of responsible party

Printed name of responsible party    Randall Cryer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Diamond Renovations, Inc

Case number 25-42386-elm11

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 220,809.89

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 59,470.00

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 125,107.24

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -65,637.24

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 155,172.65

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

(Exhibit E)

$ 0.00

Debtor Name Diamond Renovations, Inc                                    Case number 25-42386-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $  212,061.81

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          2
27. What is the number of employees as of the date of this monthly report?             2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $  1,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $  1,250.00
30. How much have you paid this month in other professional fees?     $  0.00
31. How much have you paid in total other professional fees since filing the case?     $  250.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | — | $ 59,470.00 | = | $ 40,530.00 |
| 33. **Cash disbursements** | $ 20,000.00 | — | $ 125,107.24 | = | $ 105,107.24 |
| 34. **Net cash flow** | $ 80,000.00 | — | $ -65,637.24 | = | $ -145,637.24 |

35. Total projected cash receipts for the next month:                          $  100,000.00
36. Total projected cash disbursements for the next month:                    = $  80,000.00
37. Total projected net cash flow for the next month:                         = $  20,000.00

Debtor Name Diamond Renovations, Inc

Case number 25-42386-elm11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



Exhibit A

We have not deposited all funds into the new DIP account yet because we just got it opened a couple of weeks ago and I have not had time to transfer everything over to the new bank.  I will be working on doing that now so it shouldn't take too long to get it all over and to start operating out of the new account.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179



Exhibit B

The Chase account closed down on us, I can't log into anylonger.  I believe they closed it out once we filed BK and since it was negative.  The Pinnacle account I have closed down and moved that one thousand dollars to the new DIP account at Wells Fargo.  The EECU account that we operate out of is still open but I am in the process of getting everything moved over to the new DIP account at Wells Fargo and I will close down the EECU as soon as everything gets moved over.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179

**11:54 AM**

**11/21/25**

**Accrual Basis**

# DIAMOND RENOVATIONS INC
# Income by Customer Summary
### October 2025

| | Oct 25 |
|---|---|
| **Fusion Fort Worth** | 2,200.00 |
| **Gary Havener** | |
| **Saginaw DC** | 500.00 |
| **Total Gary Havener** | 500.00 |
| **Gyant Properties** | 1,200.00 |
| **Industrial Power** | 2,750.00 |
| **Lasko Products** | 14,870.00 |
| **Lighthouse Property Management** | |
| **Stadium 700** | 900.00 |
| **Total Lighthouse Property Management** | 900.00 |
| **Texas Builders Supply** | 37,050.00 |
| **TOTAL** | **59,470.00** |

11:57 AM
**DIAMOND RENOVATIONS INC**

11/21/25

**Expenses by Vendor Summary**

Accrual Basis

**October 2025**

| | Oct 25 |
|---|---|
| **Ace Hardware** | 48.70 |
| **Ace of Azle** | 75.01 |
| **Adobe Acrobat** | 14.06 |
| **Advanced Auto Parts** | 20.56 |
| **Allied National** | 132.62 |
| **Aptive Environmental** | 186.19 |
| **ARI Construction** | 9,500.00 |
| **Aspire Chiropractic** | 468.00 |
| **AT&T** | 172.04 |
| **ATA Remodeling** | 0.00 |
| **att** | 355.19 |
| **Bratton Real Estate** | 300.00 |
| **Buc-EE's Gas Station** | 171.85 |
| **Buffalo Wild Wings** | 44.99 |
| **Chipotle** | 84.65 |
| **Clint Howland** | 415.00 |
| **Coco Shrimp** | 25.87 |
| **CTLP*CSC ServiceWorks** | 2.50 |
| **Dixie Carpet** | 54,272.26 |
| **Duratex Remodeling** | 10,000.00 |
| **eagle ranch Car Wash** | 435.73 |
| **Eagle View** | 89.50 |
| **eagles nest** | 10.12 |
| **Eagles Point Grill** | 27.46 |
| **edge Fitness** | 32.46 |
| **Elkins Hardware** | 2.99 |
| **Fox Fitness** | 112.71 |
| **Frontier Waste Solutions** | 139.16 |
| **Germania Insurance** | 108.16 |
| **Home Depot** | 146.68 |
| **HP Instant INK** | 34.62 |
| **J&S Insurance** | 2,506.38 |
| **JKWC LP** | 380.00 |
| **Lewisville Granite** | 34,224.91 |
| **Midtown Medical** | 975.00 |
| **mobile mini** | 149.39 |
| **National General Insurance** | 526.48 |
| **Onstar** | 25.93 |
| **Physiologic LLC** | 198.00 |
| **Pizza Hut** | -0.59 |
| **QDOBA** | 10.66 |
| **Quick Trip** | 449.52 |
| **Race Trac** | 287.35 |
| **Realtor Association** | 141.00 |
| **Remax** | 212.01 |
| **sams club** | 157.94 |
| **Seafood and Spaghetti** | 222.60 |
| **Service Fee** | 10.00 |
| **Shocking C Properties, LLC** | 1,300.00 |
| **Sirius XM Radio** | 53.26 |
| **Staples** | 56.99 |
| **State Farm Insurance** | 3,209.36 |
| **Sunbelt Rentals** | 77.17 |
| **Synchrony Bank (Polaris)** | 376.41 |
| **T-Mobile** | 319.99 |
| **Tex's Star Grill** | 30.87 |
| **Texas Mutual Workers Comp. Insurance** | 556.71 |
| **The Lakehouse** | 68.53 |
| **The Texan** | 92.74 |
| **TownSq Interactive** | 139.64 |
| **Trustage CMFG Life** | 185.00 |
| **TST Tacos** | 18.38 |
| **Twin Peaks** | 41.00 |
| **Virtual Practitioners** | 649.00 |
| **Yoichi Ramen** | 26.53 |

