UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 25-42386-elm |
|---|---|
| DIAMOND RENOVATIONS, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 24 |

On 1/14/2026, I did cause a copy of the following documents, described below,

Debtor's Subchapter V Plan of Reorganization ECF Docket Reference No. 24

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>DIAMOND RENOVATIONS, INC | CASE NO: 25-42386-elm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 24 |

On 1/14/2026, a copy of the following documents, described below,

Debtor's Subchapter V Plan of Reorganization ECF Docket Reference No. 24

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-42386-ELM<br>NORTHERN DISTRICT OF TEXAS<br>WED JAN 14 9-24-1 PST 2026 | ~~(U)DATCU CREDIT UNION~~ | DIAMOND RENOVATIONS INC<br>9227 LIVE OAK LN<br>FORT WORTH TX 76179-4063 |
| EECU<br>ATTN BANKRUPTCY<br>PO BOX 1777<br>FORT WORTH TX 76101-1777 | NORRED LAW PLLC<br>515 E BORDER ST<br>ARLINGTON TX 76010-7402 | ~~EXCLUDE~~<br>~~501 W TENTH STREET~~<br>~~FORT WORTH TX 76102-3637~~ |
| AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096-8000 | AMERICAN EXPRESS NATIONAL BANK AENB<br>CO ZWICKER AND ASSOCIATES PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | ANGELA M LIPSCOMB ESQ<br>LIPSCOMB PARTNERS PLLC<br>127 W FAIRBANKS AVE<br>SUITE 483<br>WINTER PARK FL 32789-4326 |
| ANGIE CRYER<br>9656 HOUSTON HILL RD<br>FORT WORTH TX 76179-6013 | ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 | BANK OF AMERICA<br>PO BOX BOX 851001<br>DALLAS TX 75285-1001 |
| BRACKETT ELLIS<br>100 MAIN ST<br>FORT WORTH TX 76102-3008 | BRATTON REAL ESTATE<br>3916 WESTWAY TERRACE<br>FORT WORTH TX 76179-2511 | CADENCE BANK<br>ATTN CENTRAL LOAN OPERATIONS<br>PO BOX 4360<br>TUPELO MS 38803-4360 |
| CHASE BUSINESS INK<br>PO BOX 1423<br>CHARLOTTE NC 28201-1423 | CITI BUSINESS CARD<br>PO BOX 6004<br>SIOUX FALLS SD 57117-6004 | CITI COSTCO BUSINESS<br>PO BOX 658234<br>DALLAS TX 75265-8234 |
| CITI EXECUTIVE<br>PO BOX BOX 658202<br>DALLAS TX 75265-8202 | CITIBANK PERSONAL LOAN<br>PO BOX 78917<br>PHOENIX AZ 85062-8917 | CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>S LOUIS MO 63179-0040 |
| DATCU<br>PO BOX 827<br>DENTON TX 76202-0827 | DISCOVER<br>PO BOX 71242<br>CHARLOTTE NC 28272-1242 | EECU<br>1617 W 7TH ST<br>FORT WORTH TX 76102-2503 |
| EECU<br>717 E BAILEY BOSWELL RD<br>FORT WORTH TX 76131-3511 | EECU<br>PO BOX 1777<br>FORT WORTH TEXAS 76101-1777 | EECU SIGNATURE FIXED LOAN<br>PO BOX 1687<br>FORT WORTH TX 76101-1687 |

```
(P)FIRST NATIONAL BANK OF OMAHA          HOME DEPOT COMMERCIAL                     HOME DEPOT USA INC
1601 DODGE ST                            PO BOX 790345                             CO NCS CREDIT
STOP CODE 3113                           SAINT LOUIS  MO 63179-0345                729 MINER ROAD
OMAHA NE 68102-1637                                                                CO NCS CREDIT  729 MINER ROAD
                                                                                   HIGHLAND HEIGHTS  OH 44143-2117


IRS                                      INTERNAL REVENUE SERVICE                  JPMORGAN CHASE BANK  NA
SPECIAL PROCEDURESINSOLVENCY             1100 COMMERCE STREET                      SBMT CHASE BANK USA  NA
PO BOX 7346                              MC5026 DAL                                CO NATIONAL BANKRUPTCY SERVICES  LLC
PHILADELPHIA  PA 19101-7346              DALLAS  TX 75242                          PO BOX 9013
                                                                                   ADDISON  TEXAS 75001-9013


KUBOTA CREDIT                            KUBOTA CREDIT CORPORATION                 LGBS
PO BOX 559                               PO BOX 9013                               100 THROCKMORTON ST  300
CAROL STREAM  IL 60132-0559              ADDISON  TEXAS 75001-9013                 FORT WORTH  TX 76102-2833


LGBSDALLAS                               LOWES BUSINESS ADVANTAGE                  MULLIGAN FUNDING
3500 MAPLE AVE SUITE 800                 PO BOX  669824                            4715 VIEWRIDGE AVE 100
DALLAS  TX 75219-3959                    DALLAS  TX 75266-0781                     SAN DIEGO  CA 92123-1628


MULLIGAN FUNDING  LLC                    NATIONAL FUNDING                          NATIONAL FUNDING  INC
4715 VIEWRIDGE AVE                       4380 LA JOLLA VILLAGE DR                  ROBERT ZAHRADKA  ESQ
SUITE 100                                SAN DIEGO  CA 92122-1233                  4380 LA JOLLA VILLAGE DRIVE
SAN DIEGO  CA 92123-1628                                                           SAN DIEGO  CA 92122-1233


ON DECK                                  PERDUE BRANDON FIELDER COLLINS AND MOTT LLP   RANDALL CRYER
4700 W DAYBREAK PKWY STE 200             500 E BORDER 640                          9656 HOUSTON HILL RD
SOUTH JORDAN  UT 84009-5133              ARLINGTON  TX 76010-7457                  FORT WORTH  TX 76179-6013


RICK BARNESTAX ASSESSOR                  SHOCKING C                                (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
100 E WEATHERFORD STREET                 927 LIVE OAK LN                           REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
FORT WORTH  TX 76196-0206                FORT WORTH  TX 76179                      PO BOX 13528
                                                                                   AUSTIN TX 78711-3528


STEPHEN DANIEL TAYLOR                    SYNCHRONY BANK                            TAX DIVISIONUS DEPARTMENT OF JUSTICE
1572 FLYING JIB                          170 W ELECTION RD                         717 N HARWOOD  STE 400
AZLE  TX 76020-4972                      DRAPER  UT 84020-6425                     DALLAS  TX 75201-6598


TEXAS ALCOHOLIC BEV COMM                 TEXAS ATTORNEY GENERAL                    TEXAS WORKFORCE COMM
LICENSES AND PERMITS DIVISION            BKCOLLECTIONS DIVISION                    TEC BUILDINGBANKRUPTCY
PO BOX 13127                             PO BOX 12548                              101 E 15TH STREET
AUSTIN  TX 78711-3127                    AUSTIN  TX 78711-2548                     AUSTIN  TX 78778-0001
```

