**Fill in this information to identify the case:**

Debtor Name **Diamond Renovations, Inc**

United States Bankruptcy Court for the: Northern District of Texas

Case number: **25-42386-elm11**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: **December**

Date report filed: **12/19/2025**
MM / DD / YYYY

Line of business: **General Contractor**

NAISC code: **236200**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Randall Cryer**

Original signature of responsible party _(signature)_

Printed name of responsible party **Randall Cryer**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Diamond Renovations, Inc

Case number  25-42386-elm11

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 143,531.96

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 65,817.74

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 30,165.06

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 35,652.68

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 179,184.64

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name _Diamond Renovations, Inc_____    Case number _25-42386-elm11_____

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ __139,930.57__
    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                __2__
27. What is the number of employees as of the date of this monthly report?                   __2__

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ __1,000.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __4,250.00__
30. How much have you paid this month in other professional fees?                                    $ __0.00__
31. How much have you paid in total other professional fees since filing the case?                   $ __250.00__

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | — | $ 65,817.74 | = | $ 34,182.26 |
| 33. **Cash disbursements** | $ 20,000.00 | — | $ 35,652.68 | = | $ -15,652.68 |
| 34. **Net cash flow** | $ 80,000.00 | — | $ 30,165.06 | = | $ 49,834.94 |

35. Total projected cash receipts for the next month:                    $ 100,000.00
36. Total projected cash disbursements for the next month:             - $ 50,000.00
37. Total projected net cash flow for the next month:                  = $ 50,000.00

---

Debtor Name <u>Diamond Renovations, Inc</u>

Case number <u>25-42386-elm11</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Exhibit A

We have not deposited all funds into the new DIP account yet because we just got it opened a couple of weeks ago and I have not had time to transfer everything over to the new bank.  I will be working on doing that now so it shouldn't take too long to get it all over and to start operating out of the new account.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179



Exhibit B

The Chase account closed down on us, I can't log into anylonger.  I believe they closed it out once we filed BK and since it was negative.  The Pinnacle account I have closed down and moved that one thousand dollars to the new DIP account at Wells Fargo.  The EECU account that we operate out of is still open but I am in the process of getting everything moved over to the new DIP account at Wells Fargo and I will close down the EECU as soon as everything gets moved over.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179

9:17 AM

**DIAMOND RENOVATIONS INC**
# Income by Customer Summary

01/19/26

December 2025

**Cash Basis**

|  | Dec 25 |
|---|---|
| **Calco Property Management** | |
|    200 E. Felix St | 1,800.00 |
| **Total Calco Property Management** | 1,800.00 |
| **Cidema II LP** | 12,937.50 |
| **Fusion Fort Worth** | 1,700.00 |
| **Gary Havener** | |
|    2301 S.E. Loop 820 | 1,000.00 |
|    Home Team Pest | 3,700.00 |
| **Total Gary Havener** | 4,700.00 |
| **Lighthouse Property Management** | |
|    Stadium 700 | 3,130.24 |
| **Total Lighthouse Property Management** | 3,130.24 |
| **Texas Builders Supply** | 41,550.00 |
| **TOTAL** | **65,817.74** |

9:18 AM

01/19/26

**Cash Basis**

# DIAMOND RENOVATIONS INC
## Expenses by Vendor Summary
### December 2025

|  | Dec 25 |
|---|---|
| **7-Eleven** | 150.19 |
| **ABC Supply** | 94.36 |
| **Ace of Azle** | 93.64 |
| **Adobe Acrobat** | 14.06 |
| **Allied National** | 265.24 |
| **Aspire Chiropractic** | 468.00 |
| **AT&T** | 172.04 |
| **ATA Remodeling** | 1,500.00 |
| **ATM** | 509.00 |
| **Behrooz P. Vida** | 1,000.00 |
| **Bratton Real Estate** | 300.00 |
| **Buc-EE's Gas Station** | 167.35 |
| **Chevron** | 168.52 |
| **chick fil a** | 20.11 |
| **Chili's** | 120.19 |
| **Chipotle** | 53.04 |
| **city of azle** | 183.94 |
| **Coleman County** | 123.60 |
| **Eagle View** | 60.00 |
| **edge Fitness** | 32.46 |
| **Elkins Hardware** | 5.83 |
| **Ferguson Supply House** | 1,135.27 |
| **Firehouse subs** | 15.69 |
| **Four Star Glass & Mirror** | 8,500.00 |
| **Fox Fitness** | 64.92 |
| **Frontier Waste Solutions** | 139.71 |
| **Germania Insurance** | 99.17 |
| **Home Depot** | 12.95 |
| **HP Instant INK** | 34.62 |
| **IN *NS Trinity LLC** | 177.84 |
| **Italiano's Capriccio Pizza, Pasta & Bar** | 217.74 |
| **JJ's Fastop** | 158.14 |
| **Lowes** | 4.31 |
| **Murphy Gas** | 136.51 |
| **Pei Wei** | 14.63 |
| **Pizza Hut** | 62.39 |
| **QDOBA** | 11.83 |
| **Quarterly Fee** | 706.00 |
| **Quick Trip** | 108.27 |
| **Race Trac** | 127.58 |
| **RealPages Vendor Credential** | 116.19 |
| **Realtor Association** | 358.00 |
| **Remax** | 34.17 |
| **Resdoor Company, Inc** | 4,810.63 |
| **Rufe Snow Wings** | 56.35 |
| **Russell Feed & Supply** | 74.68 |
| **sams club** | 267.47 |
| **Service Fee** | 16.00 |
| **Shell Oil** | 123.63 |
| **Shocking C Properties, LLC** | 1,300.00 |
| **Sirius XM Radio** | 53.26 |
| **Soapy Jeffs car wash** | 350.00 |
| **State Farm Insurance** | 3,206.03 |
| **Sweeney Lumber** | 1,036.46 |
| **Synchrony Bank (Polaris)** | 376.41 |
| **T-Mobile** | 319.99 |
| **Tonys Pizza** | 112.01 |
| **TownSq Interactive** | 139.64 |
| **Trustage CMFG Life** | 185.00 |
| **TOTAL** | **30,165.06** |

