Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Diamond Renovations, Inc.** | **Case No. 25-42386-elm11** |
|    9227 Live Oak Lane | |
|    Fort Worth, TX 76179 | **Chapter 11** |
|    EIN: 47-3437782 | |
| | **Subchapter V Case** |
| **Debtor** | |

### NOTICE OF HEARING OF CONFIRMATION OF PLAN OF REORGANIZATION DATED SEPTEMBER 29, 2025

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on Diamond Renovations, Inc.'s confirmation of *Plan of Reorganization* [Dkt.24] has been set for **Wednesday, February 11, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 204 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE:    January 22, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, a true and correct copy of the Notice of Hearing on Confirmation of Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the attached Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

By: __/s/ Clayton L. Everett____