**Fill in this information to identify the case:**

Debtor Name Diamond Renovations Inc

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-42386-elm11

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | |
|---|---|
| Month: January 2026 | Date report filed: 02/20/2026 <br> MM / DD / YYYY |
| Line of business: General Contractor | NAISC code: 236200 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Randall Cryer

Original signature of responsible party

Printed name of responsible party: Randall Cryer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Diamond Renovations Inc                                    Case number 25-42386-elm11

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 41,678.55

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 39,745.73

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 10,563.18

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 29,182.55

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 70,861.10

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

(Exhibit E)

$ 0.00

Debtor Name  Diamond Renovations Inc                      Case number 25-42386-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ 143,960.57

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              2

27. What is the number of employees as of the date of this monthly report?                 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $   5,250.00

30. How much have you paid this month in other professional fees?                                    $      0.00

31. How much have you paid in total other professional fees since filing the case?                   $    250.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | — | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | — | $ 39,745.73 | = | $ 60,254.27 |
| 33. **Cash disbursements** | $ 80,000.00 | — | $ 29,182.55 | = | $ 50,817.45 |
| 34. **Net cash flow** | $ 20,000.00 | — | $ 10,563.18 | = | $ 9,436.82 |

35. Total projected cash receipts for the next month:                                    $ 100,000.00

36. Total projected cash disbursements for the next month:                             - $ 80,000.00

37. Total projected net cash flow for the next month:                                  = $ 20,000.00

Debtor Name Diamond Renovations Inc _____     Case number 25-42386-elm11 _____

## ◼ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



Exhibit A

We have not deposited all funds into the new DIP account yet because we just got it opened a couple of weeks ago and I have not had time to transfer everything over to the new bank.  I will be working on doing that now so it shouldn't take too long to get it all over and to start operating out of the new account.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179



Exhibit B

The Chase account closed down on us, I can't log into anylonger.  I believe they closed it out once we filed BK and since it was negative.  The Pinnacle account I have closed down and moved that one thousand dollars to the new DIP account at Wells Fargo.  The EECU account that we operate out of is still open but I am in the process of getting everything moved over to the new DIP account at Wells Fargo and I will close down the EECU as soon as everything gets moved over.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179

**11:18 AM**

**02/20/26**

# DIAMOND RENOVATIONS INC
## Statement of Cash Flows
### January 2026

|  | Jan 26 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 2,687.73 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable | 38,970.00 |
| *Payroll Liabilities | -1,912.00 |
| **Net cash provided by Operating Activities** | 39,745.73 |
| **INVESTING ACTIVITIES** |  |
| Auto & Truck | -5,396.17 |
| Equipment | -2,540.60 |
| **Net cash provided by Investing Activities** | -7,936.77 |
| **FINANCING ACTIVITIES** |  |
| Business Loan | -1,035.00 |
| Business Loan:Cadence Bank (SBA Loan) | -1,591.41 |
| **Net cash provided by Financing Activities** | -2,626.41 |
| **Net cash increase for period** | 29,182.55 |
| **Cash at beginning of period** | 12,496.00 |
| **Cash at end of period** | **41,678.55** |

11:34 AM

02/20/26

# DIAMOND RENOVATIONS INC
## Statement of Cash Flows
### January 2026

|  | Jan 26 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 2,687.73 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | 38,970.00 |
| *Payroll Liabilities | -1,912.00 |
| **Net cash provided by Operating Activities** | 39,745.73 |
| **INVESTING ACTIVITIES** | |
| Auto & Truck | -5,396.17 |
| Equipment | -2,540.60 |
| **Net cash provided by Investing Activities** | -7,936.77 |
| **FINANCING ACTIVITIES** | |
| Business Loan | -1,035.00 |
| Business Loan:Cadence Bank (SBA Loan) | -1,591.41 |
| **Net cash provided by Financing Activities** | -2,626.41 |
| **Net cash increase for period** | 29,182.55 |
| **Cash at beginning of period** | 12,496.00 |
| **Cash at end of period** | **41,678.55** |

11:24 AM

02/20/26

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of February 20, 2026

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|--------------|
| **2301 FM 2738** | | | | | | | |
| General Journal | 12/31/2020 | 4 | | | | | 0.87 |
| Total 2301 FM 2738 | | | | | | | 0.87 |
| **Blue Ocean** | | | | | | | |
| **Trellis North Dallas** | | | | | | | |
| Deposit | 11/02/2023 | | | | | | -30.00 |
| Invoice | 05/05/2023 | 1151 | | Net 30 | 06/04/2023 | 992 | 50,771.00 |
| Invoice | 09/07/2023 | 1231 | | Net 30 | 10/07/2023 | 867 | 30.00 |
| Invoice | 02/15/2024 | 1293 | | Net 30 | 03/16/2024 | 706 | 19,441.00 |
| Invoice | 03/01/2024 | 1292 | | Net 30 | 03/31/2024 | 691 | 50,525.00 |
| Total Trellis North Dallas | | | | | | | 120,737.00 |
| **Trellis Richardson** | | | | | | | |
| Credit Memo | 04/09/2024 | 1345 | | | 04/09/2024 | 682 | -4,200.00 |
| Total Trellis Richardson | | | | | | | -4,200.00 |
| Total Blue Ocean | | | | | | | 116,537.00 |
| **Bryce Day** | | | | | | | |
| Payment | 04/18/2024 | 1012 | | | | | -26.65 |
| Total Bryce Day | | | | | | | -26.65 |
| **Cidema II LP** | | | | | | | |
| **812 E. Northside Dr.** | | | | | | | |
| Invoice | 02/06/2026 | 1642 | | Net 15 | 02/06/2026 | 14 | 6,000.00 |
| Total 812 E. Northside Dr. | | | | | | | 6,000.00 |
| **Cidema II LP - Other** | | | | | | | |
| Invoice | 02/06/2026 | 1640 | | Net 15 | 02/06/2026 | 14 | 9,600.00 |
| Total Cidema II LP - Other | | | | | | | 9,600.00 |
| Total Cidema II LP | | | | | | | 15,600.00 |
| **Cushman & Wakefield** | | | | | | | |
| **Canyon Grove** | | | | | | | |
| Invoice | 11/27/2023 | 1277 | | Net 30 | 12/27/2023 | 786 | 1,800.00 |
| Total Canyon Grove | | | | | | | 1,800.00 |

