NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Diamond Renovations, Inc.**<br>9227 Live Oak Lane<br>Fort Worth, TX 76179<br>EIN: 47-3437782<br><br>**Debtor** | Case No. 25-42386-elm11<br><br>Chapter 11<br><br>Subchapter V Case |

### NOTICE OF HEARING OF CONFIRMATION OF AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 25, 2026

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on RWE Services, LLC's confirmation of *Amended Plan of Reorganization* [Dkt.41] has been set for **Wednesday, April 15, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 204 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

| | |
|---|---|
| DATE:   March 12, 2026. | Respectfully submitted:<br><br>By: /s/ Clayton L. Everett<br>Clayton L. Everett<br>Texas State Bar No. 24065212<br>clayton@norredlaw.com<br>Norred Law, PLLC<br>515 E. Border St.<br>Arlington, Texas 76010<br>O: (817) 704-3984; F: (817) 524-6686<br>Counsel for Debtor |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, a true and correct copy of the Notice of Hearing on Confirmation of Amended Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the attached Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

By: __/s/ Clayton L. Everett____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-42386-elm11<br>Northern District of Texas<br>Ft. Worth<br>Thu Mar 12 12:48:04 CDT 2026 | Diamond Renovations, Inc.<br>9227 Live Oak Ln<br>Fort Worth, TX 76179-4063 | EECU<br>ATTN: Bankruptcy<br>PO BOX 1777<br>Fort Worth, TX 76101-1777 |
| Norred Law PLLC<br>515 E. Border St.<br>Arlington, TX 76010-7402 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Angela M. Lipscomb, Esq.<br>Lipscomb & Partners, PLLC<br>127 W. Fairbanks Ave.<br>Suite 483<br>Winter Park, FL 32789-4326 | Angie Cryer<br>9656 Houston Hill Rd<br>Fort Worth, TX 76179-6013 |
| Anthony F. Ciccone<br>1101 S Capital of TX HWY<br>Bldg G, Ste 200<br>Austin, TX 78746-6445 | Attorney General<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 | Bank of America<br>PO Box BOX 851001<br>Dallas, TX 75285-1001 |
| Brackett & Ellis<br>100 Main St.<br>Fort Worth, TX 76102-3008 | Bratton Real Estate<br>3916 Westway Terrace<br>Fort Worth, TX 76179-2511 | Cadence Bank<br>Attn: Central Loan Operations<br>PO Box 4360<br>Tupelo, MS 38803-4360 |
| Chase Business Ink<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Citi Business Card<br>PO Box 6004<br>Sioux Falls, SD 57117-6004 | Citi Costco Business<br>PO Box 658234<br>Dallas, TX 75265-8234 |
| Citi Executive<br>PO Box Box 658202<br>Dallas, TX 75265-8202 | CitiBank Personal Loan<br>PO Box 78917<br>Phoenix, AZ 85062-8917 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>S Louis, MO 63179-0040 |
| DATCU<br>PO Box 827<br>Denton, TX 76202-0827 | Discover<br>PO Box 71242<br>Charlotte, NC 28272-1242 | EECU<br>1617 W. 7th St<br>Fort Worth, TX 76102-2503 |
| EECU<br>717 E Bailey Boswell Rd<br>Fort Worth, TX 76131-3511 | EECU<br>PO BOX 1777<br>FORT WORTH, TEXAS 76101-1777 | EECU Signature Fixed Loan<br>PO Box 1687<br>Fort Worth, TX 76101-1687 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637 | Home Depot Commercial<br>PO Box 790345<br>Saint Louis, MO 63179-0345 | Home Depot U.S.A., Inc.<br>1101 S Capital of TX HWY<br>Bldg G, Ste 200<br>Austin, TX 78746-6445 |

| | | |
|---|---|---|
| Home Depot USA Inc.<br>c/o NCS Credit<br>729 Miner Road<br>c/o NCS Credit, 729 Miner Road<br>Highland Heights, OH 44143-2117 | IRS<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1100 Commerce Street<br>MC5026 DAL<br>Dallas, TX 75242 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kubota Credit<br>PO Box 559<br>Carol Stream, IL 60132-0559 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| LGBS<br>100 Throckmorton St # 300<br>Fort Worth, TX 76102-2833 | LGBS-Dallas<br>3500 MAPLE AVE SUITE 800<br>DALLAS, TX 75219-3959 | Lowes Business Advantage<br>PO Box  669824<br>Dallas, TX 75266-0781 |
| Mulligan Funding<br>4715 Viewridge Ave #100<br>San Diego, CA 92123-1628 | Mulligan Funding, LLC<br>4715 Viewridge Ave.<br>Suite 100<br>San Diego, CA 92123-1628 | National Funding<br>4380 La Jolla Village Dr<br>San Diego, CA 92122-1233 |
| National Funding, Inc<br>Robert Zahradka, Esq.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1233 | On Deck<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 | Perdue Brandon Fielder Collins and Mott LLP<br>500 E. Border #640<br>Arlington, TX 76010-7457 |
| Randall Cryer<br>9656 Houston Hill Rd<br>Fort Worth, TX 76179-6013 | Rick Barnes-Tax Assessor<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Shocking C<br>927 Live Oak Ln<br>Fort Worth, TX 76179 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Stephen Daniel Taylor<br>1572 Flying Jib<br>Azle, TX 76020-4972 | Synchrony Bank<br>170 W. Election Rd<br>Draper, UT 84020-6425 |
| Tax Division-US Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, TX 75201-6598 | Texas Alcoholic Bev. Comm.<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General<br>BK-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Comm.<br>TEC Building-Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Toyota Financial<br>6565 Headquarters Dr<br>Plano, TX 75024-5965 | U.S. Attorney-North<br>3rd. Floor, 1100 Commerce St.<br>Dallas, TX 75242 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Trustee<br>1100 Commerce St., Rm 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Attention to: Ryan Joshua Manalansan Men<br>801 Walnut Street MAC F0006-052<br>Des Moines, IA 50309-3606 | Wells Fargo Equipment<br>800 Walnut St 4th Floor<br>Des Moines, IA 50309-3605 | Wex Bank<br>Attn: Legal / Bankruptcy<br>1 Hancock Street<br>Portland, ME 04101-4217 |
| Behrooz P. Vida -SBRA V<br>3000 Central Dr.<br>Bedford, TX 76021-3671 | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FNBO<br>1620 Dodge Street<br>Omaha, NE 68197 | State Comptroller<br>Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>PO Box 6353<br>Fargo, ND 58125 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DATCU Credit Union

End of Label Matrix
Mailable recipients   65
Bypassed recipients    1
Total                 66