# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | CASE NO: 25-42386-elm |
|---|---|
| DIAMOND RENOVATIONS, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 41 |

On 3/12/2026, I did cause a copy of the following documents, described below,

Debtor's Amended Plan of Reorganization ECF Docket Reference No. 41

Notice of Hearing of Confirmation of Plan 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>DIAMOND RENOVATIONS, INC | CASE NO: 25-42386-elm<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 41 |

On 3/12/2026, a copy of the following documents, described below,

Debtor's Amended Plan of Reorganization ECF Docket Reference No. 41

Notice of Hearing of Confirmation of Plan 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2026

*Victoria Blake* (signature)

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-42386-ELM<br>NORTHERN DISTRICT OF TEXAS<br>THU MAR 12 12-17-13 PST 2026 | (U)DATCU CREDIT UNION | DIAMOND RENOVATIONS INC<br>9227 LIVE OAK LN<br>FORT WORTH TX 76179-4063 |

| | | EXCLUDE |
|---|---|---|
| EECU<br>ATTN BANKRUPTCY<br>PO BOX 1777<br>FORT WORTH TX 76101-1777 | NORRED LAW PLLC<br>515 E BORDER ST<br>ARLINGTON TX 76010-7402 | 501 W TENTH STREET<br>FORT WORTH TX 76102-3637 |

| AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096-8000 | AMERICAN EXPRESS NATIONAL BANK AENB<br>CO ZWICKER AND ASSOCIATES PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | ANGELA M LIPSCOMB ESQ<br>LIPSCOMB PARTNERS PLLC<br>127 W FAIRBANKS AVE<br>SUITE 483<br>WINTER PARK FL 32789-4326 |
|---|---|---|
| ANGIE CRYER<br>9656 HOUSTON HILL RD<br>FORT WORTH TX 76179-6013 | ANTHONY F CICCONE<br>1101 S CAPITAL OF TX HWY<br>BLDG G STE 200<br>AUSTIN TX 78746-6445 | ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 |
| BANK OF AMERICA<br>PO BOX BOX 851001<br>DALLAS TX 75285-1001 | BRACKETT ELLIS<br>100 MAIN ST<br>FORT WORTH TX 76102-3008 | BRATTON REAL ESTATE<br>3916 WESTWAY TERRACE<br>FORT WORTH TX 76179-2511 |
| CADENCE BANK<br>ATTN CENTRAL LOAN OPERATIONS<br>PO BOX 4360<br>TUPELO MS 38803-4360 | CHASE BUSINESS INK<br>PO BOX 1423<br>CHARLOTTE NC 28201-1423 | CITI BUSINESS CARD<br>PO BOX 6004<br>SIOUX FALLS SD 57117-6004 |
| CITI COSTCO BUSINESS<br>PO BOX 658234<br>DALLAS TX 75265-8234 | CITI EXECUTIVE<br>PO BOX BOX 658202<br>DALLAS TX 75265-8202 | CITIBANK PERSONAL LOAN<br>PO BOX 78917<br>PHOENIX AZ 85062-8917 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>S LOUIS MO 63179-0040 | DATCU<br>PO BOX 827<br>DENTON TX 76202-0827 | DISCOVER<br>PO BOX 71242<br>CHARLOTTE NC 28272-1242 |
| EECU<br>1617 W 7TH ST<br>FORT WORTH TX 76102-2503 | EECU<br>717 E BAILEY BOSWELL RD<br>FORT WORTH TX 76131-3511 | EECU<br>PO BOX 1777<br>FORT WORTH TEXAS 76101-1777 |