11:57 AM
11/21/25
**Accrual Basis**

# DIAMOND RENOVATIONS INC
## Expenses by Vendor Summary
### October 2025

|  | Oct 25 |
|---|---|
| **TOTAL** | 125,107.24 |

11:58 AM

11/21/25

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of November 21, 2025

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|--------------|
| **2301 FM 2738** | | | | | | | |
| General Journal | 12/31/2020 | 4 | | | | | 0.87 |
| Total 2301 FM 2738 | | | | | | | 0.87 |
| **Blue Ocean** | | | | | | | |
| **Trellis North Dallas** | | | | | | | |
| Deposit | 11/02/2023 | | | | | | -30.00 |
| Invoice | 05/05/2023 | 1151 | | Net 30 | 06/04/2023 | 901 | 50,771.00 |
| Invoice | 09/07/2023 | 1231 | | Net 30 | 10/07/2023 | 776 | 30.00 |
| Invoice | 02/15/2024 | 1293 | | Net 30 | 03/16/2024 | 615 | 19,441.00 |
| Invoice | 03/01/2024 | 1292 | | Net 30 | 03/31/2024 | 600 | 50,525.00 |
| Total Trellis North Dallas | | | | | | | 120,737.00 |
| **Trellis Richardson** | | | | | | | |
| Credit Memo | 04/09/2024 | 1345 | | | 04/09/2024 | 591 | -4,200.00 |
| Total Trellis Richardson | | | | | | | -4,200.00 |
| Total Blue Ocean | | | | | | | 116,537.00 |
| **Bryce Day** | | | | | | | |
| Payment | 04/18/2024 | 1012 | | | | | -26.65 |
| Total Bryce Day | | | | | | | -26.65 |
| **Cushman & Wakefield** | | | | | | | |
| **Canyon Grove** | | | | | | | |
| Invoice | 11/27/2023 | 1277 | | Net 30 | 12/27/2023 | 695 | 1,800.00 |
| Total Canyon Grove | | | | | | | 1,800.00 |
| **Gateway East** | | | | | | | |
| Invoice | 12/29/2023 | 1296 | | Net 30 | 01/28/2024 | 663 | 4,850.00 |
| Total Gateway East | | | | | | | 4,850.00 |
| Total Cushman & Wakefield | | | | | | | 6,650.00 |
| **Dayrise** | | | | | | | |
| **Dayrise at Centreport** | | | | | | | |
| Invoice | 08/25/2025 | 1605 | | Net 30 | 09/24/2025 | 58 | 14,300.00 |
| Total Dayrise at Centreport | | | | | | | 14,300.00 |
| **Lakeside Villas** | | | | | | | |
| Invoice | 06/05/2025 | 1565 | | Net 30 | 07/05/2025 | 139 | 13,050.00 |
| Total Lakeside Villas | | | | | | | 13,050.00 |
| Total Dayrise | | | | | | | 27,350.00 |
| **DFW Construction and Restoration** | | | | | | | |
| Invoice | 10/30/2023 | 1268 | | Net 15 | 11/14/2023 | 738 | 850.00 |
| Total DFW Construction and Restoration | | | | | | | 850.00 |
| **Dr. James Taylor (Tenant Responsibility)** | | | | | | | |
| Invoice | 04/19/2024 | 1350 | | Net 30 | 05/19/2024 | 551 | 48.35 |
| Total Dr. James Taylor (Tenant Responsibility) | | | | | | | 48.35 |
| **Fusion Fort Worth** | | | | | | | |
| Invoice | 10/21/2025 | 1614 | | Net 30 | 11/20/2025 | 1 | 2,200.00 |
| Total Fusion Fort Worth | | | | | | | 2,200.00 |
| **Lasko Products** | | | | | | | |
| Invoice | 10/17/2025 | 1611 | | Net 15 | 11/01/2025 | 20 | 600.00 |
| Invoice | 10/29/2025 | 1616 | | Net 15 | 11/13/2025 | 8 | 11,150.00 |
| Invoice | 10/29/2025 | 1618 | | Net 15 | 11/13/2025 | 8 | 3,120.00 |

11:58 AM

11/21/25

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of November 21, 2025

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|--------------|
| Total Lasko Products | | | | | | | 14,870.00 |
| **Lighthouse Property Management** | | | | | | | |
| **Stadium 700** | | | | | | | |
| Invoice | 07/11/2025 | 1593 | | Net 30 | 08/10/2025 | 103 | 3,130.24 |
| Invoice | 10/21/2025 | 1612 | | Net 30 | 11/20/2025 | 1 | 900.00 |
| Total Stadium 700 | | | | | | | 4,030.24 |
| Total Lighthouse Property Management | | | | | | | 4,030.24 |
| **Martin Alvarado** | | | | | | | |
| Invoice | 12/01/2022 | 1096 | | Net 15 | 12/16/2022 | 1071 | 1.00 |
| Total Martin Alvarado | | | | | | | 1.00 |
| **Texas Builders Supply** | | | | | | | |
| Invoice | 10/29/2025 | 1619 | | | 10/29/2025 | 23 | 35,550.00 |
| Invoice | 10/29/2025 | 1621 | | Due on r... | 10/29/2025 | 23 | 1,500.00 |
| Invoice | 11/11/2025 | 1620 | | Due on r... | 11/11/2025 | 10 | 4,500.00 |
| Total Texas Builders Supply | | | | | | | 41,550.00 |
| **Transfer from Chase Account** | | | | | | | |
| Deposit | 03/13/2025 | | | | | | -1,000.00 |
| Deposit | 03/15/2025 | | | | | | -1,000.00 |
| Total Transfer from Chase Account | | | | | | | -2,000.00 |
| **Vickie Wright** | | | | | | | |
| Payment | 05/14/2019 | 8653 | | | | | -0.87 |
| Invoice | 04/15/2019 | 380 | | Due on r... | 04/15/2019 | 2412 | 0.87 |
| Total Vickie Wright | | | | | | | 0.00 |
| **TOTAL** | | | | | | | **212,060.81** |

**12:00 PM**

**11/21/25**

**Cash Basis**

# DIAMOND RENOVATIONS INC
## Profit & Loss
### October 2025

|  | Oct 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 4,250.00 |
| **Total Income** | 4,250.00 |
| **Cost of Goods Sold** | |
| **Direct Labor** | |
| Sub Contractors | 108,136.33 |
| **Total Direct Labor** | 108,136.33 |
| Equipment Rental | 545.56 |
| **Purchases** | |
| Building Supplies | 456.58 |
| Materials | 2.99 |
| **Total Purchases** | 459.57 |
| **Roof Measurements Report** | 89.50 |
| **Total COGS** | 109,230.96 |
| **Gross Profit** | -104,980.96 |
| **Expense** | |
| *Payroll Expenses | 1,224.00 |
| Advertising | 492.65 |
| **Automobile Expense** | |
| Fuel | 92.74 |
| Gas & Oil | 908.72 |
| Automobile Expense - Other | 537.98 |
| **Total Automobile Expense** | 1,539.44 |
| Bank Service Charges | 10.00 |
| Client Relations | 286.82 |
| Contract Labor | 96.00 |
| **Insurance** | |
| Insurance-Auto | 3,209.36 |
| Liability Insurance | 526.48 |
| Work Comp | 556.71 |
| Insurance - Other | 2,932.16 |
| **Total Insurance** | 7,224.71 |
| Internet Services | 172.04 |
| **Meals & Ent** | |
| Meals - 100% | 18.38 |
| Meals & Ent - Other | 305.87 |
| **Total Meals & Ent** | 324.25 |
| Medical Expense | 847.00 |
| Office Expense | 14.06 |
| Office Supplies | 249.55 |
| Officers Wellness | 1,443.00 |
| Officers Wellness Gym Membershi | 145.17 |
| **Payroll Expenses** | |
| Officer's Compensation | 16,000.00 |
| **Total Payroll Expenses** | 16,000.00 |
| **Professional Fees** | |
| Accounting | 380.00 |
| **Total Professional Fees** | 380.00 |
| **Rent** | |
| Office Rent | 1,300.00 |