| | | |
|---|---|---|
| TOYOTA FINANCIAL<br>6565 HEADQUARTERS DR<br>PLANO  TX 75024-5965 | US ATTORNEYNORTH<br>3RD FLOOR  1100 COMMERCE ST<br>DALLAS  TX 75242 | (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US TRUSTEE<br>1100 COMMERCE ST  RM 976<br>DALLAS  TX 75242-0996 | EXCLUDE<br><br>(D)(P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS  TX 75242-0996 |
| WELLS FARGO BANK  NA<br>ATTENTION TO RYAN JOSHUA MANALANSAN MEN<br>801 WALNUT STREET MAC F0006-052<br>DES MOINES  IA 50309-3606 | WELLS FARGO EQUIPMENT<br>800 WALNUT ST 4TH FLOOR<br>DES MOINES  IA 50309-3605 | WEX BANK<br>ATTN LEGAL  BANKRUPTCY<br>1 HANCOCK STREET<br>PORTLAND  ME 04101-4217 |
| BEHROOZ P VIDA SBRA V<br>3000 CENTRAL DR<br>BEDFORD  TX 76021-3671 | CLAYTON EVERETT<br>515 E BORDER ST<br>STE 163<br>76010<br>ARLINGTON  TX 76010-7402 | WARREN V NORRED<br>NORRED LAW PLLC<br>515 E BORDER STREET<br>ARLINGTON  TX 76010-7402 |