9:20 AM

01/19/26

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of January 19, 2026

| | Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **2301 FM 2738** | | | | | | | | |
| | General Journal | 12/31/2020 | 4 | | | | | 0.87 |
| Total 2301 FM 2738 | | | | | | | | 0.87 |
| **Blue Ocean** | | | | | | | | |
| **Trellis North Dallas** | | | | | | | | |
| | Deposit | 11/02/2023 | | | | | | -30.00 |
| | Invoice | 05/05/2023 | 1151 | | Net 30 | 06/04/2023 | 960 | 50,771.00 |
| | Invoice | 09/07/2023 | 1231 | | Net 30 | 10/07/2023 | 835 | 30.00 |
| | Invoice | 02/15/2024 | 1293 | | Net 30 | 03/16/2024 | 674 | 19,441.00 |
| | Invoice | 03/01/2024 | 1292 | | Net 30 | 03/31/2024 | 659 | 50,525.00 |
| Total Trellis North Dallas | | | | | | | | 120,737.00 |
| **Trellis Richardson** | | | | | | | | |
| | Credit Memo | 04/09/2024 | 1345 | | | 04/09/2024 | 650 | -4,200.00 |
| Total Trellis Richardson | | | | | | | | -4,200.00 |
| Total Blue Ocean | | | | | | | | 116,537.00 |
| **Bryce Day** | | | | | | | | |
| | Payment | 04/18/2024 | 1012 | | | | | -26.65 |
| Total Bryce Day | | | | | | | | -26.65 |
| **Cushman & Wakefield** | | | | | | | | |
| **Canyon Grove** | | | | | | | | |
| | Invoice | 11/27/2023 | 1277 | | Net 30 | 12/27/2023 | 754 | 1,800.00 |
| Total Canyon Grove | | | | | | | | 1,800.00 |
| **Gateway East** | | | | | | | | |
| | Invoice | 12/29/2023 | 1296 | | Net 30 | 01/28/2024 | 722 | 4,850.00 |
| Total Gateway East | | | | | | | | 4,850.00 |
| Total Cushman & Wakefield | | | | | | | | 6,650.00 |
| **Dayrise** | | | | | | | | |
| **Lakeside Villas** | | | | | | | | |
| | Invoice | 06/05/2025 | 1565 | | Net 30 | 07/05/2025 | 198 | 13,050.00 |
| Total Lakeside Villas | | | | | | | | 13,050.00 |
| Total Dayrise | | | | | | | | 13,050.00 |
| **DFW Construction and Restoration** | | | | | | | | |
| | Invoice | 10/30/2023 | 1268 | | Net 15 | 11/14/2023 | 797 | 850.00 |

**Page 1**

9:20 AM

01/19/26

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of January 19, 2026

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|--------------|
| Total DFW Construction and Restoration | | | | | | | 850.00 |
| **Dr. James Taylor (Tenant Responsibility)** | | | | | | | |
| Invoice | 04/19/2024 | 1350 | | Net 30 | 05/19/2024 | 610 | 48.35 |
| Total Dr. James Taylor (Tenant Responsibility) | | | | | | | 48.35 |
| **Fusion Fort Worth** | | | | | | | |
| Invoice | 01/05/2026 | 1629 | | Net 30 | 02/04/2026 | | 800.00 |
| Total Fusion Fort Worth | | | | | | | 800.00 |
| **Lasko Products** | | | | | | | |
| Invoice | 10/29/2025 | 1618 | | Net 15 | 11/13/2025 | 67 | 3,120.00 |
| Total Lasko Products | | | | | | | 3,120.00 |
| **Lighthouse Property Management** | | | | | | | |
| **Stadium 700** | | | | | | | |
| Invoice | 10/21/2025 | 1612 | | Net 30 | 11/20/2025 | 60 | 900.00 |
| Total Stadium 700 | | | | | | | 900.00 |
| Total Lighthouse Property Management | | | | | | | 900.00 |
| **Martin Alvarado** | | | | | | | |
| Invoice | 12/01/2022 | 1096 | | Net 15 | 12/16/2022 | 1130 | 1.00 |
| Total Martin Alvarado | | | | | | | 1.00 |
| **Transfer from Chase Account** | | | | | | | |
| Deposit | 03/13/2025 | | | | | | -1,000.00 |
| Deposit | 03/15/2025 | | | | | | -1,000.00 |
| Total Transfer from Chase Account | | | | | | | -2,000.00 |
| **Vickie Wright** | | | | | | | |
| Payment | 05/14/2019 | 8653 | | | | | -0.87 |
| Invoice | 04/15/2019 | 380 | | Due on re... | 04/15/2019 | 2471 | 0.87 |
| Total Vickie Wright | | | | | | | 0.00 |
| **TOTAL** | | | | | | | 139,930.57 |

9:27 AM

01/19/26

**Cash Basis**

# DIAMOND RENOVATIONS INC
## Profit & Loss
### December 2025

|  | Dec 25 |
| --- | ---: |
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 65,817.74 |
| **Total Income** | 65,817.74 |
| **Cost of Goods Sold** | |
| **Direct Labor** | |
| Day Labor | 509.00 |
| Sub Contractors | 1,639.71 |
| **Total Direct Labor** | 2,148.71 |
| **Permits and Inspections** | 307.54 |
| **Purchases** | |
| Building Supplies | 7,262.30 |
| Materials | 5.83 |
| **Total Purchases** | 7,268.13 |
| **Roof Measurements Report** | 60.00 |
| **Total COGS** | 9,784.38 |
| **Gross Profit** | 56,033.36 |
| **Expense** | |
| *Payroll Expenses | 612.00 |
| Advertising | 709.65 |
| **Automobile Expense** | |
| Gas & Oil | 1,140.19 |
| Automobile Expense - Other | 403.26 |
| **Total Automobile Expense** | 1,543.45 |
| **Bank Service Charges** | 16.00 |
| **Client Relations** | 177.69 |
| **Contract Labor** | 8,500.00 |
| **Dues and Subscriptions** | 116.19 |
| **Insurance** | |
| Insurance-Auto | 3,206.03 |
| Insurance - Other | 549.41 |
| **Total Insurance** | 3,755.44 |
| **Internet Services** | 172.04 |
| **Meals & Ent** | |
| Meals - 100% | 168.36 |
| Meals & Ent - Other | 337.93 |
| **Total Meals & Ent** | 506.29 |
| **Office Expense** | 14.06 |
| **Office Supplies** | 302.09 |
| **Officers Wellness** | 468.00 |
| **Officers Wellness Gym Membershi** | 97.38 |
| **Payroll Expenses** | |
| Officer's Compensation | 8,000.00 |
| **Total Payroll Expenses** | 8,000.00 |
| **Professional Fees** | |
| Legal Fees | 1,706.00 |
| **Total Professional Fees** | 1,706.00 |
| **Rent** | |
| Office Rent | 1,300.00 |