11:24 AM

02/20/26

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of February 20, 2026

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Gateway East** | | | | | | | |
| Invoice | 12/29/2023 | 1296 | | Net 30 | 01/28/2024 | 754 | 4,850.00 |
| Total Gateway East | | | | | | | 4,850.00 |
| Total Cushman & Wakefield | | | | | | | 6,650.00 |
| **DFW Construction and Restoration** | | | | | | | |
| Invoice | 10/30/2023 | 1268 | | Net 15 | 11/14/2023 | 829 | 850.00 |
| Total DFW Construction and Restoration | | | | | | | 850.00 |
| **Dr. James Taylor (Tenant Responsibility)** | | | | | | | |
| Invoice | 04/19/2024 | 1350 | | Net 30 | 05/19/2024 | 642 | 48.35 |
| Total Dr. James Taylor (Tenant Responsibility) | | | | | | | 48.35 |
| **Gary Havener** | | | | | | | |
| **3430 Alameda Suite 124** | | | | | | | |
| Invoice | 02/06/2026 | 1641 | | Net 15 | 02/21/2026 | | 2,500.00 |
| Total 3430 Alameda Suite 124 | | | | | | | 2,500.00 |
| Total Gary Havener | | | | | | | 2,500.00 |
| **Lasko Products** | | | | | | | |
| Invoice | 10/29/2025 | 1618 | | Net 15 | 11/13/2025 | 99 | 3,120.00 |
| Invoice | 01/30/2026 | 1639 | | Net 15 | 02/14/2026 | 6 | 680.00 |
| Total Lasko Products | | | | | | | 3,800.00 |
| **Martin Alvarado** | | | | | | | |
| Invoice | 12/01/2022 | 1096 | | Net 15 | 12/16/2022 | 1162 | 1.00 |
| Total Martin Alvarado | | | | | | | 1.00 |
| **Transfer from Chase Account** | | | | | | | |
| Deposit | 03/13/2025 | | | | | | -1,000.00 |
| Deposit | 03/15/2025 | | | | | | -1,000.00 |
| Total Transfer from Chase Account | | | | | | | -2,000.00 |
| **Vickie Wright** | | | | | | | |
| Payment | 05/14/2019 | 8653 | | | | | -0.87 |
| Invoice | 04/15/2019 | 380 | | Due on re... | 04/15/2019 | 2503 | 0.87 |
| Total Vickie Wright | | | | | | | 0.00 |
| **TOTAL** | | | | | | | **143,960.57** |

**11:23 AM**

**02/20/26**

**Accrual Basis**

# DIAMOND RENOVATIONS INC
## Profit & Loss
### January 2026

|  | Jan 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 82,617.50 |
| **Total Income** | 82,617.50 |
| **Cost of Goods Sold** | |
| **Direct Labor** | |
| Day Labor | 406.00 |
| Sub Contractors | 23,180.54 |
| **Total Direct Labor** | 23,586.54 |
| Job Site Dumpsters | 500.00 |
| Permits and Inspections | 175.00 |
| **Purchases** | |
| Building Supplies | 6,369.88 |
| **Total Purchases** | 6,369.88 |
| **Total COGS** | 30,631.42 |
| **Gross Profit** | 51,986.08 |
| **Expense** | |
| Advertising | 351.65 |
| **Automobile Expense** | |
| Gas & Oil | 1,117.20 |
| Automobile Expense - Other | 1,301.44 |
| **Total Automobile Expense** | 2,418.64 |
| Bank Service Charges | 18.00 |
| Client Relations | 717.36 |
| Contract Labor | 37,187.37 |
| **Insurance** | |
| Insurance-Auto | 2,035.22 |
| Liability Insurance | 1,258.77 |
| Insurance - Other | 413.57 |
| **Total Insurance** | 3,707.56 |
| Internet Services | 172.04 |
| **Meals & Ent** | |
| Entertainment | 157.80 |
| Meals - 100% | 89.43 |
| Meals & Ent - Other | 27.84 |
| **Total Meals & Ent** | 275.07 |
| Office Expense | 14.06 |
| Office Supplies | 334.81 |
| Officers Wellness | 468.00 |
| Officers Wellness Gym Membershi | 97.38 |
| **Professional Fees** | |
| Accounting | 1,560.00 |
| **Total Professional Fees** | 1,560.00 |
| **Rent** | |
| Office Rent | 1,300.00 |
| Warehouse Rent | 300.00 |
| **Total Rent** | 1,600.00 |

11:23 AM

02/20/26

**Accrual Basis**

**DIAMOND RENOVATIONS INC**
# Profit & Loss
### January 2026

|  | Jan 26 |
|---|---|
| **Uncategorized Expenses** | |
| Equipment/Trailer | 376.41 |
| **Total Uncategorized Expenses** | 376.41 |
| **Total Expense** | 49,298.35 |
| **Net Ordinary Income** | 2,687.73 |
| **Net Income** | **2,687.73** |



# STATEMENT OF ACCOUNT

PO Box 1777, Fort Worth, TX 76101-1777
(817) 882-0800 | www.eecu.org

| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 01/01/26 - 01/31/26 | 1 of 10 |

DIAMOND RENOVATIONS INC
9227 LIVE OAK LN
FORT WORTH TX 76179

Federally Insured by NCUA



Say goodbye to student loan stress with low rates and no fees.

Our partner, Higher Education Servicing Corporation, offers flexible repayment plans, multiple terms, and borrower benefits. Call and learn more today (877) 817-9158.



## ACCOUNT BALANCE SUMMARY as of January 31, 2026

| Account # | Deposit Products | Balance | Account # | Loan Products | Balance |
|---|---|---|---|---|---|
| 11 | BUSINESS CHECKING | $ 78,856.33 | 06 | 2022 CHEVROLET SILVERADO 2500 | $ 38,338.02 |
| | | ———————— | 07 | 2023 CHEVROLET SILVERADO 3500 | $ 47,452.94 |
| | | $ 78,856.33 | 08 | BUSINESS UNSECURED TERM | $ 36,015.61 |
| | | | | | $ 121,806.57 |
| | TOTAL LOAN INTEREST PAID YTD: | | | | $884.53 |

## Account Analysis Statement for ID 11 BUSINESS CHECKING

```
Transactions      Total Count   Count Less Free   Unit Price     Charge
-------------------------------------------------------------------------
ACH Debits:              23
Drafts:                   9
Checks Received:          9
                     ------
Total                    41                 0          0.40       $0.00
ACH-Payments              1                 1         10.00      $10.00
-------------------------------------------------------------------------
Total Charges                                                    $10.00
Average Balance                                             $46,035.92
Average Relationship Balance                               $46,035.92
Debit card transactions                                     $5,840.16
```

** Service charge waived when average balance is $1,000 or higher; or average relationship balance is $2,500 or higher; or monthly net debit card usage is $500 or higher. Account comes with 50 free ACH and check transactions per month, additional transactions subject to $0.40 fee. You receive $2,500 in free cash transactions at branches. Each additional $100 in cash transactions subject to $0.30 fee (max cash transaction fee of $200 per month).