| | | |
|---|---|---|
| EECU SIGNATURE FIXED LOAN<br>PO BOX 1687<br>FORT WORTH  TX 76101-1687 | (P)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637 | HOME DEPOT COMMERCIAL<br>PO BOX 790345<br>SAINT LOUIS  MO 63179-0345 |
| HOME DEPOT USA  INC<br>1101 S CAPITAL OF TX HWY<br>BLDG G  STE 200<br>AUSTIN  TX 78746-6445 | HOME DEPOT USA INC<br>CO NCS CREDIT<br>729 MINER ROAD<br>CO NCS CREDIT  729 MINER ROAD<br>HIGHLAND HEIGHTS  OH 44143-2117 | IRS<br>SPECIAL PROCEDURESINSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>1100 COMMERCE STREET<br>MC5026 DAL<br>DALLAS  TX 75242 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON   TEXAS 75001-9013 | KUBOTA CREDIT<br>PO BOX 559<br>CAROL STREAM  IL 60132-0559 |
| KUBOTA CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON   TEXAS 75001-9013 | LGBS<br>100 THROCKMORTON ST  300<br>FORT WORTH  TX 76102-2833 | LGBSDALLAS<br>3500 MAPLE AVE SUITE 800<br>DALLAS  TX 75219-3959 |
| LOWES BUSINESS ADVANTAGE<br>PO BOX  669824<br>DALLAS  TX 75266-0781 | MULLIGAN FUNDING<br>4715 VIEWRIDGE AVE 100<br>SAN DIEGO  CA 92123-1628 | MULLIGAN FUNDING  LLC<br>4715 VIEWRIDGE AVE<br>SUITE 100<br>SAN DIEGO  CA 92123-1628 |
| NATIONAL FUNDING<br>4380 LA JOLLA VILLAGE DR<br>SAN DIEGO  CA 92122-1233 | NATIONAL FUNDING  INC<br>ROBERT ZAHRADKA  ESQ<br>4380 LA JOLLA VILLAGE DRIVE<br>SAN DIEGO  CA 92122-1233 | ON DECK<br>4700 W DAYBREAK PKWY STE 200<br>SOUTH JORDAN  UT 84009-5133 |
| PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>500 E BORDER 640<br>ARLINGTON  TX 76010-7457 | RANDALL CRYER<br>9656 HOUSTON HILL RD<br>FORT WORTH  TX 76179-6013 | RICK BARNESTAX ASSESSOR<br>100 E WEATHERFORD STREET<br>FORT WORTH  TX 76196-0206 |
| SHOCKING C<br>927 LIVE OAK LN<br>FORT WORTH  TX 76179 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | STEPHEN DANIEL TAYLOR<br>1572 FLYING JIB<br>AZLE  TX 76020-4972 |
| SYNCHRONY BANK<br>170 W ELECTION RD<br>DRAPER  UT 84020-6425 | TAX DIVISIONUS DEPARTMENT OF JUSTICE<br>717 N HARWOOD  STE 400<br>DALLAS  TX 75201-6598 | TEXAS ALCOHOLIC BEV COMM<br>LICENSES AND PERMITS DIVISION<br>PO BOX 13127<br>AUSTIN  TX 78711-3127 |

| | | |
|---|---|---|
| TEXAS ATTORNEY GENERAL<br>BKCOLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN   TX  78711-2548 | TEXAS WORKFORCE COMM<br>TEC BUILDINGBANKRUPTCY<br>101 E 15TH STREET<br>AUSTIN   TX  78778-0001 | TOYOTA FINANCIAL<br>6565 HEADQUARTERS DR<br>PLANO   TX  75024-5965 |
| US ATTORNEYNORTH<br>3RD FLOOR   1100 COMMERCE ST<br>DALLAS   TX  75242 | (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US TRUSTEE<br>1100 COMMERCE ST   RM 976<br>DALLAS   TX  75242-0996 |
| ~~EXCLUDE~~<br>~~(D)(P)US BANK~~<br>~~PO BOX 5229~~<br>~~CINCINNATI OH 45201-5229~~ | UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS   TX  75242-0996 | WELLS FARGO BANK  NA<br>ATTENTION TO RYAN JOSHUA MANALANSAN MEN<br>801 WALNUT STREET MAC F0006-052<br>DES MOINES   IA  50309-3606 |
| WELLS FARGO EQUIPMENT<br>800 WALNUT ST 4TH FLOOR<br>DES MOINES   IA  50309-3605 | WEX BANK<br>ATTN LEGAL   BANKRUPTCY<br>1 HANCOCK STREET<br>PORTLAND   ME  04101-4217 | BEHROOZ P VIDA SBRA V<br>3000 CENTRAL DR<br>BEDFORD   TX  76021-3671 |
| CLAYTON EVERETT<br>515 E BORDER ST<br>STE 163<br>76010<br>ARLINGTON   TX  76010-7402 | WARREN V NORRED<br>NORRED LAW PLLC<br>515 E BORDER STREET<br>ARLINGTON   TX  76010-7402 | |