12:00 PM

11/21/25

Cash Basis

### DIAMOND RENOVATIONS INC
### Profit & Loss
### October 2025

|  | Oct 25 |
|---|---|
| **Warehouse Rent** | 300.00 |
| **Total Rent** | 1,600.00 |
| **Taxes** | |
| **Payroll Taxes** | |
| **TWC Taxes** | 0.00 |
| **Total Payroll Taxes** | 0.00 |
| **Total Taxes** | 0.00 |
| **Telephone** | |
| **Randys Phone Service** | 355.19 |
| **Telephone - Other** | 319.99 |
| **Total Telephone** | 675.18 |
| **Uncategorized Expenses** | |
| **Equipment/Trailer** | 376.41 |
| **Total Uncategorized Expenses** | 376.41 |
| **Total Expense** | 33,100.28 |
| **Net Ordinary Income** | -138,081.24 |
| **Net Income** | **-138,081.24** |

# EECU

PO Box 1777, Fort Worth, TX 76101-1777
(817) 882-0800 | www.eecu.org

## STATEMENT OF ACCOUNT

| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 10/01/25 – 10/31/25 | 1 of 9 |

DIAMOND RENOVATIONS INC
9227 LIVE OAK LN
FORT WORTH TX 76179

Federally Insured by NCUA





## Protect Your Vehicle From Costly Repairs

Learn more at eecu.org/healthcar

*healthCAR is administered by Marathon Administrative Company.  For complete information including terms and conditions, please refer to the complete terms and conditions of the vehicle service contract. This program is optional and cancellable.  Please contact healthCAR at (888) 594-1543 with any questions. EECU and healthCAR are separate legal entities.

### ACCOUNT BALANCE SUMMARY as of October 31, 2025

| Account # | Deposit Products | Balance | Account # | Loan Products | Balance |
|---|---|---|---|---|---|
| 11 | BUSINESS CHECKING | $ 3,196.50 | 06 | 2022 CHEVROLET SILVERADO 2500 | $ 40,032.10 |
| | | _____ | 07 | 2023 CHEVROLET SILVERADO 3500 | $ 51,093.26 |
| | | $ 3,196.50 | 08 | BUSINESS UNSECURED TERM | $ 37,992.21 |
| | | | | | $ 129,117.57 |

TOTAL LOAN INTEREST PAID YTD:          $10,011.69

### Account Analysis Statement for ID 11 BUSINESS CHECKING

```
Transactions      Total Count   Count Less Free    Unit Price     Charge
----------------------------------------------------------------------

ACH Debits:            29
Drafts:                 8
Checks Received:        4
                    ------
Total                  41              0           0.40         $0.00
ACH-Payments            1              1          10.00        $10.00
----------------------------------------------------------------------
Total Charges                                                  $10.00
Average Balance                                           $42,907.74
Average Relationship Balance                              $42,907.74
Debit card transactions                                    $5,921.48
** Service charge waived when average balance is $1,000 or higher;
or average relationship balance is $2,500 or higher; or monthly net
debit card usage is $500 or higher. Account comes with 50 free ACH
and check transactions per month, additional transactions subject
to $0.40 fee. You receive $2,500 in free cash transactions at
branches. Each additional $100 in cash transactions subject to
$0.30 fee (max cash transaction fee of $200 per month).
```

### Account # 11 BUSINESS CHECKING

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| **10/01** | | **Beginning Balance** | | **142,322.45** |
| 10/01 | 10/01 | Withdrawal          ACH STATE FARM RO 27 | -123.70 | 142,198.75 |


## EECU

| | Account Number | Statement Period | Page |
|---|---|---|---|
| | XXXXX5271 | 10/01/25 - 10/31/25 | 2 of 9 |

### Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 10/01 | 10/01 | Withdrawal | ACH NATIONAL GENERAL | -526.48 | 141,672.27 |
| | | | TYPE: PAYMENT ID: 1005005023 | | |
| 10/01 | 10/01 | Withdrawal | ACH STATE FARM RO 27 | -1,042.32 | 140,629.95 |
| | | | TYPE: SFPP ID: 9000307001 | | |
| 10/01 | 10/01 | Withdrawal | POS #000012473651 | -77.50 | 140,552.45 |
| | | | QT 888 OUTSIDE 4601 DENTON HWY HALTOM CITY TX | | |
| 10/01 | 10/01 | Withdrawal | Debit Card Debit Card W/D | -68.53 | 140,483.92 |
| | | | 09/30 0    5273719547    0 TST*THE LAKEHOUSE FORT WORTH TX | | |
| 10/01 | 10/01 | Withdrawal | Debit Card Debit Card W/D | -32.46 | 140,451.46 |
| | | | 09/30 0    5273725265    0 ABC*P 09776 FOX FITNES FORT WORTH TX | | |
| 10/01 | 10/01 | Withdrawal | Debit Card Debit Card W/D | -319.00 | 140,132.46 |
| | | | 09/30 0    5273741677    0 VENMO *CLINT HOWLAND 8558124430 NY | | |
| 10/01 | 10/01 | Withdrawal | Adjustment Debit Card Credit Voucher | 0.59 | 140,133.05 |
| | | | 09/30 0    5273528696    0 RBT PIZZA HUT 030638 EASYSAVINGS NY | | |
| 10/01 | 10/01 | Withdrawal | Debit Card Debit Card W/D | -44.99 | 140,088.06 |
| | | | 09/30 0    5273540624    0 BUFFALO WILD WNGS 0101 KELLER TX | | |
| 10/01 | 10/01 | Withdrawal | Debit Card Debit Card W/D | -124.01 | 139,964.05 |
| | | | 09/30 0    5273734312    0 SUNBELT RENTALS #0724 WEATHERFORD TX | | |
| 10/01 | 10/01 | Withdrawal | Adjustment Debit Card Credit Voucher | 3.80 | 139,967.85 |
| | | | 09/30 0    5273734313    0 SUNBELT RENTALS #0724 WEATHERFORD TX | | |
| 10/01 | 10/01 | Withdrawal | Adjustment Debit Card Credit Voucher | 43.04 | 140,010.89 |
| | | | 09/30 0    5273734314    0 SUNBELT RENTALS #0724 WEATHERFORD TX | | |
| 10/02 | 10/02 | Withdrawal | ACH SYNCHRONY SECURE | -376.41 | 139,634.48 |
| | | | TYPE: LOAN PYMNT ID: 1304178330 | | |
| 10/02 | 10/02 | Withdrawal | POS #000051433318 | -44.26 | 139,590.22 |
| | | | RACETRAC2501 FORT WORTH FORT WORTH TX | | |
| 10/02 | 10/02 | Withdrawal | ACH CADENCE BANK | -1,597.82 | 137,992.40 |
| | | | TYPE: ICPAYMENT ID: 3640117230 | | |
| 10/02 | 10/02 | Withdrawal | ACH JKWC LP DBA J Wa | -380.00 | 137,612.40 |
| | | | TYPE: JKWC ID: HSB1000292 | | |
| 10/02 | 10/02 | Withdrawal | Debit Card Debit Card W/D | -2.99 | 137,609.41 |
| | | | 10/01 0    5274772066    0 ELKINS HARDWARE SAGINAW TX | | |