9:27 AM

01/19/26

Cash Basis

# DIAMOND RENOVATIONS INC
## Profit & Loss
### December 2025

|  | Dec 25 |
|---|---|
| **Warehouse Rent** | 300.00 |
| **Total Rent** | 1,600.00 |
| **Taxes** | |
| **Payroll Taxes** | |
| **TWC Taxes** | 0.00 |
| **Total Payroll Taxes** | 0.00 |
| **Total Taxes** | 0.00 |
| **Telephone** | 319.99 |
| **Uncategorized Expenses** | |
| **Equipment/Trailer** | 376.41 |
| **Total Uncategorized Expenses** | 376.41 |
| **Total Expense** | 28,992.68 |
| **Net Ordinary Income** | 27,040.68 |
| **Net Income** | **27,040.68** |

# STATEMENT OF ACCOUNT

**EECU**

PO Box 1777, Fort Worth, TX 76101-1777
(817) 882-0800 | www.eecu.org

| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 12/01/25 - 12/31/25 | 1 of 9 |

DIAMOND RENOVATIONS INC
9227 LIVE OAK LN
FORT WORTH TX 76179

Federally Insured by NCUA



## Save the Date for Our 91st Annual Meeting & Board Election

Tuesday, March 24, 2026 • Fort Worth Botanic Garden • 6:00 P.M.

### ACCOUNT BALANCE SUMMARY as of December 31, 2025

| Account # | Deposit Products | Balance | Account # | Loan Products | Balance |
|---|---|---|---|---|---|
| 11 | BUSINESS CHECKING | $   23,724.40 | 06 | 2022 CHEVROLET SILVERADO 2500 | $   39,299.72 |
| | | ———————— | 07 | 2023 CHEVROLET SILVERADO 3500 | $   48,670.32 |
| | | $   23,724.40 | 08 | BUSINESS UNSECURED TERM | $   36,677.12 |
| | | | | | $ ————————  124,647.16 |
| | TOTAL LOAN INTEREST PAID YTD: | | | | $11,801.52 |

### Account Analysis Statement for ID 11 BUSINESS CHECKING

```
Transactions      Total Count   Count Less Free    Unit Price      Charge
-------------------------------------------------------------------------
ACH Debits:              24
Drafts:                   9
Checks Received:          7
                       ------
Total                    40               0           0.40        $0.00
ACH-Payments              1               1          10.00       $10.00
-------------------------------------------------------------------------
Total Charges                                                    $10.00
Average Balance                                             $16,423.81
Average Relationship Balance                                $16,300.78
Debit card transactions                                      $5,569.76
```
** Service charge waived when average balance is $1,000 or higher;
or average relationship balance is $2,500 or higher; or monthly net
debit card usage is $500 or higher. Account comes with 50 free ACH
and check transactions per month, additional transactions subject
to $0.40 fee. You receive $2,500 in free cash transactions at
branches. Each additional $100 in cash transactions subject to
$0.30 fee (max cash transaction fee of $200 per month).

### Account # 11 BUSINESS CHECKING

| Tran Date | Eff Date | Transaction Description | | Amount | Balance |
|---|---|---|---|---|---|
| **12/01** | | **Beginning Balance** | | | **15,099.82** |
| 12/01 | 11/30 | Withdrawal | Debit Card Debit Card W/D | -42.41 | 15,057.41 |



| | | | Account # 11 BUSINESS CHECKING - Continued | Statement Period | Page |
|---|---|---|---|---|---|
| | | | XXXXXX5271 | 12/01/25 - 12/31/25 | 2 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/01 | 11/30 | Withdrawal | 11/28 0    5332532071    0 BUC-EE'S #0022 NEW BRAUNFEL TX<br>Debit Card Debit Card W/D | -41.63 | 15,015.78 |
| 12/01 | 11/30 | Withdrawal | 11/28 0    5332544213    0 CHEVRON 0377107 AZLE TX<br>Debit Card Debit Card W/D | -123.60 | 14,892.18 |
| 12/01 | 12/01 | Withdrawal | 11/29 0    5333512494    0 SQ *COLEMAN COUNTY PRO COLEMAN TX<br>ACH SYNCHRONY SECURE<br>TYPE: LOAN PYMNT ID: 1304178330 | -376.41 | 14,515.77 |
| 12/01 | 12/01 | Withdrawal | POS #000000500539<br>7-ELEVEN 1150 Longhorn Rd US Saginaw TX | -78.30 | 14,437.47 |
| 12/02 | 12/02 | Withdrawal | ACH CADENCE BANK<br>TYPE: ICPAYMENT ID: 3640117230 | -1,591.41 | 12,846.06 |
| 12/02 | 12/02 | Recurring W/D | Debit Card Debit Card W/D<br>12/02 0    5336669602    0 IN *NS TRINITY LLC FORT WORTH TX | -177.84 | 12,668.22 |
| 12/03 | 12/03 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: CPC-CLIENT ID: 9000313004 | -102.85 | 12,565.37 |
| 12/03 | 12/03 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: CPC-CLIENT ID: 9000313004 | -128.47 | 12,436.90 |
| 12/03 | 12/03 | Withdrawal | ACH ALLIED NATIONAL<br>TYPE: ACH: Billi ID: 2431625753 | -132.62 | 12,304.28 |
| 12/03 | 12/03 | Withdrawal | ACH Aptive Environme<br>TYPE: AptEnvFTW ID: 1201681064<br>NAME: Diamond Renovations In | -186.19 | 12,118.09 |
| 12/03 | 12/03 | Withdrawal | ACH STATE FARM RO 27<br>TYPE: SFPP ID: 9000307001 | -939.49 | 11,178.60 |
| 12/03 | 12/03 | Withdrawal | #000000006875<br>TRANSFUND-QUIKTRIP DFW 9300 SILVER CREEK ROAD FORT WORTH TX | -103.00 | 11,075.60 |
| 12/03 | 12/03 | Withdrawal | ATM Fee<br>TRANSFUND-QUIKTRIP DFW 9300 SILVER CREEK ROAD FORT WORTH TX | -3.00 | 11,072.60 |
| 12/03 | 12/03 | Withdrawal | Debit Card Debit Card W/D<br>12/02 0    5336678820    0 ELKINS HARDWARE SAGINAW TX | -5.83 | 11,066.77 |
| 12/03 | 12/03 | Withdrawal | Debit Card Debit Card W/D<br>12/02 0    5336675347    0 TONYS PIZZA & POUR HOU FORT WORTH TX | -76.03 | 10,990.74 |
| 12/03 | 12/03 | Withdrawal | Debit Card Debit Card W/D<br>12/02 0    5336633788    0 ASPIRE CHIROPRACTIC | -468.00 | 10,522.74 |