## Account # 11 BUSINESS CHECKING

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| **01/01** | | **Beginning Balance** | | | **23,724.40** |
| 01/01 | 01/01 | Withdrawal | Debit Card Debit Card W/D | -50.00 | 23,674.40 |



| | | | Account # | Statement Period | Page |
|---|---|---|---|---|---|
| | | | XXXXXX5271 | 01/01/26 - 01/31/26 | 2 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | 12/30 0    5364503508    0 STARBUCKS STORE 80190 FORT WORTH TX | | |
| 01/02 | 01/02 | Withdrawal | ACH ATT<br>TYPE: PAYMENT ID: 9864031004 CO: ATT | -172.04 | 23,502.36 |
| 01/02 | 01/02 | Withdrawal | ACH SYNCHRONY SECURE<br>TYPE: LOAN PYMNT ID: 1304178330 | -376.41 | 23,125.95 |
| 01/02 | 01/02 | Withdrawal | ACH CADENCE BANK<br>TYPE: ICPAYMENT ID: 3640117230 | -1,591.41 | 21,534.54 |
| 01/02 | 01/02 | Withdrawal | Debit Card Debit Card W/D<br>12/31 0    5365494613    0 BUC-EE'S #0022 NEW BRAUNFEL TX | -81.15 | 21,453.39 |
| 01/04 | 01/04 | Withdrawal | POS #000000416940<br>7-ELEVEN 42424 2013 S BRIDGE US BRADY TX | -75.00 | 21,378.39 |
| 01/04 | 01/04 | Withdrawal | Debit Card Debit Card W/D<br>01/02 0    6002504159    0 BUC-EE'S #0037 FORT WORTH TX | -85.01 | 21,293.38 |
| 01/04 | 01/04 | Withdrawal | Debit Card Debit Card W/D<br>01/03 0    6003536864    0 RUSSELL FEED & SUPPLY AZLE TX | -37.95 | 21,255.43 |
| 01/04 | 01/04 | Withdrawal | Debit Card Debit Card W/D<br>01/02 0    6002501753    0 CHEVRON 0377107 AZLE TX | -33.96 | 21,221.47 |
| 01/04 | 01/04 | Withdrawal | Debit Card Debit Card W/D<br>01/02 0    6002722017    1 ASPIRE CHIROPRACTIC FORT WORTH TX | -468.00 | 20,753.47 |
| 01/05 | 01/05 | Withdrawal | Bill Payment #000000882519<br>Frontier Communi Stamford CT | -115.83 | 20,637.64 |
| 01/05 | 01/05 | Withdrawal | Bill Payment #000018109399<br>NATL GEN INS NPSDEBIT WINSTON NC | -1,258.77 | 19,378.87 |
| 01/05 | 01/05 | Withdrawal | POS #000000359067<br>SAMS CLUB.COM 702 SW 8TH ST BENTONVILLE AR | -168.25 | 19,210.62 |
| 01/05 | 01/05 | Withdrawal | Debit Card Debit Card W/D<br>01/04 0    6004470266    0 TST*VILLA DEL SOL AZLE TX | -88.31 | 19,122.31 |
| 01/06 | 01/06 | Withdrawal | ACH FRONTIER WASTE S<br>TYPE: PAYMENT ID: 0383913206<br>NAME: INC,DIAMON202627558052 | -139.71 | 18,982.60 |
| 01/06 | 01/06 | Withdrawal | POS #000074552991<br>SHELL SERVICE S FT WORTH TX | -62.62 | 18,919.98 |
| 01/06 | 01/06 | Withdrawal | Check 4070 | -1,700.00 | 17,219.98 |
| 01/06 | 01/06 | Withdrawal | Check 4071 | -1,400.00 | 15,819.98 |
| 01/06 | 01/06 | Recurring W/D | Debit Card Debit Card W/D<br>01/05 0    6005537045    0 IN *NS TRINITY LLC | -177.84 | 15,642.14 |



**Notice to Members About Document Availability**

Pursuant to Texas Credit Union Department Rule 91.315, documents relating to EECU's finances and management are available by contacting us at (817) 882-0800.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at P.O. Box 1777, Fort Worth, TX 76101-1777 or telephone us at 817.882.0800 as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than **60 days** after you receive the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this (20 days for new accounts), we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

*National Credit Union Administration, a U.S. Government Agency - Member accounts are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.*

**BILLING RIGHTS SUMMARY**
**IN CASE OF ERRORS OR QUESTIONS PERTAINING TO YOUR OPEN-END LOAN ACCOUNT(S)**

If you think your Statement of Account is wrong, or if you need more information about a transaction on your Statement of Account, write us, as soon as you can, (on a separate sheet) at: P.O. Box 1777, Fort Worth, TX 76101-1777. We must hear from you no later than **60 days** after we sent you the first Statement of Account on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.