**Notice to Members About Document Availability**

Pursuant to Texas Credit Union Department Rule 91.315, documents relating to EECU's finances and management are available by contacting us at (817) 882-0800.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at P.O. Box 1777, Fort Worth, TX 76101-1777 or telephone us at 817.882.0800 as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than **60 days** after you receive the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this (20 days for new accounts), we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

*National Credit Union Administration, a U.S. Government Agency - Member accounts are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.*

**BILLING RIGHTS SUMMARY**
**IN CASE OF ERRORS OR QUESTIONS PERTAINING**
**TO YOUR OPEN-END LOAN ACCOUNT(S)**

If you think your Statement of Account is wrong, or if you need more information about a transaction on your Statement of Account, write us, as soon as you can, (on a separate sheet) at: P.O. Box 1777, Fort Worth, TX 76101-1777. We must hear from you no later than **60 days** after we sent you the first Statement of Account on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

•    Your name and account number.
•    The dollar amount of the suspected error.
•    Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.



| | | Member # | Statement Period | Page |
|---|---|---|---|---|
| | | XXXXXX5271 | 10/01/25 – 10/31/25 | 3 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/02 | 10/02 | Recurring W/D | Debit Card Debit Card W/D<br>10/01 0    5274199543    0 SQ *RE/MAX TRINITY<br>GOSQ.COM TX | -177.84 | 137,431.57 |
| 10/02 | 10/02 | Withdrawal | POS #000000513276<br>TEXAN 9 3401 STATE HI US PORT ARANSAS TX | -45.51 | 137,386.06 |
| 10/03 | 10/03 | Withdrawal | ACH ATT<br>TYPE: PAYMENT ID: 9864031004 CO: ATT | -172.04 | 137,214.02 |
| 10/03 | 10/03 | Withdrawal | Debit Card Debit Card W/D<br>10/02 0    5275755353    0 CHIPOTLE 3930<br>SAGINAW TX | -12.02 | 137,202.00 |
| 10/05 | 10/05 | Withdrawal | POS #000000841807<br>TEXAN 9 3401 STATE HI US PORT ARANSAS TX | -47.23 | 137,154.77 |
| 10/05 | 10/05 | Withdrawal | Debit Card Debit Card W/D<br>10/02 0    5275865296    1 BUC-EE'S #0035<br>TEMPLE TX | -15.01 | 137,139.76 |
| 10/05 | 10/05 | Withdrawal | Debit Card Debit Card W/D<br>10/04 0    5277268489    2 TST* SEAFOOD &<br>SPAGHET PORT ARASNAS TX | -222.60 | 136,917.16 |
| 10/05 | 10/05 | Withdrawal | Debit Card Debit Card W/D<br>10/03 0    5276533430    0 SWR*PHYSIOLOGICLLC<br>ALEDO TX | -99.00 | 136,818.16 |
| 10/05 | 10/05 | Withdrawal | Debit Card Debit Card W/D<br>10/03 0    5276533431    0 SWR*PHYSIOLOGICLLC<br>ALEDO TX | -99.00 | 136,719.16 |
| 10/05 | 10/05 | Recurring W/D | Debit Card Debit Card W/D<br>10/03 0    5276877525    1 VIRTUAL<br>PRACTITIONERS FORT WORTH TX | -649.00 | 136,070.16 |
| 10/05 | 10/05 | Withdrawal | Debit Card Debit Card W/D<br>10/02 0    5275880059    1 ASPIRE CHIROPRACTIC<br>FORT WORTH TX | -468.00 | 135,602.16 |
| 10/06 | 10/06 | Withdrawal | ACH ATT<br>TYPE: PAYMENT ID: 9864031004 CO: ATT | -355.19 | 135,246.97 |
| 10/06 | 10/06 | Withdrawal | ACH IRS<br>TYPE: USATAXPYMT ID: 3387702000 CO: IRS | -1,888.00 | 133,358.97 |
| 10/06 | 10/06 | Withdrawal | POS #000009286352<br>QT 886 OUTSIDE 161 INDUSTRIAL AVE AZLE TX | -67.94 | 133,291.03 |
| 10/06 | 10/06 | Withdrawal | Check 4048 | -3,362.00 | 129,929.03 |
| 10/06 | 10/06 | Withdrawal | Check 4049 | -3,362.00 | 126,567.03 |
| 10/07 | 10/07 | Withdrawal | Debit Card Debit Card W/D<br>10/05 0    5278489042    0 BUC-EE'S #0035<br>TEMPLE TX | -35.64 | 126,531.39 |
| 10/07 | 10/07 | Withdrawal | Debit Card Debit Card W/D<br>10/06 0    5279658906    0 TST*COCO SHRIMP<br>NFTW FORT WORTH TX | -25.87 | 126,505.52 |
| 10/07 | 10/07 | Withdrawal | Check 4050 | -7,500.00 | 119,005.52 |
| 10/07 | 10/07 | Withdrawal | Check 4053 | -10,000.00 | 109,005.52 |
| 10/08 | 10/08 | Withdrawal | ACH FRONTIERWASTESOL<br>TYPE: PURCHASE ID: 3383693141 | -139.16 | 108,866.36 |
| 10/08 | 10/08 | Withdrawal | POS #000009455643<br>QT 879 OUTSIDE 6249 LAKE WORTH BLVD. LAKE<br>WORTH TX | -78.09 | 108,788.27 |
| 10/08 | 10/08 | Withdrawal | POS #000021026314<br>NWS STAPLES 1254 002055 6313 LAKE WORTH<br>BLVD LAKE WORTH TX | -56.99 | 108,731.28 |
| 10/08 | 10/08 | Withdrawal | Debit Card Debit Card W/D<br>10/07 0    5280685031    0 EAGLE RANCH CAR<br>WASH - FORT WORTH TX | -5.75 | 108,725.53 |
| 10/08 | 10/08 | Withdrawal | Debit Card Debit Card W/D | -48.70 | 108,676.83 |