### Notice to Members About Document Availability

Pursuant to Texas Credit Union Department Rule 91.315, documents relating to EECU's finances and management are available by contacting us at (817) 882-0800.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at P.O. Box 1777, Fort Worth, TX 76101-1777 or telephone us at 817.882.0800 as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than **60 days** after you receive the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this (20 days for new accounts), we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

*National Credit Union Administration, a U.S. Government Agency - Member accounts are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.*

**BILLING RIGHTS SUMMARY**
**IN CASE OF ERRORS OR QUESTIONS PERTAINING TO YOUR OPEN-END LOAN ACCOUNT(S)**

If you think your Statement of Account is wrong, or if you need more information about a transaction on your Statement of Account, write us, as soon as you can, (on a separate sheet) at: P.O. Box 1777, Fort Worth, TX 76101-1777. We must hear from you no later than **60 days** after we sent you the first Statement of Account on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

# EECU

| | Member # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 12/01/25 – 12/31/25 | 3 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | FORT WORTH TX | | |
| 12/04 | 12/04 | Withdrawal | ACH ATT | -172.04 | 10,350.70 |
| | | | TYPE: PAYMENT ID: 9864031004 CO: ATT | | |
| 12/04 | 12/04 | Withdrawal | Debit Card Debit Card W/D | -4.32 | 10,346.38 |
| | | | 12/02 0    5336565711    0 SHELL OIL 57546540105 FORT WORTH TX | | |
| 12/04 | 12/04 | Withdrawal | Debit Card Debit Card W/D | -13.10 | 10,333.28 |
| | | | 12/03 0    5337712299    0 CHIPOTLE 0661 WATAUGA TX | | |
| 12/05 | 12/05 | Withdrawal | Debit Card Debit Card W/D | -35.01 | 10,298.27 |
| | | | 12/03 0    5337573948    0 QT 864 WATAUGA TX | | |
| 12/05 | 12/05 | Withdrawal | Debit Card Debit Card W/D | -62.01 | 10,236.26 |
| | | | 12/04 0    5338704039    0 RACETRAC 177 AZLE TX | | |
| 12/05 | 12/05 | Withdrawal | Debit Card Debit Card W/D | -74.68 | 10,161.58 |
| | | | 12/04 0    5338709256    0 RUSSELL FEED & SUPPLY AZLE TX | | |
| 12/06 | 12/06 | Withdrawal | #000000003275 | -203.00 | 9,958.58 |
| | | | TRANSFUND 6249 LAKE WORTH BLVD LAKE WORTH TX | | |
| 12/06 | 12/06 | Withdrawal | ATM Fee | -3.00 | 9,955.58 |
| | | | TRANSFUND 6249 LAKE WORTH BLVD LAKE WORTH TX | | |
| 12/07 | 12/07 | Withdrawal | Debit Card Debit Card W/D | -116.19 | 9,839.39 |
| | | | 12/07 0    5341561984    0 RP VENDOR CREDENTIALIN RICHARDSON TX | | |
| 12/07 | 12/07 | Withdrawal | Debit Card Debit Card W/D | -56.35 | 9,783.04 |
| | | | 12/06 0    5340573067    0 SPO*RUFESNOWWINGS&BURG WATAUGA TX | | |
| 12/07 | 12/07 | Withdrawal | Debit Card Debit Card W/D | -64.99 | 9,718.05 |
| | | | 12/05 0    5339629108    0 PIZZA HUT #014724 AZLE TX | | |
| 12/09 | 12/09 | Withdrawal | ACH FRONTIERWASTESOL | -139.71 | 9,578.34 |
| | | | TYPE: PURCHASE ID: 3383693141 | | |
| 12/09 | 12/09 | Withdrawal | POS #000034051869 | -41.40 | 9,536.94 |
| | | | J J'S #268 AZLE AZLE TX | | |
| 12/09 | 12/09 | Withdrawal | Debit Card Debit Card W/D | -65.57 | 9,471.37 |
| | | | 12/08 0    5342676717    0 RACETRAC 2501 FT. WORTH TX | | |
| 12/09 | 12/09 | Withdrawal | Debit Card Debit Card W/D | -10.12 | 9,461.25 |
| | | | 12/08 0    5342681056    0 CHIPOTLE 3930 SAGINAW TX | | |
| 12/10 | 12/10 | Deposit | | 12,937.50 | 22,398.75 |
| | | | CIDEMA/FROST/$12937 | | |
| 12/10 | 12/10 | Recurring W/D | Debit Card Debit Card W/D | -17.31 | 22,381.44 |
| | | | 12/09 0    5343577908    0 HP *INSTANT INK PALO ALTO CA | | |
| 12/10 | 12/10 | Withdrawal | Debit Card Debit Card W/D | -11.83 | 22,369.61 |
| | | | 12/09 0    5343697633    0 QDOBA BAILEY BOSWELL FORTH WORTH TX | | |
| 12/10 | 12/10 | Withdrawal | POS #000034051821 | -8.21 | 22,361.40 |
| | | | J J'S #268 AZLE AZLE TX | | |
| 12/10 | 12/10 | Withdrawal | POS #000034059534 | -70.85 | 22,290.55 |
| | | | J J'S #268 AZLE AZLE TX | | |
| 12/11 | 12/11 | Withdrawal | #000000001395 | -103.00 | 22,187.55 |
| | | | TRANSFUND 161 INDUSTRIAL AVE AZLE TX | | |
| 12/11 | 12/11 | Withdrawal | ATM Fee | -3.00 | 22,184.55 |
| | | | TRANSFUND 161 INDUSTRIAL AVE AZLE TX | | |
| 12/11 | 12/11 | Withdrawal | Online Banking Transfer To Loan 06 | -1,190.00 | 20,994.55 |