| | | Member No. | | |
|---|---|---|---|---|
| | | Statement Period | | Page |
| | | XXXXXX5271 | 01/01/26 - 01/31/26 | 3 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | FORT WORTH TX | | |
| 01/07 | 01/07 | Withdrawal | Debit Card Debit Card W/D<br>01/06 0   6006614967   0 RACETRAC 2501 FT. WORTH TX | -2.06 | 15,640.08 |
| 01/07 | 01/07 | Withdrawal | Debit Card Debit Card W/D<br>01/06 0   6006506528   0 BUFFALO WILD WNGS 0101 KELLER TX | -39.74 | 15,600.34 |
| 01/08 | 01/08 | Withdrawal | Debit Card Debit Card W/D<br>01/06 0   6006521109   0 WHATABURGER 1063 SAGINAW TX | -9.57 | 15,590.77 |
| 01/09 | 01/09 | Withdrawal | POS #000009289778<br>SHELL SERVICE S CARROLLTON TX | -79.66 | 15,511.11 |
| 01/09 | 01/09 | Withdrawal | Debit Card Debit Card W/D<br>01/07 0   6007509753   0 QT 882 FT WORTH TX | -23.90 | 15,487.21 |
| 01/09 | 01/09 | Withdrawal | Debit Card Debit Card W/D<br>01/07 0   6007189901   0 EL TEJAS MEXICAN BAR N HALTOM CITY TX | -24.18 | 15,463.03 |
| 01/11 | 01/11 | Withdrawal | #000000004850<br>AZLE FOOD ST-LI03735 500 N STEWART ST AZLE TX | -203.00 | 15,260.03 |
| 01/11 | 01/11 | Withdrawal | ATM Fee<br>AZLE FOOD ST-LI03735 500 N STEWART ST AZLE TX | -3.00 | 15,257.03 |
| 01/11 | 01/11 | Withdrawal | Online Banking Transfer To Loan 06<br>Internet Access 01/11/2026 19:49 926143 | -1,190.00 | 14,067.03 |
| 01/11 | 01/11 | Recurring W/D | Debit Card Debit Card W/D<br>01/09 0   6009726248   1 HP *INSTANT INK PALO ALTO CA | -17.31 | 14,049.72 |
| 01/11 | 01/11 | Withdrawal | Debit Card Debit Card W/D<br>01/08 0   6008742054   1 FREEBIRDS 20640 HURST TX | -12.00 | 14,037.72 |
| 01/11 | 01/11 | Withdrawal | Debit Card Debit Card W/D<br>01/09 0   6009891587   1 CHIPOTLE 0343 ARLINGTON TX | -12.88 | 14,024.84 |
| 01/11 | 01/11 | Withdrawal | Debit Card Debit Card W/D<br>01/09 0   6009899364   1 EXXON J J'S #268 AZLE TX | -21.94 | 14,002.90 |
| 01/12 | 01/12 | Withdrawal | POS #000053652400<br>RACETRAC 2515 FT. WORTH FT. WORTH TX | -24.42 | 13,978.48 |
| 01/12 | 01/12 | Withdrawal | Debit Card Debit Card W/D<br>01/11 0   6011504426   0 WHATABURGER 752 Q26 AZLE TX | -29.18 | 13,949.30 |
| 01/12 | 01/12 | Withdrawal | Check 4073 | -1,000.00 | 12,949.30 |
| 01/13 | 01/13 | Withdrawal | ACH DATCU<br>TYPE: ACH TRNSFR ID: 0750813379 | -1,807.76 | 11,141.54 |
| 01/13 | 01/13 | Deposit | | 1,150.00 | 12,291.54 |
| 01/13 | 01/13 | Withdrawal | #000000002372<br>THE LOCAL SH-LI09127 9595 BOAT CLUB ROAD FORT WORTH TX | -203.00 | 12,088.54 |
| 01/13 | 01/13 | Withdrawal | ATM Fee<br>THE LOCAL SH-LI09127 9595 BOAT CLUB ROAD FORT WORTH TX | -3.00 | 12,085.54 |
| 01/13 | 01/13 | Withdrawal | Debit Card Debit Card W/D<br>01/12 0   6012619421   0 CHIPOTLE 3602 DALLAS TX | -13.26 | 12,072.28 |
| 01/13 | 01/13 | Withdrawal | Debit Card Debit Card W/D<br>01/11 0   6011458169   0 PIZZA HUT #014724 AZLE TX | -36.39 | 12,035.89 |
| 01/14 | 01/14 | Withdrawal | ACH TruStage | -185.00 | 11,850.89 |



| | | Member FDIC | | |
|---|---|---|---|---|
| | | Statement Period | | Page |
| | | XXXXXX5271 | 01/01/26 - 01/31/26 | 4 of 10 |

| Account # 11 BUSINESS CHECKING - Continued | | | | | |
|---|---|---|---|---|---|
| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
| | | | TYPE: LIFE INSUR ID: 001CMLIIPY | | |
| 01/14 | 01/14 | Withdrawal | POS #000076000100 | -142.79 | 11,708.10 |
| | | | THE HOME DEPOT #6549 -s00 NORTHWEST LOOP 820 LAKEWORTH TX | | |
| 01/14 | 01/14 | Withdrawal | Debit Card Debit Card W/D | -9.19 | 11,698.91 |
| | | | 01/13 0    6013652381    0 TACO BUENO #3261 SAGINAW TX | | |
| 01/14 | 01/14 | Recurring W/D | Debit Card Debit Card W/D | -14.06 | 11,684.85 |
| | | | 01/13 0    6013556516    0 ADOBE INC. 4085366000 CA | | |
| 01/14 | 01/14 | Withdrawal | Debit Card Debit Card W/D | -9.36 | 11,675.49 |
| | | | 01/12 0    6012468130    0 QT 1871 FT WORTH TX | | |
| 01/15 | 01/15 | Deposit | | 35,487.50 | 47,162.99 |
| 01/15 | 01/15 | Withdrawal | Online Banking Transfer To Loan 07 | -1,500.12 | 45,662.87 |
| | | | Internet Access 01/15/2026 18:21 12542 | | |
| 01/15 | 01/15 | Withdrawal | Online Banking Transfer To Loan 08 | -1,035.00 | 44,627.87 |
| | | | Internet Access 01/15/2026 18:25 12648 | | |
| 01/15 | 01/15 | Withdrawal | Debit Card Debit Card W/D | -9.36 | 44,618.51 |
| | | | 01/13 0    6013507411    0 QT 882 FT WORTH TX | | |
| 01/15 | 01/15 | Withdrawal | Debit Card Debit Card W/D | -72.28 | 44,546.23 |
| | | | 01/13 0    6013508941    0 QT 889 HALTOM CITY TX | | |
| 01/16 | 01/16 | Withdrawal | POS #000008232983 | -69.56 | 44,476.67 |
| | | | QT 886 OUTSIDE 161 INDUSTRIAL AVE AZLE TX | | |
| 01/16 | 01/16 | Withdrawal | Check 4077 | -3,225.00 | 41,251.67 |
| 01/16 | 01/16 | Deposit | | 24,600.00 | 65,851.67 |
| 01/16 | 01/16 | Withdrawal | Debit Card Debit Card W/D | -65.99 | 65,785.68 |
| | | | 01/14 0    6014551929    0 THE HOME DEPOT #6549 LAKEWORTH TX | | |
| 01/18 | 01/18 | Withdrawal | POS #000000238846 | -27.88 | 65,757.80 |
| | | | MURPHY EXPRESS LAKE WORTH LAKE WORTH TX | | |
| 01/18 | 01/18 | Withdrawal | Debit Card Debit Card W/D | -34.63 | 65,723.17 |
| | | | 01/16 0    6016562385    0 TST*THE LAKEHOUSE FORT WORTH TX | | |
| 01/18 | 01/18 | Withdrawal | Debit Card Debit Card W/D | -18.06 | 65,705.11 |
| | | | 01/16 0    6016571249    0 SHELL OIL 57546540105 FORT WORTH TX | | |
| 01/18 | 01/18 | Withdrawal | Debit Card Debit Card W/D | -74.75 | 65,630.36 |
| | | | 01/17 0    6017530868    0 TARRANT VEHREG FORT WORTH TX | | |
| 01/18 | 01/18 | Withdrawal | Debit Card Debit Card W/D | -2.00 | 65,628.36 |
| | | | 01/17 0    6017530902    0 TEXAS.GOV*SERVICEFEE T AUSTIN TX | | |
| 01/18 | 01/18 | Withdrawal | Debit Card Debit Card W/D | -40.79 | 65,587.57 |
| | | | 01/16 0    6016580870    0 THE HOME DEPOT #6534 FT. WORTH TX | | |
| 01/18 | 01/18 | Withdrawal | Adjustment Debit Card Credit Voucher | 1.46 | 65,589.03 |
| | | | 01/16 0    6016714773    1 RBT PIZZA HUT #014724 EASYSAVINGS NY | | |
| 01/19 | 01/19 | Withdrawal | POS #000074727751 | -10.81 | 65,578.22 |
| | | | ALBERTSONS #415 LAKE WORTH LAKE WORTH TX | | |
| 01/19 | 01/19 | Recurring W/D | Debit Card Debit Card W/D | -26.63 | 65,551.59 |
| | | | 01/19 0    6019472747    0 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | | |
| 01/19 | 01/19 | Withdrawal | Debit Card Debit Card W/D | -56.06 | 65,495.53 |
| | | | 01/16 0    6016572621    0 EL TEJAS MEXICAN BAR N HALTOM CITY TX | | |
| 01/19 | 01/19 | Withdrawal | Debit Card Debit Card W/D | -87.66 | 65,407.87 |
| | | | 01/18 0    6018569027    0 RUSSELL FEED & | | |