| | | | Member # XXX | Statement Period | Page |
|---|---|---|---|---|---|
| | | | XXXXXX5271 | 10/01/25 – 10/31/25 | 4 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | 10/07 0    5280539945    0 ACE HARDWARE CORPORATI OAK BROOK IL | | |
| 10/08 | 10/08 | Withdrawal | Debit Card Debit Card W/D | -10.12 | 108,666.71 |
| | | | 10/08 0    5281687144    0 TST* EAGLE'S NEST REST FORT WORTH TX | | |
| 10/08 | 10/08 | Withdrawal | Check 4052 | -54,272.26 | 54,394.45 |
| 10/09 | 10/09 | Withdrawal | ACH ONSTAR, LLC | -25.93 | 54,368.52 |
| | | | TYPE: J2670 OOFF ID: 8263863381 | | |
| 10/09 | 10/09 | Withdrawal | Debit Card Debit Card W/D | -90.38 | 54,278.14 |
| | | | 10/07 0    5280200272    0 RACETRAC2501 00025015 FORT WORTH TX | | |
| 10/09 | 10/09 | Withdrawal | Debit Card Debit Card W/D | -27.46 | 54,250.68 |
| | | | 10/08 0    5281681301    0 TST*EAGLES POINT BAR & SAGINAW TX | | |
| 10/09 | 10/09 | Withdrawal | Debit Card Debit Card W/D | -26.53 | 54,224.15 |
| | | | 10/08 0    5281681237    0 TST*YOICHI RAMEN HALTOM CITY TX | | |
| 10/09 | 10/09 | Withdrawal | Debit Card Debit Card W/D | -18.15 | 54,206.00 |
| | | | 10/08 0    5281559261    0 ACE OF AZLE AZLE TX | | |
| 10/10 | 10/10 | Withdrawal | ACH DATCU | -1,784.08 | 52,421.92 |
| | | | TYPE: ACH TRNSFR ID: 0750813379 | | |
| 10/10 | 10/10 | Withdrawal | ACH J&S INSURANCE GR | -2,506.38 | 49,915.54 |
| | | | TYPE: PAYMENTS ID: 2472319830 | | |
| 10/10 | 10/10 | Recurring W/D | Debit Card Debit Card W/D | -17.31 | 49,898.23 |
| | | | 10/09 0    5282568366    0 HP *INSTANT INK 855-785-2777 CA | | |
| 10/10 | 10/10 | Withdrawal | Debit Card Debit Card W/D | -96.00 | 49,802.23 |
| | | | 10/09 0    5282709978    0 VENMO *CLINT HOWLAND 8558124430 NY | | |
| 10/10 | 10/10 | Withdrawal | Debit Card Debit Card W/D | -2.14 | 49,800.09 |
| | | | 10/08 0    5281553402    0 QT 879 LAKE WORTH TX | | |
| 10/10 | 10/10 | Withdrawal | Debit Card Debit Card W/D | -18.38 | 49,781.71 |
| | | | 10/09 0    5282688248    0 TST*365 TACOS - FORT W FORT WORTH TX | | |
| 10/10 | 10/10 | Withdrawal | Debit Card Debit Card W/D | -141.00 | 49,640.71 |
| | | | 10/09 0    5282696878    0 REALTOR ASSOCIATION/ML CHICAGO IL | | |
| 10/11 | 10/11 | Withdrawal | Online Banking Transfer To Loan 06 | -1,190.00 | 48,450.71 |
| | | | Internet Access 10/11/2025 19:49 813767 | | |
| 10/12 | 10/12 | Withdrawal | Debit Card Debit Card W/D | -10.83 | 48,439.88 |
| | | | 10/10 0    5283208056    2 ABC*P 09776 FOX FITNES FORT WORTH TX | | |
| 10/12 | 10/12 | Withdrawal | Debit Card Debit Card W/D | -4.50 | 48,435.38 |
| | | | 10/10 0    5283208057    2 ABC*P 09776 FOX FITNES FORT WORTH TX | | |
| 10/12 | 10/12 | Withdrawal | Debit Card Debit Card W/D | -41.00 | 48,394.38 |
| | | | 10/10 0    5283521789    0 TWIN PEAKS - FOSSIL C FORT WORTH TX | | |
| 10/12 | 10/12 | Withdrawal | Debit Card Debit Card W/D | -54.10 | 48,340.28 |
| | | | 10/09 0    5282877246    1 THE HOME DEPOT #6814 FT WORTH TX | | |
| 10/13 | 10/13 | Withdrawal | Debit Card Debit Card W/D | -46.58 | 48,293.70 |
| | | | 10/11 0    5284528025    0 BUC-EE'S #0038 ROYSE CITY TX | | |
| 10/13 | 10/13 | Withdrawal | Debit Card Debit Card W/D | -27.00 | 48,266.70 |
| | | | 10/12 0    5285610369    0 ACE OF AZLE AZLE TX | | |
| 10/14 | 10/14 | Withdrawal | ACH KUBOTA CREDIT | -1,759.60 | 46,507.10 |
| | | | TYPE: PAYMENT ID: 0900003616 | | |
| 10/14 | 10/14 | Recurring W/D | Debit Card Debit Card W/D | -14.06 | 46,493.04 |