# ≡ EECU

| | Member # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 12/01/25 – 12/31/25 | 4 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | Internet Access 12/11/2025 19:49 212648 | | |
| 12/11 | 12/11 | Withdrawal | Debit Card Debit Card W/D | -52.98 | 20,941.57 |
| | | | 12/10 0    5344209995    0 LOWES #01582* FORT WORTH TX | | |
| 12/11 | 12/11 | Withdrawal | Debit Card Debit Card W/D | -60.00 | 20,881.57 |
| | | | 12/11 0    5345701963    0 EAGLEVIEWTECHNOLOGIES BELLEVUE WA | | |
| 12/11 | 12/11 | Withdrawal | Debit Card Debit Card W/D | -13.10 | 20,868.47 |
| | | | 12/10 0    5344712800    0 CHIPOTLE 2242 NORTH RICHLA TX | | |
| 12/11 | 12/11 | Withdrawal | Adjustment Debit Card Credit Voucher | 2.60 | 20,871.07 |
| | | | 12/09 0    5343597542    0 RBT PIZZA HUT #014724 EASYSAVINGS NY | | |
| 12/11 | 12/11 | Withdrawal | Check 4056 | -8,000.00 | 12,871.07 |
| 12/12 | 12/12 | Withdrawal | ACH TruStage | -185.00 | 12,686.07 |
| | | | TYPE: LIFE INSUR ID: 001CMLIIPY | | |
| 12/12 | 12/12 | Deposit | | 3,130.24 | 15,816.31 |
| 12/12 | 12/12 | Withdrawal | POS #000019541918 | -42.00 | 15,774.31 |
| | | | SHELL SERVICE S FORT WORTH TX | | |
| 12/12 | 12/12 | Withdrawal | #000000007054 | -100.00 | 15,674.31 |
| | | | 7ELEVEN-FC 8421 BOAT CLUB RD FORT WORTH TX | | |
| 12/12 | 12/12 | Withdrawal | Debit Card Debit Card W/D | -6.50 | 15,667.81 |
| | | | 12/10 0    5344592992    0 SHELL OIL 57543206809 LAKESIDE TX | | |
| 12/12 | 12/12 | Withdrawal | Debit Card Debit Card W/D | -15.24 | 15,652.57 |
| | | | 12/11 0    5345618361    0 PEI WEI - 0287 MANSFIE MANSFIELD TX | | |
| 12/14 | 12/14 | Recurring W/D | Debit Card Debit Card W/D | -14.06 | 15,638.51 |
| | | | 12/13 0    5347548403    0 ADOBE INC. 4085366000 CA | | |
| 12/14 | 12/14 | Withdrawal | Debit Card Debit Card W/D | -120.19 | 15,518.32 |
| | | | 12/13 0    5347668656    0 CHILI'S LAKE WORTH LAKE WORTH TX | | |
| 12/14 | 12/14 | Withdrawal | Adjustment Debit Card Credit Voucher | 48.67 | 15,566.99 |
| | | | 12/13 0    5347163305    0 LOWES #02546* FT. WORTH TX | | |
| 12/15 | 12/15 | Withdrawal | POS #000053046973 | -64.78 | 15,502.21 |
| | | | MURPHY EXPRESS HURST HURST TX | | |
| 12/15 | 12/15 | Withdrawal | Online Banking Transfer To Loan 07 | -1,500.12 | 14,002.09 |
| | | | Internet Access 12/15/2025 18:21 309253 | | |
| 12/15 | 12/15 | Withdrawal | Online Banking Transfer To Loan 08 | -1,035.00 | 12,967.09 |
| | | | Internet Access 12/15/2025 18:25 309374 | | |
| 12/15 | 12/15 | Withdrawal | Debit Card Debit Card W/D | -21.64 | 12,945.45 |
| | | | 12/14 0    5348600064    0 ACE OF AZLE AZLE TX | | |
| 12/15 | 12/15 | Withdrawal | Check 4063 | -8,500.00 | 4,445.45 |
| 12/16 | 12/16 | Withdrawal | Debit Card Debit Card W/D | -83.12 | 4,362.33 |
| | | | 12/12 0    5346209556    0 OJOS LOCOS SPORTS 6012 FORT WORTH TX | | |
| 12/16 | 12/16 | Withdrawal | Debit Card Debit Card W/D | -15.69 | 4,346.64 |
| | | | 12/15 0    5349710444    0 FIREHOUSE SUBS 0400 QS N RICHLND HL TX | | |
| 12/16 | 12/16 | Withdrawal | Adjustment Debit Card Credit Voucher | 0.61 | 4,347.25 |
| | | | 12/15 0    5349582733    0 RBT PEI WEI - 0287 MAN EASYSAVINGS NY | | |
| 12/17 | 12/17 | Withdrawal | POS #000034056903 | -3.99 | 4,343.26 |
| | | | J J'S #268 AZLE AZLE TX | | |
| 12/17 | 12/17 | Withdrawal | POS #000034059194 | -33.69 | 4,309.57 |
| | | | J J'S #268 AZLE AZLE TX | | |
| 12/17 | 12/17 | Withdrawal | Debit Card Debit Card W/D | -247.90 | 4,061.67 |