| | | Member #### | Statement Period | Page |
|---|---|---|---|---|
| | | XXXXXX5271 | 01/01/26 - 01/31/26 | 5 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | SUPPLY FORT WORTH TX | | |
| 01/19 | 01/19 | Withdrawal | Debit Card Debit Card W/D | -157.80 | 65,250.07 |
| | | | 01/17 0    6017569345    0 VIRTUAL GREENS GOLF LO AZLE TX | | |
| 01/20 | 01/20 | Withdrawal | ACH JNR VENTURES LLC | -445.00 | 64,805.07 |
| | | | TYPE: SALE ID: 9215986202 | | |
| 01/20 | 01/20 | Withdrawal | ACH Wells Fargo Bank | -781.00 | 64,024.07 |
| | | | TYPE: LOANLEASE ID: WFEFIMSG11 | | |
| 01/20 | 01/20 | Withdrawal | ACH ABC SUPPLY | -5,916.31 | 58,107.76 |
| | | | TYPE: BT0116 ID: 3391413708 | | |
| 01/20 | 01/20 | Withdrawal | ACH JNR VENTURES LLC | -8,385.00 | 49,722.76 |
| | | | TYPE: SALE ID: 9215986202 | | |
| 01/20 | 01/20 | Withdrawal | POS #000008528666 | -73.72 | 49,649.04 |
| | | | SHELL SERVICE S FORT WORTH TX | | |
| 01/20 | 01/20 | Recurring W/D | Debit Card Debit Card W/D | -139.64 | 49,509.40 |
| | | | 01/20 0    6020623267    0 TOWNSQUARE INTERACTIVE PURCHASE NY | | |
| 01/20 | 01/20 | Withdrawal | Check 4075 | -1,000.00 | 48,509.40 |
| 01/20 | 01/20 | Withdrawal | Check 4076 | -2,600.00 | 45,909.40 |
| 01/20 | 01/20 | Withdrawal | Check 4074 | -8,500.00 | 37,409.40 |
| 01/21 | 01/21 | Withdrawal | ACH EDGE FITNESS | -32.46 | 37,376.94 |
| | | | TYPE: CLUB DUES ID: CSEDGESAG | | |
| 01/21 | 01/21 | Withdrawal | ACH T-MOBILE | -319.99 | 37,056.95 |
| | | | TYPE: PCS SVC ID: 0000450304 | | |
| 01/21 | 01/21 | Withdrawal | ACH STATE FARM RO 27 | -872.51 | 36,184.44 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 01/21 | 01/21 | Withdrawal | ACH KUBOTA CREDIT | -1,759.60 | 34,424.84 |
| | | | TYPE: PAYMENT ID: 0900003616 | | |
| 01/21 | 01/21 | Withdrawal | POS #000039001545 | -61.16 | 34,363.68 |
| | | | STAPLES 1254 -w45 6313 LAKE WORTH BLVD LAKE WORTH TX | | |
| 01/21 | 01/21 | Recurring W/D | Debit Card Debit Card W/D | -291.20 | 34,072.48 |
| | | | 01/20 0    6020190138    0 SQ *KRAM & ASSOCIATES, MINERAL WELL TX | | |
| 01/21 | 01/21 | Withdrawal | Debit Card Debit Card W/D | -79.00 | 33,993.48 |
| | | | 01/20 0    6020705297    0 RACETRAC 2501 FT. WORTH TX | | |
| 01/21 | 01/21 | Withdrawal | Debit Card Debit Card W/D | -4.50 | 33,988.98 |
| | | | 01/19 0    6019480924    0 QT 884 FT WORTH TX | | |
| 01/21 | 01/21 | Withdrawal | Debit Card Debit Card W/D | -21.65 | 33,967.33 |
| | | | 01/20 0    6020500534    0 M&M MANUFACTURING-SFW FT WORTH TX | | |
| 01/22 | 01/22 | Withdrawal | ACH SAMS CLUB | -41.00 | 33,926.33 |
| | | | TYPE: PAYMENT ID: 9130142001 | | |
| 01/22 | 01/22 | Withdrawal | POS #000079002884 | -18.92 | 33,907.41 |
| | | | THE HOME DEPOT #6548 -s84 2013 HWY 377 KELLER TX | | |
| 01/22 | 01/22 | Withdrawal | POS #000053654690 | -4.87 | 33,902.54 |
| | | | RACETRAC 2515 FT. WORTH FT. WORTH TX | | |
| 01/22 | 01/22 | Recurring W/D | Debit Card Debit Card W/D | -1,268.80 | 32,633.74 |
| | | | 01/21 0    6021512754    0 SQ *KRAM & ASSOCIATES, MINERAL WELL TX | | |
| 01/22 | 01/22 | Withdrawal | Debit Card Debit Card W/D | -9.30 | 32,624.44 |
| | | | 01/20 0    6020514584    0 SHELL OIL 57546540105 FORT WORTH TX | | |
| 01/22 | 01/22 | Withdrawal | Debit Card Debit Card W/D | -29.78 | 32,594.66 |
| | | | 01/20 0    6020514935    0 SAMSCLUB.COM | | |