| | | | | Statement Period | Page |
|---|---|---|---|---|---|
| | | | XXXXXX5271 | 10/01/25 - 10/31/25 | 5 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | 10/13 0    5286523697    0 ADOBE INC. 4085366000 CA | | |
| 10/14 | 10/14 | Withdrawal | Check 4054 | -1,000.00 | 45,493.04 |
| 10/14 | 10/14 | Withdrawal | Check 4051 | -34,224.91 | 11,268.13 |
| 10/15 | 10/15 | Withdrawal | ACH TruStage<br>TYPE: LIFE INSUR ID: 001CMLIIPY | -185.00 | 11,083.13 |
| 10/15 | 10/15 | Withdrawal | Online Banking Transfer To Loan 07<br>Internet Access 10/15/2025 18:21 895115 | -1,500.12 | 9,583.01 |
| 10/15 | 10/15 | Withdrawal | Online Banking Transfer To Loan 08<br>Internet Access 10/15/2025 18:25 895231 | -1,035.00 | 8,548.01 |
| 10/15 | 10/15 | Withdrawal | Debit Card Debit Card W/D<br>10/14 0    5287661139    0 CHIPOTLE 2242 NORTH RICHLA TX | -13.10 | 8,534.91 |
| 10/15 | 10/15 | Withdrawal | Debit Card Debit Card W/D<br>10/14 0    5287467373    0 ACE OF AZLE AZLE TX | -29.86 | 8,505.05 |
| 10/16 | 10/16 | Withdrawal | ACH Aptive Environme<br>TYPE: AptEnvFTW ID: 1201681064<br>NAME: Diamond Renovations I | -186.19 | 8,318.86 |
| 10/16 | 10/16 | Withdrawal | Debit Card Debit Card W/D<br>10/14 0    5287669648    0 QT 1871 FT WORTH TX | -68.04 | 8,250.82 |
| 10/16 | 10/16 | Withdrawal | Debit Card Debit Card W/D<br>10/15 0    5288714032    0 CHIPOTLE 2242 NORTH RICHLA TX | -14.99 | 8,235.83 |
| 10/17 | 10/17 | Deposit | | 1,500.00 | 9,735.83 |
| 10/17 | 10/17 | Withdrawal | Debit Card Debit Card W/D<br>10/15 0    5288200592    0 RACETRAC2501 00025015 FORT WORTH TX | -82.50 | 9,653.33 |
| 10/17 | 10/17 | Withdrawal | Debit Card Debit Card W/D<br>10/16 0    5289621293    0 1565 EAGLE RANCH VISIO FORT WORTH TX | -429.98 | 9,223.35 |
| 10/19 | 10/19 | Withdrawal | Debit Card Debit Card W/D<br>10/17 0    5290752384    2 QT 877 FT WORTH TX | -75.33 | 9,148.02 |
| 10/19 | 10/19 | Withdrawal | Adjustment Debit Card Credit Voucher<br>10/16 0    5289784434    1 THE HOME DEPOT #0540 RICHLAND HLS TX | 54.10 | 9,202.12 |
| 10/20 | 10/20 | Withdrawal | ACH TEXAS MUTUAL<br>TYPE: PAYMENT ID: 0000408976 | -556.71 | 8,645.41 |
| 10/20 | 10/20 | Recurring W/D | Debit Card Debit Card W/D<br>10/19 0    5292607422    0 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -26.63 | 8,618.78 |
| 10/20 | 10/20 | Withdrawal | Check 4055 | -1,000.00 | 7,618.78 |
| 10/21 | 10/21 | Withdrawal | ACH EDGE FITNESS<br>TYPE: CLUB DUES ID: CSEDGESAG | -32.46 | 7,586.32 |
| 10/21 | 10/21 | Withdrawal | ACH T-MOBILE<br>TYPE: PCS SVC ID: 0000450304 | -319.99 | 7,266.33 |
| 10/21 | 10/21 | Withdrawal | Debit Card Debit Card W/D<br>10/21 0    5294532532    0 MED*MIDTOWN MEDICAL IM FORT WORTH TX | -975.00 | 6,291.33 |
| 10/21 | 10/21 | Recurring W/D | Debit Card Debit Card W/D<br>10/21 0    5294633393    0 TOWNSQUARE INTERACTIVE PURCHASE NY | -139.64 | 6,151.69 |
| 10/21 | 10/21 | Withdrawal | Debit Card Debit Card W/D<br>10/20 0    5293636261    0 CHIPOTLE 2242 NORTH RICHLA TX | -13.10 | 6,138.59 |
| 10/22 | 10/22 | Withdrawal | ACH SAMS CLUB<br>TYPE: PAYMENT ID: 9130142001 | -44.00 | 6,094.59 |
| 10/22 | 10/22 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: CPC-CLIENT ID: 9000313004 | -872.51 | 5,222.08 |



| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 10/01/25 – 10/31/25 | 6 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/23 | 10/23 | Withdrawal | ACH Germania<br>TYPE: debitpmt ID: F800146791 | -108.16 | 5,113.92 |
| 10/23 | 10/23 | Withdrawal | ACH MOBILE MINI<br>TYPE: CYBERSOU1 ID: 2520665775 | -149.39 | 4,964.53 |
| 10/23 | 10/23 | Recurring W/D | Debit Card Debit Card W/D<br>10/22 0   5295545413   0 HP *INSTANT INK PALO<br>ALTO CA | -17.31 | 4,947.22 |
| 10/23 | 10/23 | Withdrawal | Debit Card Debit Card W/D<br>10/22 0   5295697395   0 CHIPOTLE 0096 HURST<br>TX | -14.99 | 4,932.23 |
| 10/24 | 10/23 | Withdrawal | Transfer<br>To TAYLOR,STEPHEN D XXXXXXXXXX Loan 01<br>AUTO TRANSFER | -898.29 | 4,033.94 |
| 10/24 | 10/24 | Withdrawal | Debit Card Debit Card W/D<br>10/22 0   5295545771   0 BUC-EE'S #0037 FORT<br>WORTH TX | -18.88 | 4,015.06 |
| 10/24 | 10/24 | Withdrawal | Debit Card Debit Card W/D<br>10/23 0   5296703026   0 QDOBA BAILEY<br>BOSWELL FORTH WORTH TX | -10.66 | 4,004.40 |
| 10/26 | 10/26 | Withdrawal | Debit Card Debit Card W/D<br>10/23 0   5296852583   1 QT 1871 FT WORTH TX | -80.48 | 3,923.92 |
| 10/26 | 10/26 | Withdrawal | Debit Card Debit Card W/D<br>10/25 0   5298142900   2 RE/MAX,LLC *BILLING<br>DENVER CO | -34.17 | 3,889.75 |
| 10/26 | 10/26 | Withdrawal | Debit Card Debit Card W/D<br>10/24 0   5297591417   0 THE HOME DEPOT<br>#0507 GRAND PRAIRI TX | -38.48 | 3,851.27 |
| 10/27 | 10/27 | Withdrawal | Debit Card Debit Card W/D<br>10/26 0   5299550240   0 BUC-EE'S #0038<br>ROYSE CITY TX | -55.74 | 3,795.53 |
| 10/28 | 10/28 | Recurring W/D | Debit Card Debit Card W/D<br>10/27 0   5300494239   0<br>SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -26.63 | 3,768.90 |
| 10/28 | 10/28 | Withdrawal | Debit Card Debit Card W/D<br>10/27 0   5300668905   0 CHIPOTLE 0661<br>WATAUGA TX | -16.45 | 3,752.45 |
| 10/29 | 10/29 | Recurring W/D | Bill Payment #000000370744<br>ABC*FOXFITNESSTX ABC*FOX FITNESS FORT<br>WORTH TX | -32.46 | 3,719.99 |
| 10/29 | 10/29 | Withdrawal | ACH BRATTON REAL EST<br>TYPE: BILL PAYMT ID: M391165550 | -300.00 | 3,419.99 |
| 10/29 | 10/29 | Withdrawal | ACH SHOCKING C PROPE<br>TYPE: BILL PAYMT ID: M391165550 | -1,300.00 | 2,119.99 |
| 10/29 | 10/29 | Withdrawal | Debit Card Debit Card W/D<br>10/29 0   5302654363   0<br>EAGLEVIEWTECHNOLOGIES BELLEVUE WA | -89.50 | 2,030.49 |
| 10/29 | 10/29 | Withdrawal | Debit Card Debit Card W/D<br>10/28 0   5301660114   0 RACETRAC 2501 FT.<br>WORTH TX | -70.21 | 1,960.28 |
| 10/29 | 10/29 | Withdrawal | Debit Card Debit Card W/D<br>10/28 0   5301669001   0 CTLP*CSC<br>SERVICEWORKS MELVILLE NY | -2.50 | 1,957.78 |
| 10/30 | 10/30 | Recurring W/D | Bill Payment #000000525167<br>ABC*FOXFITNESSTX ABC*FOX FITNESS FORT<br>WORTH TX | -32.46 | 1,925.32 |
| 10/30 | 10/30 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: CPC-CLIENT ID: 9000313004 | -102.85 | 1,822.47 |
| 10/30 | 10/30 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: CPC-CLIENT ID: 9000313004 | -128.49 | 1,693.98 |