| | | Statement Period | Page |
|---|---|---|---|
| | Member No. | | |
| | XXXXXX5271 | 12/01/25 – 12/31/25 | 5 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | 12/16 0   5350599612   0 FERGUSON ENT LLC #2806 FORT WORTH TX | | |
| 12/17 | 12/17 | Withdrawal | Debit Card Debit Card W/D 12/16 0   5350720093   0 TONYS PIZZA & POUR HOU FORT WORTH TX | -35.98 | 4,025.69 |
| 12/18 | 12/18 | Deposit | | 4,700.00 | 8,725.69 |
| 12/18 | 12/18 | Withdrawal | Debit Card Debit Card W/D 12/17 0   5351733538   0 CHIPOTLE 2772 LAKE WORTH TX | -3.19 | 8,722.50 |
| 12/19 | 12/19 | Withdrawal | ACH STATE FARM RO 27 TYPE: CPC-CLIENT ID: 9000313004 | -872.51 | 7,849.99 |
| 12/19 | 12/19 | Withdrawal | POS #000063794147 SHELL SERVICE S EASTLAND TX | -70.81 | 7,779.18 |
| 12/19 | 12/19 | Withdrawal | Debit Card Debit Card W/D 12/18 0   5352716663   0 CKE*ITALIANOS CAPRICCI AZLE TX | -148.76 | 7,630.42 |
| 12/19 | 12/19 | Recurring W/D | Debit Card Debit Card W/D 12/19 0   5353724779   0 TOWNSQUARE INTERACTIVE PURCHASE NY | -139.64 | 7,490.78 |
| 12/21 | 12/21 | Recurring W/D | Debit Card Debit Card W/D 12/19 0   5353965523   1 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -26.63 | 7,464.15 |
| 12/21 | 12/21 | Withdrawal | Debit Card Debit Card W/D 12/19 0   5353968542   1 CHEVRON 0377107 AZLE TX | -77.94 | 7,386.21 |
| 12/21 | 12/21 | Withdrawal | Debit Card Debit Card W/D 12/19 0   5353794112   1 FERGUSON ENT 0320 GRAND PRAIRI TX | -887.37 | 6,498.84 |
| | 12/22 | | W/D PRENOTIFICATION FROM JKWC LP DBA J Wa | | 0.00 |
| 12/22 | 12/22 | Withdrawal | ACH EDGE FITNESS TYPE: CLUB DUES ID: CSEDGESAG | -32.46 | 6,466.38 |
| 12/22 | 12/22 | Withdrawal | ACH SAMS CLUB TYPE: PAYMENT ID: 9130142001 | -42.00 | 6,424.38 |
| 12/22 | 12/22 | Withdrawal | ACH T-MOBILE TYPE: PCS SVC ID: 0000450304 | -319.99 | 6,104.39 |
| 12/22 | 12/22 | Withdrawal | POS #000009688199 MURPHY 8916 IRVING IRVING TX | -71.73 | 6,032.66 |
| 12/22 | 12/22 | Withdrawal | Debit Card Debit Card W/D 12/20 0   5354577772   0 7-ELEVEN 42424 BRADY TX | -71.89 | 5,960.77 |
| 12/22 | 12/22 | Withdrawal | Check 4064 | -1,500.00 | 4,460.77 |
| 12/22 | 12/22 | Withdrawal | Check 4060 | -3,362.00 | 1,098.77 |
| 12/23 | 12/23 | Withdrawal | ACH Germania TYPE: debitpmt ID: 9760958000 | -99.17 | 999.60 |
| 12/23 | 12/23 | Withdrawal | Bill Payment #000012114173 NATL GEN INS NPSDEBIT WINSTON NC | -569.97 | 429.63 |
| 12/23 | 12/23 | Deposit | | 45,050.00 | 45,479.63 |
| 12/23 | 12/23 | Withdrawal | Debit Card Debit Card W/D 12/21 0   5355591388   0 CITY OF AZLE MUNICIPAL AZLE TX | -183.94 | 45,295.69 |
| 12/23 | 12/23 | Withdrawal | Debit Card Debit Card W/D 12/22 0   5356754515   0 CHIPOTLE 0393 IRVING TX | -13.53 | 45,282.16 |
| 12/24 | 12/23 | Withdrawal | Transfer To TAYLOR,STEPHEN D XXXXXXXXXX Loan 01 AUTO TRANSFER | -898.29 | 44,383.87 |
| 12/24 | 12/24 | Withdrawal | ACH ABC SUPPLY | -94.36 | 44,289.51 |

# EECU

| | Member # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 12/01/25 – 12/31/25 | 6 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | TYPE: BT1223 ID: 3391413708 | | |
| 12/24 | 12/24 | Withdrawal | ACH QUARTERLY FEE<br>TYPE: PAYMENT ID: 1501000502 | -706.00 | 43,583.51 |
| 12/24 | 12/24 | Withdrawal | Debit Card Debit Card W/D<br>12/23 0   5357628297   0 ACE OF AZLE AZLE TX | -72.00 | 43,511.51 |
| 12/24 | 12/24 | Withdrawal | Check 4065 | -3,362.00 | 40,149.51 |
| 12/24 | 12/24 | Withdrawal | Check 4066 | -3,362.00 | 36,787.51 |
| 12/25 | 12/25 | Withdrawal | Debit Card Debit Card W/D<br>12/25 0   5359555423   0 RE/MAX,LLC *BILLING DENVER CO | -34.17 | 36,753.34 |
| 12/26 | 12/26 | Withdrawal | POS #000093002520<br>THE HOME DEPOT #6549 -s20 NORTHWEST LOOP 820 LAKEWORTH TX | -12.95 | 36,740.39 |
| 12/26 | 12/26 | Withdrawal | Debit Card Debit Card W/D<br>12/25 0   5359119099   0 CHEVRON 0377107 AZLE TX | -20.00 | 36,720.39 |
| 12/26 | 12/26 | Withdrawal | Debit Card Debit Card W/D<br>12/25 0   5359119155   0 CHEVRON 0377107 AZLE TX | -28.95 | 36,691.44 |
| 12/26 | 12/26 | Withdrawal | Check 4067 | -1,036.46 | 35,654.98 |
| 12/26 | 12/26 | Withdrawal | Check 4068 | -4,810.63 | 30,844.35 |
| 12/28 | 12/28 | Recurring W/D | Debit Card Debit Card W/D<br>12/27 0   5361476183   0 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -26.63 | 30,817.72 |
| 12/28 | 12/28 | Withdrawal | Debit Card Debit Card W/D<br>12/26 0   5360477619   0 BUC-EE'S #0022 NEW BRAUNFEL TX | -57.00 | 30,760.72 |
| 12/28 | 12/28 | Withdrawal | Debit Card Debit Card W/D<br>12/26 0   5360477707   0 BUC-EE'S #0059 HILLSBORO TX | -67.94 | 30,692.78 |
| 12/28 | 12/28 | Recurring W/D | Debit Card Debit Card W/D<br>12/27 0   5361497739   0 HP *INSTANT INK PALO ALTO CA | -17.31 | 30,675.47 |
| 12/28 | 12/28 | Withdrawal | Debit Card Debit Card W/D<br>12/26 0   5360579050   1 SOAPY JEFFS CARWASH - LAKE WORTH TX | -350.00 | 30,325.47 |
| 12/29 | 12/29 | Recurring W/D | Bill Payment #000000344796<br>ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | -32.46 | 30,293.01 |
| 12/29 | 12/29 | Withdrawal | ACH BRATTON REAL EST<br>TYPE: BILL PAYMT ID: M391165550 | -300.00 | 29,993.01 |
| 12/29 | 12/29 | Withdrawal | ACH SHOCKING C PROPE<br>TYPE: BILL PAYMT ID: M391165550 | -1,300.00 | 28,693.01 |
| 12/29 | 12/29 | Withdrawal | ACH IRS<br>TYPE: USATAXPYMT ID: 3387702000 CO: IRS | -1,888.00 | 26,805.01 |
| 12/27 | 12/27 | Withdrawal | POS #000000093411<br>SAMS CLUB.COM 702 SW 8TH ST BENTONVILLE AR | -225.47 | 26,579.54 |
| 12/29 | 12/29 | Withdrawal | Debit Card Debit Card W/D<br>12/28 0   5362447498   0 CKE*ITALIANOS CAPRICCI AZLE TX | -68.98 | 26,510.56 |
| 12/30 | 12/30 | Recurring W/D | Bill Payment #000000485651<br>ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | -32.46 | 26,478.10 |
| 12/30 | 12/30 | Withdrawal | ACH ALLIED NATIONAL<br>TYPE: ACH: Billi ID: 2431625753 | -132.62 | 26,345.48 |
| 12/30 | 12/30 | Withdrawal | POS #000009229296<br>QT 1871 OUTSIDE 4577 MARINE CREEK PKWY FT WORTH TX | -70.26 | 26,275.22 |