| | | Member FD# | | |
|---|---|---|---|---|
| | | Statement Period | | Page |
| | | XXXXXX5271 | 01/01/26 - 01/31/26 | 6 of 10 |

| Account # 11 BUSINESS CHECKING - Continued | | | | |
|---|---|---|---|---|
| Tran Date | Eff Date | Transaction Description | Amount | Balance |
| | | 888-746-7726 AR | | |
| 01/22 | 01/22 | Withdrawal | Debit Card Debit Card W/D<br>01/21 0   6021721182    0 CHIPOTLE 0343<br>ARLINGTON TX | -16.78 | 32,577.88 |
| 01/23 | 01/23 | Withdrawal | ACH Germania<br>TYPE: debitpmt ID: 9760958000 | -99.17 | 32,478.71 |
| 01/23 | 01/23 | Withdrawal | ACH TOYOTA ACH RTL<br>TYPE: 01222026 ID: 4953775816 | -889.00 | 31,589.71 |
| 01/23 | 01/23 | Withdrawal | POS #000056511242<br>7-ELEVEN 33964 FORT WORTH FORT WORTH TX | -71.85 | 31,517.86 |
| 01/23 | 01/23 | Deposit | <br>CIDEMA II/FROST BANK/X2 | 46,500.00 | 78,017.86 |
| 01/23 | 01/23 | Deposit | <br>MISC X2 | 13,850.00 | 91,867.86 |
| 01/23 | 01/23 | Withdrawal | Debit Card Debit Card W/D<br>01/22 0   6022531457    0 A1 PHO & GRILL<br>HALTOM CITY TX | -27.84 | 91,840.02 |
| 01/23 | 01/23 | Withdrawal | Check 4079 | -1,000.00 | 90,840.02 |
| 01/24 | 01/23 | Withdrawal | Transfer<br>To TAYLOR,STEPHEN D XXXXXXXXXX Loan 01<br>AUTO TRANSFER | -898.29 | 89,941.73 |
| 01/24 | 01/24 | Withdrawal | POS #000034057411<br>J J'S #268 AZLE AZLE TX | -10.66 | 89,931.07 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/23 0   6023535686    0 TST*THE LAKEHOUSE<br>FORT WORTH TX | -56.00 | 89,875.07 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/23 0   6023543082    0 SHELL OIL<br>57546540105 FORT WORTH TX | -45.50 | 89,829.57 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/22 0   6022693908    0 SHELL OIL<br>57546540105 FORT WORTH TX | -22.39 | 89,807.18 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/22 0   6022492487    1 QT 879 LAKE WORTH<br>TX | -4.50 | 89,802.68 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/22 0   6022686977    0 TST*TEXAS PIT B-B-Q<br>SAGINAW TX | -143.83 | 89,658.85 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/25 0   6025537768    0 RE/MAX,LLC *BILLING<br>DENVER CO | -34.17 | 89,624.68 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/23 0   6023522884    0 CHICK-FIL-A #03925<br>FORT WORTH TX | -5.40 | 89,619.28 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/22 0   6022684823    1 CHICK-FIL-A #01736<br>LAKE WORTH TX | -5.40 | 89,613.88 |
| 01/25 | 01/25 | Withdrawal | Debit Card Debit Card W/D<br>01/24 0   6024818211    1 TST* HOFFBRAU<br>HALTOM C HALTON CITY TX | -44.81 | 89,569.07 |
| 01/27 | 01/27 | Withdrawal | Debit Card Debit Card W/D<br>01/26 0   6026472980    0 FUEL CITY SAGINAW<br>SAGINAW TX | -75.00 | 89,494.07 |
| 01/28 | 01/28 | Withdrawal | ACH BRATTON REAL EST<br>TYPE: BILL PAYMT ID: M391165550 | -300.00 | 89,194.07 |
| 01/28 | 01/28 | Withdrawal | ACH SHOCKING C PROPE<br>TYPE: BILL PAYMT ID: M391165550 | -1,300.00 | 87,894.07 |
| 01/28 | 01/28 | Withdrawal | POS #000011649075<br>QT 879 OUTSIDE 6249 LAKE WORTH BLVD. LAKE | -43.84 | 87,850.23 |



| | Member #  | Statement Period | Page |
|---|---|---|---|
| | XXXXX5271 | 01/01/26 – 01/31/26 | 7 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | WORTH TX | | |
| 01/28 | 01/28 | Withdrawal | POS #000069529600 | -284.43 | 87,565.80 |
| | | | O'REILLY 6015 7073 BOAT CLUB RD FORT WORTH TX | | |
| 01/28 | 01/28 | Recurring W/D | Debit Card Debit Card W/D | -26.63 | 87,539.17 |
| | | | 01/27 0   6027435353   0 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | | |
| 01/28 | 01/28 | Recurring W/D | Debit Card Debit Card W/D | -17.31 | 87,521.86 |
| | | | 01/27 0   6027476709   0 HP *INSTANT INK PALO ALTO CA | | |
| 01/28 | 01/28 | Withdrawal | Debit Card Debit Card W/D | -3.45 | 87,518.41 |
| | | | 01/27 0   6027646396   0 EXXON J J'S #268 AZLE TX | | |
| 01/28 | 01/28 | Withdrawal | Debit Card Debit Card W/D | -47.40 | 87,471.01 |
| | | | 01/27 0   6027646433   0 EXXON J J'S #268 AZLE TX | | |
| 01/29 | 01/29 | Recurring W/D | Bill Payment #000000117129 | -32.46 | 87,438.55 |
| | | | ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | | |
| 01/30 | 01/30 | Recurring W/D | Bill Payment #000000779996 | -32.46 | 87,406.09 |
| | | | ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | | |
| 01/30 | 01/30 | Withdrawal | ACH STATE FARM RO 27 | -94.75 | 87,311.34 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 01/30 | 01/30 | Withdrawal | ACH STATE FARM RO 27 | -128.47 | 87,182.87 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 01/30 | 01/30 | Withdrawal | ACH ALLIED NATIONAL | -129.40 | 87,053.47 |
| | | | TYPE: ACH: Billi ID: 2431625776 | | |
| 01/30 | 01/30 | Withdrawal | ACH STATE FARM RO 27 | -939.49 | 86,113.98 |
| | | | TYPE: SFPP ID: 9000307001 | | |
| 01/30 | 01/30 | Withdrawal | POS #000062002039 | -10.00 | 86,103.98 |
| | | | BAD AZZ BURRITO -w39 1200 BLUEMOUND RD #170 SAGINAW TX | | |
| 01/30 | 01/30 | Withdrawal | Check 4085 | -7,000.00 | 79,103.98 |
| 01/30 | 01/30 | Withdrawal | Debit Card Debit Card W/D | -9.84 | 79,094.14 |
| | | | 01/28 0   6028725376   0 CHICK-FIL-A #01741 HURST TX | | |
| 01/30 | 01/30 | Withdrawal | Debit Card Debit Card W/D | -14.99 | 79,079.15 |
| | | | 01/29 0   6029666909   0 CHIPOTLE 2242 NORTH RICHLA TX | | |
| 01/30 | 01/30 | Withdrawal | Debit Card Debit Card W/D | -37.82 | 79,041.33 |
| | | | 01/28 0   6028049347   0 THE HOME DEPOT #6549 LAKEWORTH TX | | |
| 01/31 | 01/31 | Withdrawal | Debit Card Debit Card W/D | -175.00 | 78,866.33 |
| | | | 01/30 0   6030680282   0 TDLR TX DEPT LICEN N R AUSTIN TX | | |
| 01/31 | 01/31 | Withdrawal | Service Fees | -10.00 | 78,856.33 |
| **01/31** | | **Ending Balance** | | | **78,856.33** |