| | | | Statement Period | Page |
|---|---|---|---|---|
| | | XXXXXX5271 | 10/01/25 – 10/31/25 | 7 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/30 | 10/30 | Withdrawal | ACH ALLIED NATIONAL<br>TYPE: ACH: Billi ID: 2431625753 | -132.62 | 1,561.36 |
| 10/30 | 10/30 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: SFPP ID: 9000307001 | -939.49 | 621.87 |
| 10/31 | 10/31 | Deposit | <br>INDUSTRIAL POWER TRUCK/FROST BANK | 2,750.00 | 3,371.87 |
| 10/31 | 10/31 | Withdrawal | POS #000082386414<br>ADVANCE AUTO 76 WATAUGA WATAUGA TX | -20.56 | 3,351.31 |
| 10/31 | 10/31 | Withdrawal | Debit Card Debit Card W/D<br>10/30 0    5303548744    0 SAMSCLUB #8268 N<br>RICHLAND H TX | -113.94 | 3,237.37 |
| 10/31 | 10/31 | Withdrawal | Debit Card Debit Card W/D<br>10/30 0    5303691931    0 TEX'S STAR GRILL<br>WATAUGA TX | -30.87 | 3,206.50 |
| 10/31 | 10/31 | Withdrawal | Service Fees | -10.00 | 3,196.50 |
| **10/31** | | **Ending Balance** | | | **3,196.50** |

Interest YTD on BUSINESS CHECKING (11)..............$0.00

105 Withdrawals = 28,756.31    6 Deposits = 4,351.53                8 Checks Cleared for $114,721.17

### Checks Cleared

| No. | Date | Amount | No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4048 | 10/06 | 3,362.00 | 4051 | 10/14 | 34,224.91 | 4054 | 10/14 | 1,000.00 |
| 4049 | 10/06 | 3,362.00 | 4052 | 10/08 | 54,272.26 | 4055 | 10/20 | 1,000.00 |
| 4050 | 10/07 | 7,500.00 | 4053 | 10/07 | 10,000.00 | | | |

* next to number indicates skip in number sequence

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/01 | Withdrawal Adjustment Debit Card | 0.59 | 10/17 | Deposit | 1,500.00 |
| 10/01 | Withdrawal Adjustment Debit Card | 3.80 | 10/19 | Withdrawal Adjustment Debit Card | 54.10 |
| 10/01 | Withdrawal Adjustment Debit Card | 43.04 | 10/31 | Deposit | 2,750.00 |

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/01 | Withdrawal ACH | 123.70 | 10/08 | Withdrawal Debit Card | 5.75 |
| 10/01 | Withdrawal ACH | 526.48 | 10/08 | Withdrawal Debit Card | 48.70 |
| 10/01 | Withdrawal ACH | 1,042.32 | 10/08 | Withdrawal Debit Card | 10.12 |
| 10/01 | Withdrawal POS | 77.50 | 10/09 | Withdrawal ACH | 25.93 |
| 10/01 | Withdrawal Debit Card | 68.53 | 10/09 | Withdrawal Debit Card | 90.38 |
| 10/01 | Withdrawal Debit Card | 32.46 | 10/09 | Withdrawal Debit Card | 27.46 |
| 10/01 | Withdrawal Debit Card | 319.00 | 10/09 | Withdrawal Debit Card | 26.53 |
| 10/01 | Withdrawal Debit Card | 44.99 | 10/09 | Withdrawal Debit Card | 18.15 |
| 10/01 | Withdrawal Debit Card | 124.01 | 10/10 | Withdrawal ACH | 1,784.08 |
| 10/02 | Withdrawal ACH | 376.41 | 10/10 | Withdrawal ACH | 2,506.38 |
| 10/02 | Withdrawal POS | 44.26 | 10/10 | Withdrawal Debit Card | 17.31 |
| 10/02 | Withdrawal ACH | 1,597.82 | 10/10 | Withdrawal Debit Card | 96.00 |
| 10/02 | Withdrawal ACH | 380.00 | 10/10 | Withdrawal Debit Card | 2.14 |
| 10/02 | Withdrawal Debit Card | 2.99 | 10/10 | Withdrawal Debit Card | 18.38 |
| 10/02 | Withdrawal Debit Card | 177.84 | 10/10 | Withdrawal Debit Card | 141.00 |
| 10/02 | Withdrawal POS | 45.51 | 10/11 | Withdrawal Online Banking Transfer | 1,190.00 |
| 10/03 | Withdrawal ACH | 172.04 | 10/12 | Withdrawal Debit Card | 10.83 |
| 10/03 | Withdrawal Debit Card | 12.02 | 10/12 | Withdrawal Debit Card | 4.50 |
| 10/05 | Withdrawal POS | 47.23 | 10/12 | Withdrawal Debit Card | 41.00 |
| 10/05 | Withdrawal Debit Card | 15.01 | 10/12 | Withdrawal Debit Card | 54.10 |
| 10/05 | Withdrawal Debit Card | 222.60 | 10/13 | Withdrawal Debit Card | 46.58 |
| 10/05 | Withdrawal Debit Card | 99.00 | 10/13 | Withdrawal Debit Card | 27.00 |
| 10/05 | Withdrawal Debit Card | 99.00 | 10/14 | Withdrawal ACH | 1,759.60 |
| 10/05 | Withdrawal Debit Card | 649.00 | 10/14 | Withdrawal Debit Card | 14.06 |
| 10/05 | Withdrawal Debit Card | 468.00 | 10/15 | Withdrawal ACH | 185.00 |
| 10/06 | Withdrawal ACH | 355.19 | 10/15 | Withdrawal Online Banking Transfer | 1,500.12 |
| 10/06 | Withdrawal ACH | 1,888.00 | 10/15 | Withdrawal Online Banking Transfer | 1,035.00 |
| 10/06 | Withdrawal POS | 67.94 | 10/15 | Withdrawal Debit Card | 13.10 |
| 10/07 | Withdrawal Debit Card | 35.64 | 10/15 | Withdrawal Debit Card | 29.86 |
| 10/07 | Withdrawal Debit Card | 25.87 | 10/16 | Withdrawal ACH | 186.19 |
| 10/08 | Withdrawal ACH | 139.16 | 10/16 | Withdrawal Debit Card | 68.04 |
| 10/08 | Withdrawal POS | 78.09 | 10/16 | Withdrawal Debit Card | 14.99 |
| 10/08 | Withdrawal POS | 56.99 | 10/17 | Withdrawal Debit Card | 82.50 |