EECU

| | Member # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 12/01/25 - 12/31/25 | 7 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/31 | 12/31 | Withdrawal | ACH STATE FARM RO 27 | -94.75 | 26,180.47 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 12/31 | 12/31 | Withdrawal | ACH STATE FARM RO 27 | -128.47 | 26,052.00 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 12/31 | 12/31 | Withdrawal | ACH STATE FARM RO 27 | -939.49 | 25,112.51 |
| | | | TYPE: SFPP ID: 9000307001 | | |
| 12/31 | 12/31 | Withdrawal | Debit Card Debit Card W/D | -20.11 | 25,092.40 |
| | | | 12/29 0    5363557720    0 CHICK-FIL-A #05230 NORTH RICHLA TX | | |
| 12/31 | 12/31 | Withdrawal | Debit Card Debit Card W/D | -358.00 | 24,734.40 |
| | | | 12/30 0    5364618972    0 REALTOR ASSOCIATION/ML CHICAGO IL | | |
| 12/31 | 12/31 | Withdrawal | Check 4069 | -1,000.00 | 23,734.40 |
| 12/31 | 12/31 | Withdrawal | Service Fees | -10.00 | 23,724.40 |
| **12/31** | | **Ending Balance** | | | **23,724.40** |

Interest YTD on BUSINESS CHECKING (11)..............$0.00
104 Withdrawals = 22,311.95    7 Deposits = 65,869.62                    9 Checks Cleared for $34,933.09

### Checks Cleared

| No. | Date | Amount | No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4056 | 12/11 | 8,000.00 | 4064 | 12/22 | 1,500.00 | 4067 | 12/26 | 1,036.46 |
| 4060* | 12/22 | 3,362.00 | 4065 | 12/24 | 3,362.00 | 4068 | 12/26 | 4,810.63 |
| 4063* | 12/15 | 8,500.00 | 4066 | 12/24 | 3,362.00 | 4069 | 12/31 | 1,000.00 |

* next to number indicates skip in number sequence

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/10 | Deposit | 12,937.50 | 12/16 | Withdrawal Adjustment Debit Card | 0.61 |
| 12/11 | Withdrawal Adjustment Debit Card | 2.60 | 12/18 | Deposit | 4,700.00 |
| 12/12 | Deposit | 3,130.24 | 12/23 | Deposit | 45,050.00 |
| 12/14 | Withdrawal Adjustment Debit Card | 48.67 | | | |

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/01 | Withdrawal Debit Card | 42.41 | 12/10 | Withdrawal POS | 8.21 |
| 12/01 | Withdrawal Debit Card | 41.63 | 12/10 | Withdrawal POS | 70.85 |
| 12/01 | Withdrawal Debit Card | 123.60 | 12/11 | Withdrawal | 103.00 |
| 12/01 | Withdrawal ACH | 376.41 | 12/11 | Withdrawal Fee | 3.00 |
| 12/01 | Withdrawal POS | 78.30 | 12/11 | Withdrawal Online Banking Transfer | 1,190.00 |
| 12/02 | Withdrawal ACH | 1,591.41 | 12/11 | Withdrawal Debit Card | 52.98 |
| 12/02 | Withdrawal Debit Card | 177.84 | 12/11 | Withdrawal Debit Card | 60.00 |
| 12/03 | Withdrawal ACH | 102.85 | 12/11 | Withdrawal Debit Card | 13.10 |
| 12/03 | Withdrawal ACH | 128.47 | 12/12 | Withdrawal ACH | 185.00 |
| 12/03 | Withdrawal ACH | 132.62 | 12/12 | Withdrawal POS | 42.00 |
| 12/03 | Withdrawal ACH | 186.19 | 12/12 | Withdrawal | 100.00 |
| 12/03 | Withdrawal ACH | 939.49 | 12/12 | Withdrawal Debit Card | 6.50 |
| 12/03 | Withdrawal | 103.00 | 12/12 | Withdrawal Debit Card | 15.24 |
| 12/03 | Withdrawal Fee | 3.00 | 12/14 | Withdrawal Debit Card | 14.06 |
| 12/03 | Withdrawal Debit Card | 5.83 | 12/14 | Withdrawal Debit Card | 120.19 |
| 12/03 | Withdrawal Debit Card | 76.03 | 12/15 | Withdrawal POS | 64.78 |
| 12/03 | Withdrawal Debit Card | 468.00 | 12/15 | Withdrawal Online Banking Transfer | 1,500.12 |
| 12/04 | Withdrawal ACH | 172.04 | 12/15 | Withdrawal Online Banking Transfer | 1,035.00 |
| 12/04 | Withdrawal Debit Card | 4.32 | 12/15 | Withdrawal Debit Card | 21.64 |
| 12/04 | Withdrawal Debit Card | 13.10 | 12/16 | Withdrawal Debit Card | 83.12 |
| 12/05 | Withdrawal Debit Card | 35.01 | 12/16 | Withdrawal Debit Card | 15.69 |
| 12/05 | Withdrawal Debit Card | 62.01 | 12/17 | Withdrawal POS | 3.99 |
| 12/05 | Withdrawal Debit Card | 74.68 | 12/17 | Withdrawal POS | 33.69 |
| 12/06 | Withdrawal | 203.00 | 12/17 | Withdrawal Debit Card | 247.90 |
| 12/06 | Withdrawal Fee | 3.00 | 12/17 | Withdrawal Debit Card | 35.98 |
| 12/07 | Withdrawal Debit Card | 116.19 | 12/18 | Withdrawal Debit Card | 3.19 |
| 12/07 | Withdrawal Debit Card | 56.35 | 12/19 | Withdrawal ACH | 872.51 |
| 12/07 | Withdrawal Debit Card | 64.99 | 12/19 | Withdrawal POS | 70.81 |
| 12/09 | Withdrawal ACH | 139.71 | 12/19 | Withdrawal Debit Card | 148.76 |
| 12/09 | Withdrawal POS | 41.40 | 12/19 | Withdrawal Debit Card | 139.64 |
| 12/09 | Withdrawal Debit Card | 65.57 | 12/21 | Withdrawal Debit Card | 26.63 |
| 12/09 | Withdrawal Debit Card | 10.12 | 12/21 | Withdrawal Debit Card | 77.94 |
| 12/10 | Withdrawal Debit Card | 17.31 | 12/21 | Withdrawal Debit Card | 887.37 |
| 12/10 | Withdrawal Debit Card | 11.83 | 12/22 | Withdrawal ACH | 32.46 |



| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 12/01/25 – 12/31/25 | 8 of 9 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/22 | Withdrawal ACH | 42.00 | 12/28 | Withdrawal Debit Card | 67.94 |
| 12/22 | Withdrawal ACH | 319.99 | 12/28 | Withdrawal Debit Card | 17.31 |
| 12/22 | Withdrawal POS | 71.73 | 12/28 | Withdrawal Debit Card | 350.00 |
| 12/22 | Withdrawal Debit Card | 71.89 | 12/29 | Withdrawal Bill Payment | 32.46 |
| 12/23 | Withdrawal ACH | 99.17 | 12/29 | Withdrawal ACH | 300.00 |
| 12/23 | Withdrawal Bill Payment | 569.97 | 12/29 | Withdrawal ACH | 1,300.00 |
| 12/23 | Withdrawal Debit Card | 183.94 | 12/29 | Withdrawal ACH | 1,888.00 |
| 12/23 | Withdrawal Debit Card | 13.53 | 12/29 | Withdrawal POS | 225.47 |
| 12/24 | Withdrawal Transfer | 898.29 | 12/29 | Withdrawal Debit Card | 68.98 |
| 12/24 | Withdrawal ACH | 94.36 | 12/30 | Withdrawal Bill Payment | 32.46 |
| 12/24 | Withdrawal ACH | 706.00 | 12/30 | Withdrawal ACH | 132.62 |
| 12/24 | Withdrawal Debit Card | 72.00 | 12/30 | Withdrawal POS | 70.26 |
| 12/25 | Withdrawal Debit Card | 34.17 | 12/31 | Withdrawal ACH | 94.75 |
| 12/26 | Withdrawal POS | 12.95 | 12/31 | Withdrawal ACH | 128.47 |
| 12/26 | Withdrawal Debit Card | 20.00 | 12/31 | Withdrawal ACH | 939.49 |
| 12/26 | Withdrawal Debit Card | 28.95 | 12/31 | Withdrawal Debit Card | 20.11 |
| 12/28 | Withdrawal Debit Card | 26.63 | 12/31 | Withdrawal Debit Card | 358.00 |
| 12/28 | Withdrawal Debit Card | 57.00 | 12/31 | Withdrawal Fee | 10.00 |

### Total Overdraft or Courtesy Pay Fees and Total Nonsufficient Funds (NSF) or Overdrawn Fees

Current Overdraft Limit        2,500.00

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft or Courtesy Pay Fees | 0.00 | 306.00 |
| Total NSF or Overdrawn Fees | 0.00 | 70.00 |

Overdraft or Courtesy Pay Fees. Overdrafts may be created in several ways, including by ATM or debit card, check, in-person withdrawal, transfer, or by other electronic means. We will generally pay overdrafts up to the dollar limit previously disclosed to you if your account is in good standing, which means your account is not continuously overdrawn for more than 20 days, is not in default on any loan, is not subject to legal action, and receives regular deposits consistent with past practices. Overdrafts will not, however, be paid on ATM and one-time (everyday) debit card transactions unless you ask us to. The Overdraft or Courtesy Pay Fee is listed in our Fee Schedule. Your Overdraft Limit may be reduced by any small dollar loans and fees. Ultimately, whether your overdraft will be paid is at our discretion and we reserve the right not to pay. Please refer to the Membership and Account Agreement and Overdraft Services Disclosure and Agreement, both of which are incorporated herein by reference, for more information.

NSF or Overdrawn Fees. An NSF or Overdrawn Fee will be charged each time an item is presented and represented for payment against your account and returned for nonsufficient or insufficient funds. The NSF or Overdrawn Fee is listed in our Fee Schedule.

### 2022 CHEVROLET SILVERADO 2500 (06)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **12/01** |  | **Beginning Balance** |  |  |  |  | **40,032.10** |
| 12/11 | 12/11 | Payment | -1,190.00 | 457.62 | -732.38 |  | 39,299.72 |
|  |  | Online Banking Transfer From Share 11 |  |  |  |  |  |
|  |  | Internet Access 12/11/2025 19:49 212648 |  |  |  |  |  |
| **12/31** |  | **Ending Balance** |  |  |  |  | **39,299.72** |

Interest Paid Year to Date ................3,047.63
Interest Due through 12/31/25 .................154.66
Annual Percentage Rate ................... 6.840%
Daily Periodic Rate ................... .018739%

A Payment of 1185.74 is Due on 01/11/26

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/11 | Payment Online Banking Transfer | 1,190.00 |  |  |  |

### 2023 CHEVROLET SILVERADO 3500 (07)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **12/01** |  | **Beginning Balance** |  |  |  |  | **49,889.96** |

# EECU

| | Member # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 12/01/25 – 12/31/25 | 9 of 9 |

## 2023 CHEVROLET SILVERADO 3500 (07 ) - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| 12/15 | 12/15 | Payment | -1,500.12 | 280.48 | -1,219.64 | | 48,670.32 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 12/15/2025 18:21 309253 | | | | | |
| 12/31 | | **Ending Balance** | | | | | **48,670.32** |

**Interest Paid Year to Date** ..................3,858.62
**Interest Due through 12/31/25** ..................155.05
**Annual Percentage Rate** ..................6.840%
**Daily Periodic Rate** ...................018739%

**A Payment of 1500.12 is Due on 01/15/26**

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/15 | Payment Online Banking Transfer | 1,500.12 | | | |

## BUSINESS UNSECURED TERM (08)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| 12/01 | | **Beginning Balance** | | | | | **37,344.10** |
| 12/15 | 12/15 | Payment | -1,035.00 | 368.02 | -666.98 | | 36,677.12 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 12/15/2025 18:25 309374 | | | | | |
| 12/31 | | **Ending Balance** | | | | | **36,677.12** |

**Interest Paid Year to Date** ..................4,895.27
**Interest Due through 12/31/25** ..................204.82
**Annual Percentage Rate** ..................11.990%
**Daily Periodic Rate** ...................032849%

**A Payment of 1034.43 is Due on 01/15/26**

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/15 | Payment Online Banking Transfer | 1,035.00 | | | |