Interest YTD on BUSINESS CHECKING (11)..............$0.00
117 Withdrawals = 39,032.03   6 Deposits = 121,588.96            9 Checks Cleared for $27,425.00

### Checks Cleared

| No. | Date | Amount | No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4070 | 01/06 | 1,700.00 | 4074 | 01/20 | 8,500.00 | 4077 | 01/16 | 3,225.00 |
| 4071 | 01/06 | 1,400.00 | 4075 | 01/20 | 1,000.00 | 4079* | 01/23 | 1,000.00 |
| 4073* | 01/12 | 1,000.00 | 4076 | 01/20 | 2,600.00 | 4085* | 01/30 | 7,000.00 |

* next to number indicates skip in number sequence

# EECU

| Account No | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 01/01/26 - 01/31/26 | 8 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/13 | Deposit | 1,150.00 | 01/18 | Withdrawal Adjustment Debit Card | 1.46 |
| 01/15 | Deposit | 35,487.50 | 01/23 | Deposit | 46,500.00 |
| 01/16 | Deposit | 24,600.00 | 01/23 | Deposit | 13,850.00 |

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/01 | Withdrawal Debit Card | 50.00 | 01/20 | Withdrawal ACH | 445.00 |
| 01/02 | Withdrawal ACH | 172.04 | 01/20 | Withdrawal ACH | 781.00 |
| 01/02 | Withdrawal ACH | 376.41 | 01/20 | Withdrawal ACH | 5,916.31 |
| 01/02 | Withdrawal ACH | 1,591.41 | 01/20 | Withdrawal ACH | 8,385.00 |
| 01/02 | Withdrawal Debit Card | 81.15 | 01/20 | Withdrawal POS | 73.72 |
| 01/04 | Withdrawal POS | 75.00 | 01/20 | Withdrawal Debit Card | 139.64 |
| 01/04 | Withdrawal Debit Card | 85.01 | 01/21 | Withdrawal ACH | 32.46 |
| 01/04 | Withdrawal Debit Card | 37.95 | 01/21 | Withdrawal ACH | 319.99 |
| 01/04 | Withdrawal Debit Card | 33.96 | 01/21 | Withdrawal ACH | 872.51 |
| 01/04 | Withdrawal Debit Card | 468.00 | 01/21 | Withdrawal ACH | 1,759.60 |
| 01/05 | Withdrawal Bill Payment | 115.83 | 01/21 | Withdrawal POS | 61.16 |
| 01/05 | Withdrawal Bill Payment | 1,258.77 | 01/21 | Withdrawal Debit Card | 291.20 |
| 01/05 | Withdrawal POS | 168.25 | 01/21 | Withdrawal Debit Card | 79.00 |
| 01/05 | Withdrawal Debit Card | 88.31 | 01/21 | Withdrawal Debit Card | 4.50 |
| 01/06 | Withdrawal ACH | 139.71 | 01/21 | Withdrawal Debit Card | 21.65 |
| 01/06 | Withdrawal POS | 62.62 | 01/22 | Withdrawal ACH | 41.00 |
| 01/06 | Withdrawal Debit Card | 177.84 | 01/22 | Withdrawal POS | 18.92 |
| 01/07 | Withdrawal Debit Card | 2.06 | 01/22 | Withdrawal POS | 4.87 |
| 01/07 | Withdrawal Debit Card | 39.74 | 01/22 | Withdrawal Debit Card | 1,268.80 |
| 01/08 | Withdrawal Debit Card | 9.57 | 01/22 | Withdrawal Debit Card | 9.30 |
| 01/09 | Withdrawal POS | 79.66 | 01/22 | Withdrawal Debit Card | 29.78 |
| 01/09 | Withdrawal Debit Card | 23.90 | 01/22 | Withdrawal Debit Card | 16.78 |
| 01/09 | Withdrawal Debit Card | 24.18 | 01/23 | Withdrawal ACH | 99.17 |
| 01/11 | Withdrawal | 203.00 | 01/23 | Withdrawal ACH | 889.00 |
| 01/11 | Withdrawal Fee | 3.00 | 01/23 | Withdrawal POS | 71.85 |
| 01/11 | Withdrawal Online Banking Transfer | 1,190.00 | 01/23 | Withdrawal Debit Card | 27.84 |
| 01/11 | Withdrawal Debit Card | 17.31 | 01/24 | Withdrawal Transfer | 898.29 |
| 01/11 | Withdrawal Debit Card | 12.00 | 01/24 | Withdrawal POS | 10.66 |
| 01/11 | Withdrawal Debit Card | 12.88 | 01/25 | Withdrawal Debit Card | 56.00 |
| 01/11 | Withdrawal Debit Card | 21.94 | 01/25 | Withdrawal Debit Card | 45.50 |
| 01/12 | Withdrawal POS | 24.42 | 01/25 | Withdrawal Debit Card | 22.39 |
| 01/12 | Withdrawal Debit Card | 29.18 | 01/25 | Withdrawal Debit Card | 4.50 |
| 01/13 | Withdrawal ACH | 1,807.76 | 01/25 | Withdrawal Debit Card | 143.83 |
| 01/13 | Withdrawal | 203.00 | 01/25 | Withdrawal Debit Card | 34.17 |
| 01/13 | Withdrawal Fee | 3.00 | 01/25 | Withdrawal Debit Card | 5.40 |
| 01/13 | Withdrawal Debit Card | 13.26 | 01/25 | Withdrawal Debit Card | 5.40 |
| 01/13 | Withdrawal Debit Card | 36.39 | 01/25 | Withdrawal Debit Card | 44.81 |
| 01/14 | Withdrawal ACH | 185.00 | 01/27 | Withdrawal Debit Card | 75.00 |
| 01/14 | Withdrawal POS | 142.79 | 01/28 | Withdrawal ACH | 300.00 |
| 01/14 | Withdrawal Debit Card | 9.19 | 01/28 | Withdrawal ACH | 1,300.00 |
| 01/14 | Withdrawal Debit Card | 14.06 | 01/28 | Withdrawal POS | 43.84 |
| 01/14 | Withdrawal Debit Card | 9.36 | 01/28 | Withdrawal POS | 284.43 |
| 01/15 | Withdrawal Online Banking Transfer | 1,500.12 | 01/28 | Withdrawal Debit Card | 26.63 |
| 01/15 | Withdrawal Online Banking Transfer | 1,035.00 | 01/28 | Withdrawal Debit Card | 17.31 |
| 01/15 | Withdrawal Debit Card | 9.36 | 01/28 | Withdrawal Debit Card | 3.45 |
| 01/15 | Withdrawal Debit Card | 72.28 | 01/28 | Withdrawal Debit Card | 47.40 |
| 01/16 | Withdrawal POS | 69.56 | 01/29 | Withdrawal Bill Payment | 32.46 |
| 01/16 | Withdrawal Debit Card | 65.99 | 01/30 | Withdrawal Bill Payment | 32.46 |
| 01/18 | Withdrawal POS | 27.88 | 01/30 | Withdrawal ACH | 94.75 |
| 01/18 | Withdrawal Debit Card | 34.63 | 01/30 | Withdrawal ACH | 128.47 |
| 01/18 | Withdrawal Debit Card | 18.06 | 01/30 | Withdrawal ACH | 129.40 |
| 01/18 | Withdrawal Debit Card | 74.75 | 01/30 | Withdrawal ACH | 939.49 |
| 01/18 | Withdrawal Debit Card | 2.00 | 01/30 | Withdrawal POS | 10.00 |
| 01/18 | Withdrawal Debit Card | 40.79 | 01/30 | Withdrawal Debit Card | 9.84 |
| 01/19 | Withdrawal POS | 10.81 | 01/30 | Withdrawal Debit Card | 14.99 |
| 01/19 | Withdrawal Debit Card | 26.63 | 01/30 | Withdrawal Debit Card | 37.82 |
| 01/19 | Withdrawal Debit Card | 56.06 | 01/31 | Withdrawal Debit Card | 175.00 |
| 01/19 | Withdrawal Debit Card | 87.66 | 01/31 | Withdrawal Fee | 10.00 |
| 01/19 | Withdrawal Debit Card | 157.80 | | | |