| | Member FDIC | |
|---|---|---|
| | Statement Period | Page |
| XXXXXX5271 | 10/01/25 - 10/31/25 | 8 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/17 | Withdrawal Debit Card | 429.98 | 10/26 | Withdrawal Debit Card | 38.48 |
| 10/19 | Withdrawal Debit Card | 75.33 | 10/27 | Withdrawal Debit Card | 55.74 |
| 10/20 | Withdrawal ACH | 556.71 | 10/28 | Withdrawal Debit Card | 26.63 |
| 10/20 | Withdrawal Debit Card | 26.63 | 10/28 | Withdrawal Debit Card | 16.45 |
| 10/21 | Withdrawal ACH | 32.46 | 10/29 | Withdrawal Bill Payment | 32.46 |
| 10/21 | Withdrawal ACH | 319.99 | 10/29 | Withdrawal ACH | 300.00 |
| 10/21 | Withdrawal Debit Card | 975.00 | 10/29 | Withdrawal ACH | 1,300.00 |
| 10/21 | Withdrawal Debit Card | 139.64 | 10/29 | Withdrawal Debit Card | 89.50 |
| 10/21 | Withdrawal Debit Card | 13.10 | 10/29 | Withdrawal Debit Card | 70.21 |
| 10/22 | Withdrawal ACH | 44.00 | 10/29 | Withdrawal Debit Card | 2.50 |
| 10/22 | Withdrawal ACH | 872.51 | 10/30 | Withdrawal Bill Payment | 32.46 |
| 10/23 | Withdrawal ACH | 108.16 | 10/30 | Withdrawal ACH | 102.85 |
| 10/23 | Withdrawal ACH | 149.39 | 10/30 | Withdrawal ACH | 128.49 |
| 10/23 | Withdrawal Debit Card | 17.31 | 10/30 | Withdrawal ACH | 132.62 |
| 10/23 | Withdrawal Debit Card | 14.99 | 10/30 | Withdrawal ACH | 939.49 |
| 10/24 | Withdrawal Transfer | 898.29 | 10/31 | Withdrawal POS | 20.56 |
| 10/24 | Withdrawal Debit Card | 18.88 | 10/31 | Withdrawal Debit Card | 113.94 |
| 10/24 | Withdrawal Debit Card | 10.66 | 10/31 | Withdrawal Debit Card | 30.87 |
| 10/26 | Withdrawal Debit Card | 80.48 | 10/31 | Withdrawal Fee | 10.00 |
| 10/26 | Withdrawal Debit Card | 34.17 | | | |

### Total Overdraft or Courtesy Pay Fees and Total Nonsufficient Funds (NSF) or Overdrawn Fees

Current Overdraft Limit                2,500.00

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft or Courtesy Pay Fees | 0.00 | 170.00 |
| Total NSF or Overdrawn Fees | 0.00 | 0.00 |

Overdraft or Courtesy Pay Fees. Overdrafts may be created in several ways, including by ATM or debit card, check, in-person withdrawal, transfer, or by other electronic means. We will generally pay overdrafts up to the dollar limit previously disclosed to you if your account is in good standing, which means your account is not continuously overdrawn for more than 20 days, is not in default on any loan, is not subject to legal action, and receives regular deposits consistent with past practices. Overdrafts will not, however, be paid on ATM and one-time (everyday) debit card transactions unless you ask us to. The Overdraft or Courtesy Pay Fee is listed in our Fee Schedule. Your Overdraft Limit may be reduced by any small dollar loans and fees. Ultimately, whether your overdraft will be paid is at our discretion and we reserve the right not to pay. Please refer to the Membership and Account Agreement and Overdraft Services Disclosure and Agreement, both of which are incorporated herein by reference, for more information.

NSF or Overdrawn Fees. An NSF or Overdrawn Fee will be charged each time an item is presented and represented for payment against your account and returned for nonsufficient or insufficient funds. The NSF or Overdrawn Fee is listed in our Fee Schedule.

### 2022 CHEVROLET SILVERADO 2500 (06)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **10/01** | | **Beginning Balance** | | | | | **40,991.65** |
| 10/11 | 10/11 | Payment | -1,190.00 | 230.45 | -959.55 | | 40,032.10 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 10/11/2025 19:49 813767 | | | | | |
| **10/31** | | **Ending Balance** | | | | | **40,032.10** |

Interest Paid Year to Date ..................2,590.01
Interest Due through 10/31/25 ..................157.54
Annual Percentage Rate ..................6.840%
Daily Periodic Rate ..................018739%

A Payment of 1187.87 is Due on 12/11/25

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/11 | Payment Online Banking Transfer | 1,190.00 | | | |



| | Member Number | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 10/01/25 - 10/31/25 | 9 of 9 |

## 2023 CHEVROLET SILVERADO 3500 (07)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **10/01** | | **Beginning Balance** | | | | | **52,299.36** |
| 10/15 | 10/15 | Payment | -1,500.12 | 294.02 | -1,206.10 | | 51,093.26 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 10/15/2025 18:21 895115 | | | | | |
| **10/31** | | **Ending Balance** | | | | | **51,093.26** |

Interest Paid Year to Date ..................3,281.32
Interest Due through 10/31/25 ..................162.77
Annual Percentage Rate ..................  6.840%
Daily Periodic Rate ..................  .018739%

A Payment of 1500.12 is Due on 11/15/25

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/15 | Payment Online Banking Transfer | 1,500.12 | | | |

## BUSINESS UNSECURED TERM (08)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **10/01** | | **Beginning Balance** | | | | | **38,646.36** |
| 10/15 | 10/15 | Payment | -1,035.00 | 380.85 | -654.15 | | 37,992.21 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 10/15/2025 18:25 895231 | | | | | |
| **10/31** | | **Ending Balance** | | | | | **37,992.21** |

Interest Paid Year to Date ..................4,140.36
Interest Due through 10/31/25 ..................212.16
Annual Percentage Rate ..................  11.990%
Daily Periodic Rate ..................  .032849%

A Payment of 1034.43 is Due on 11/15/25

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10/15 | Payment Online Banking Transfer | 1,035.00 | | | |