### Total Overdraft or Courtesy Pay Fees and Total Nonsufficient Funds (NSF) or Overdrawn Fees

| | |
|---|---|
| **Current Overdraft Limit** | **2,500.00** |



| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 01/01/26 - 01/31/26 | 9 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

### Total Overdraft or Courtesy Pay Fees and Total Nonsufficient Funds (NSF) or Overdrawn Fees - Continued

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft or Courtesy Pay Fees | 0.00 | 0.00 |
| Total NSF or Overdrawn Fees | 0.00 | 0.00 |

<u>Overdraft or Courtesy Pay Fees.</u> Overdrafts may be created in several ways, including by ATM or debit card, check, in-person withdrawal, transfer, or by other electronic means. We will generally pay overdrafts up to the dollar limit previously disclosed to you if your account is in good standing, which means your account is not continuously overdrawn for more than 20 days, is not in default on any loan, is not subject to legal action, and receives regular deposits consistent with past practices. Overdrafts will not, however, be paid on ATM and one-time (everyday) debit card transactions unless you ask us to. The Overdraft or Courtesy Pay Fee is listed in our Fee Schedule. Your Overdraft Limit may be reduced by any small dollar loans and fees. Ultimately, whether your overdraft will be paid is at our discretion and we reserve the right not to pay. Please refer to the Membership and Account Agreement and Overdraft Services Disclosure and Agreement, both of which are incorporated herein by reference, for more information.

<u>NSF or Overdrawn Fees.</u> An NSF or Overdrawn Fee will be charged each time an item is presented and represented for payment against your account and returned for nonsufficient or insufficient funds. The NSF or Overdrawn Fee is listed in our Fee Schedule.

### 2022 CHEVROLET SILVERADO 2500 (06)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **01/01** | | **Beginning Balance** | | | | | **39,299.72** |
| 01/11 | 01/11 | Payment | -1,190.00 | 228.30 | -961.70 | | 38,338.02 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 01/11/2026 19:49 926143 | | | | | |
| **01/31** | | **Ending Balance** | | | | | **38,338.02** |

Interest Paid Year to Date ...................228.30
Interest Due through 01/31/26 .................150.87
Annual Percentage Rate ...................6.840%
Daily Periodic Rate ...................018739%

A Payment of 1183.61 is Due on 02/11/26

#### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/11 | Payment Online Banking Transfer | 1,190.00 | | | |

### 2023 CHEVROLET SILVERADO 3500 (07)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **01/01** | | **Beginning Balance** | | | | | **48,670.32** |
| 01/15 | 01/15 | Payment | -1,500.12 | 282.74 | -1,217.38 | | 47,452.94 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 01/15/2026 18:21 12542 | | | | | |
| **01/31** | | **Ending Balance** | | | | | **47,452.94** |

Interest Paid Year to Date ...................282.74
Interest Due through 01/31/26 .................151.17
Annual Percentage Rate ...................6.840%
Daily Periodic Rate ...................018739%

A Payment of 1500.12 is Due on 02/15/26

#### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/15 | Payment Online Banking Transfer | 1,500.12 | | | |

### BUSINESS UNSECURED TERM (08)

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| **01/01** | | **Beginning Balance** | | | | | **36,677.12** |
| 01/15 | 01/15 | Payment | -1,035.00 | 373.49 | -661.51 | | 36,015.61 |
| | | Online Banking Transfer From Share 11 | | | | | |

# EECU

## BUSINESS UNSECURED TERM (08 ) - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
|---|---|---|---|---|---|---|---|
| | | Internet Access 01/15/2026 18:25 12648 | | | | | |
| 01/31 | | **Ending Balance** | | | | | **36,015.61** |

Interest Paid Year to Date ...................373.49
Interest Due through 01/31/26 ...................201.12
Annual Percentage Rate ................... 11.990%
Daily Periodic Rate ................... .032849%

A Payment of 1034.43 is Due on 02/15/26

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/15 | Payment Online Banking Transfer | 1,035.00 | | | |