**Fill in this information to identify the case:**

Debtor Name Diamond Renovations Inc

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-42386-elm11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:     Feb 2026

Line of business: General Contractor

Date report filed: 03/20/2026
MM / DD / YYYY

NAISC code: 236200

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:     Randall Cryer

Original signature of responsible party

Printed name of responsible party     Randall Cryer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Diamond Renovations Inc

Case number 25-42386-elm11

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 70,861.10

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ -29,067.61

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 7,434.33

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ -36,501.94

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 34,359.16

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name Diamond Renovations Inc                             Case number 25-42386-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                      $ 125,860.57

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    2
27. What is the number of employees as of the date of this monthly report?        2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 2,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 7,250.00
30. How much have you paid this month in other professional fees?        $ 0.00
31. How much have you paid in total other professional fees since filing the case?        $ 250.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | − | $ -29,067.61 | = | $ -129,067.61 |
| 33. **Cash disbursements** | $ 80,000.00 | − | $ -36,501.94 | = | $ -116,501.94 |
| 34. **Net cash flow** | $ 20,000.00 | − | $ -65,569.55 | = | $ -85,569.55 |

35. Total projected cash receipts for the next month:                    $ 100,000.00
36. Total projected cash disbursements for the next month:              − $ 80,000.00
37. Total projected net cash flow for the next month:                   = $ 20,000.00

Debtor Name  Diamond Renovations Inc                                         Case number 25-42386-elm11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Exhibit A

We have not deposited all funds into the new DIP account yet because we just got it opened a couple of weeks ago and I have not had time to transfer everything over to the new bank.  I will be working on doing that now so it shouldn't take too long to get it all over and to start operating out of the new account.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179



## Exhibit B

The Chase account closed down on us, I can't log into anylonger.  I believe they closed it out once we filed BK and since it was negative.  The Pinnacle account I have closed down and moved that one thousand dollars to the new DIP account at Wells Fargo.  The EECU account that we operate out of is still open but I am in the process of getting everything moved over to the new DIP account at Wells Fargo and I will close down the EECU as soon as everything gets moved over.

Diamond Renovations, Inc.
9227 Live Oak Ln.
Fort Worth, TX  76179

**1:03 PM**

**03/20/26**

# DIAMOND RENOVATIONS INC
## Statement of Cash Flows
### February 2026

|  | Feb 26 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | -40,749.61 |
| **Adjustments to reconcile Net Income** |  |
| **to net cash provided by operations:** |  |
| **Accounts Receivable** | 9,750.00 |
| ***Payroll Liabilities** | 1,912.00 |
| **Payroll Liabilities:Suta Payable** | 20.00 |
| **Net cash provided by Operating Activities** | -29,067.61 |
| **INVESTING ACTIVITIES** |  |
| **Auto & Truck** | -5,396.17 |
| **Equipment** | -1,003.16 |
| **Net cash provided by Investing Activities** | -6,399.33 |
| **FINANCING ACTIVITIES** |  |
| **Business Loan** | -1,035.00 |
| **Net cash provided by Financing Activities** | -1,035.00 |
| **Net cash increase for period** | -36,501.94 |
| **Cash at beginning of period** | 41,678.55 |
| **Cash at end of period** | **5,176.61** |

1:07 PM

03/20/26

# DIAMOND RENOVATIONS INC
## Statement of Cash Flows
### February 2026

|  | Feb 26 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -40,749.61 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Accounts Receivable** | 9,750.00 |
| **\*Payroll Liabilities** | 1,912.00 |
| **Payroll Liabilities:Suta Payable** | 20.00 |
| **Net cash provided by Operating Activities** | -29,067.61 |
| **INVESTING ACTIVITIES** | |
| **Auto & Truck** | -5,396.17 |
| **Equipment** | -1,003.16 |
| **Net cash provided by Investing Activities** | -6,399.33 |
| **FINANCING ACTIVITIES** | |
| **Business Loan** | -1,035.00 |
| **Net cash provided by Financing Activities** | -1,035.00 |
| **Net cash increase for period** | -36,501.94 |
| **Cash at beginning of period** | 41,678.55 |
| **Cash at end of period** | **5,176.61** |

**1:22 PM**

**03/20/26**

# DIAMOND RENOVATIONS INC
## Open Invoices
### As of February 28, 2026

| Type | Date | Num | P. O. # | Terms | Due Date | Aging |
|---|---|---|---|---|---|---|
| **2301 FM 2738** | | | | | | |
| General Journal | 12/31/2020 | 4 | | | | |
| Total 2301 FM 2738 | | | | | | |
| **Blue Ocean** | | | | | | |
| **Trellis North Dallas** | | | | | | |
| Deposit | 11/02/2023 | | | | | |
| Invoice | 05/05/2023 | 1151 | | Net 30 | 06/04/2023 | 1000 |
| Invoice | 09/07/2023 | 1231 | | Net 30 | 10/07/2023 | 875 |
| Invoice | 02/15/2024 | 1293 | | Net 30 | 03/16/2024 | 714 |
| Invoice | 03/01/2024 | 1292 | | Net 30 | 03/31/2024 | 699 |
| Total Trellis North Dallas | | | | | | |
| **Trellis Richardson** | | | | | | |
| Credit Memo | 04/09/2024 | 1345 | | | 04/09/2024 | 690 |
| Total Trellis Richardson | | | | | | |
| Total Blue Ocean | | | | | | |
| **Bryce Day** | | | | | | |
| Payment | 04/18/2024 | 1012 | | | | |
| Total Bryce Day | | | | | | |
| **Cushman & Wakefield** | | | | | | |
| **Canyon Grove** | | | | | | |
| Invoice | 11/27/2023 | 1277 | | Net 30 | 12/27/2023 | 794 |
| Total Canyon Grove | | | | | | |
| **Gateway East** | | | | | | |
| Invoice | 12/29/2023 | 1296 | | Net 30 | 01/28/2024 | 762 |
| Total Gateway East | | | | | | |
| Total Cushman & Wakefield | | | | | | |
| **DFW Construction and Restoration** | | | | | | |
| Invoice | 10/30/2023 | 1268 | | Net 15 | 11/14/2023 | 837 |
| Total DFW Construction and Restoration | | | | | | |
| **Dr. James Taylor (Tenant Responsibility)** | | | | | | |
| Invoice | 04/19/2024 | 1350 | | Net 30 | 05/19/2024 | 650 |
| Total Dr. James Taylor (Tenant Responsibility) | | | | | | |
| **Lasko Products** | | | | | | |
| Invoice | 10/29/2025 | 1618 | | Net 15 | 11/13/2025 | 107 |
| Invoice | 01/30/2026 | 1639 | | Net 15 | 02/14/2026 | 14 |
| Total Lasko Products | | | | | | |
| **Martin Alvarado** | | | | | | |
| Invoice | 12/01/2022 | 1096 | | Net 15 | 12/16/2022 | 1170 |
| Total Martin Alvarado | | | | | | |
| **Transfer from Chase Account** | | | | | | |
| Deposit | 03/13/2025 | | | | | |
| Deposit | 03/15/2025 | | | | | |
| Total Transfer from Chase Account | | | | | | |

**1:22 PM**

**03/20/26**

## DIAMOND RENOVATIONS INC
## Open Invoices
### As of February 28, 2026

| Type | Date | Num | P. O. # | Terms | Due Date | Aging |
|------|------|-----|---------|-------|----------|-------|
| **Vickie Wright** | | | | | | |
| Payment | 05/14/2019 | 8653 | | | | |
| Invoice | 04/15/2019 | 380 | | Due on re... | 04/15/2019 | 2511 |
| Total Vickie Wright | | | | | | |
| **TOTAL** | | | | | | |

**1:22 PM**

**03/20/26**

**DIAMOND RENOVATIONS INC**

**Open Invoices**

**As of February 28, 2026**

| Open Balance |
| ---: |
| 0.87 |
| 0.87 |
| |
| -30.00 |
| 50,771.00 |
| 30.00 |
| 19,441.00 |
| 50,525.00 |
| 120,737.00 |
| |
| -4,200.00 |
| -4,200.00 |
| 116,537.00 |
| |
| -26.65 |
| -26.65 |
| |
| 1,800.00 |
| 1,800.00 |
| |
| 4,850.00 |
| 4,850.00 |
| 6,650.00 |
| |
| 850.00 |
| 850.00 |
| |
| 48.35 |
| 48.35 |
| |
| 3,120.00 |
| 680.00 |
| 3,800.00 |
| |
| 1.00 |
| 1.00 |
| |
| -1,000.00 |
| -1,000.00 |
| -2,000.00 |

1:22 PM

03/20/26

**DIAMOND RENOVATIONS INC**
**Open Invoices**
As of February 28, 2026

| Open Balance |
| --- |
| -0.87 |
| 0.87 |
| 0.00 |
| **125,860.57** |

**1:18 PM**

**03/20/26**

**Accrual Basis**

**DIAMOND RENOVATIONS INC**
# Summary Balance Sheet
### As of February 28, 2026

|  | Feb 28, 26 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 5,176.61 |
| Accounts Receivable | 125,860.57 |
| **Total Current Assets** | 131,037.18 |
| **Fixed Assets** | 296,384.53 |
| **TOTAL ASSETS** | **427,421.71** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | -15,350.00 |
| Credit Cards | 123,686.21 |
| Other Current Liabilities | 9,535.57 |
| **Total Current Liabilities** | 117,871.78 |
| **Long Term Liabilities** | 727,145.18 |
| **Total Liabilities** | 845,016.96 |
| **Equity** | -417,595.25 |
| **TOTAL LIABILITIES & EQUITY** | **427,421.71** |

**1:47 PM**

**03/20/26**

**Accrual Basis**

# DIAMOND RENOVATIONS INC
# Profit & Loss
## February 2026

|  | Feb 26 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | 18,100.00 |
| **Total Income** | 18,100.00 |
| **Cost of Goods Sold** | |
| **Bond Expense** | 18.27 |
| **Direct Labor** | |
| **Day Labor** | 1,091.50 |
| **Sub Contractors** | 14,789.71 |
| **Total Direct Labor** | 15,881.21 |
| **Permits and Inspections** | 730.61 |
| **Purchases** | |
| **Building Supplies** | 18,782.08 |
| **Materials** | 2.14 |
| **Total Purchases** | 18,784.22 |
| **Roof Measurements Report** | 49.00 |
| **Total COGS** | 35,463.31 |
| **Gross Profit** | -17,363.31 |
| **Expense** | |
| ***Payroll Expenses** | 660.00 |
| **Advertising** | 212.01 |
| **Automobile Expense** | |
| **Fuel** | 167.83 |
| **Gas & Oil** | 1,085.98 |
| **Wash** | 39.99 |
| **Automobile Expense - Other** | 2,086.88 |
| **Total Automobile Expense** | 3,380.68 |
| **Bank Service Charges** | 16.00 |
| **Client Relations** | 309.19 |
| **Client Relations with Daniel** | 59.86 |
| **Contract Labor** | 430.84 |
| **Insurance** | |
| **Insurance-Auto** | 872.51 |
| **Liability Insurance** | 1,047.43 |
| **Insurance - Other** | 284.17 |
| **Total Insurance** | 2,204.11 |
| **Internet Services** | 172.04 |
| **Meals & Ent** | |
| **Entertainment** | 152.04 |
| **Meals - 100%** | 70.46 |
| **Meals & Ent - Other** | 207.55 |
| **Total Meals & Ent** | 430.05 |
| **Medical Expense** | 500.00 |
| **Office Expense** | 14.06 |
| **Office Supplies** | 457.18 |
| **Officers Wellness** | 470.00 |
| **Officers Wellness Gym Membershi** | 97.38 |
| **Payroll Expenses** | |
| **Officer's Compensation** | 8,000.00 |
| **Total Payroll Expenses** | 8,000.00 |

**1:47 PM**

**03/20/26**

**Accrual Basis**

**DIAMOND RENOVATIONS INC**
# Profit & Loss
**February 2026**

|  | Feb 26 |
|---|---|
| **Professional Fees** | |
|     **Legal Fees** | 2,000.00 |
| **Total Professional Fees** | 2,000.00 |
| | |
| **Rent** | |
|     **Office Rent** | 1,300.00 |
|     **Warehouse Rent** | 300.00 |
| **Total Rent** | 1,600.00 |
| | |
| **Repairs** | |
|     **Computer Repairs** | 1,650.00 |
| **Total Repairs** | 1,650.00 |
| | |
| **Taxes** | |
|     **Payroll Taxes** | |
|         **TWC Taxes** | 20.00 |
|     **Total Payroll Taxes** | 20.00 |
| **Total Taxes** | 20.00 |
| **Telephone** | 319.99 |
| **Uncategorized Expenses** | |
|     **Equipment/Trailer** | 376.41 |
|     **Total Uncategorized Expenses** | 376.41 |
| **Total Expense** | 23,379.80 |
| **Net Ordinary Income** | -40,743.11 |
| **Other Income/Expense** | |
|     **Other Expense** | |
|         **Ask My Accountant** | 6.50 |
|     **Total Other Expense** | 6.50 |
| **Net Other Income** | -6.50 |
| **Net Income** | **-40,749.61** |



**STATEMENT OF ACCOUNT**

| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 02/01/26 - 02/28/26 | 1 of 10 |

PO Box 1777, Fort Worth, TX 76101-1777
(817) 882-0800 | www.eecu.org

DIAMOND RENOVATIONS INC
9227 LIVE OAK LN
FORT WORTH TX 76179

Federally Insured by NCUA





## Auto & Home Insurance Made Easy
Get your free quote today and see how much you could save.
Visit eecu.org/insurance

### ACCOUNT BALANCE SUMMARY as of February 28, 2026

| Account # | Deposit Products | Balance | Account # | Loan Products | Balance |
|---|---|---|---|---|---|
| 11 | BUSINESS CHECKING | $ 24,835.02 | 06 | 2022 CHEVROLET SILVERADO 2500 | $ 37,370.74 |
| | | ——————— | 07 | 2023 CHEVROLET SILVERADO 3500 | $ 46,228.49 |
| | | $ 24,835.02 | 08 | BUSINESS UNSECURED TERM | $ 35,347.37 |
| | | | | | $ 118,946.60 |
| | TOTAL LOAN INTEREST PAID YTD: | | | | $1,749.68 |

### Account Analysis Statement for ID 11 BUSINESS CHECKING

```
Transactions      Total Count  Count Less Free   Unit Price      Charge
-----------------------------------------------------------------------

ACH Debits:            21
Drafts:                15
Checks Received:        7
                     ------
Total                  43               0          0.40        $0.00
ACH-Payments            1               1         10.00       $10.00
-----------------------------------------------------------------------
Total Charges                                                 $10.00
Average Balance                                          $33,876.56
Average Relationship Balance                             $33,876.56
Debit card transactions                                   $6,208.51
** Service charge waived when average balance is $1,000 or higher;
or average relationship balance is $2,500 or higher; or monthly net
debit card usage is $500 or higher. Account comes with 50 free ACH
and check transactions per month, additional transactions subject
to $0.40 fee. You receive $2,500 in free cash transactions at
branches. Each additional $100 in cash transactions subject to
$0.30 fee (max cash transaction fee of $200 per month).
```

### Account # 11 BUSINESS CHECKING

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| **02/01** | | **Beginning Balance** | | **78,856.33** |
| 02/02 | 02/02 | Withdrawal ACH SYNCHRONY SECURE | -376.41 | 78,479.92 |

 **EECU**

| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 2 of 10 |

| Account # 11 BUSINESS CHECKING - Continued |||||
|---|---|---|---|---|
| **Tran Date** | **Eff Date** | **Transaction Description** | **Amount** | **Balance** |
| | | TYPE: LOAN PYMNT ID: 1304178330 | | |
| 02/02 | 02/02 | Withdrawal    ACH TOYOTA ACH RTL | -887.86 | 77,592.06 |
| | | TYPE: 01302026 ID: 4953775816 | | |
| 02/02 | 02/02 | Withdrawal    POS #000019545916 | -73.64 | 77,518.42 |
| | | SHELL SERVICE S FORT WORTH TX | | |
| 02/02 | 02/02 | Withdrawal    POS #000000988433 | -181.51 | 77,336.91 |
| | | SAMS CLUB #8277 6760 WESTWORTH BLVD. | | |
| | | WESTWORTH VIL TX | | |
| 02/02 | 02/02 | Withdrawal    POS #000000401933 | -10.57 | 77,326.34 |
| | | SAMS CLUB #8277 6760 WESTWORTH BLVD. | | |
| | | WESTWORTH VIL TX | | |
| 02/02 | 02/02 | Withdrawal    Debit Card Debit Card W/D | -87.09 | 77,239.25 |
| | | 01/30 0    6030582326    0 VIRTUAL GREENS GOLF | | |
| | | LO AZLE TX | | |
| 02/02 | 02/02 | Withdrawal    Check 4081 | -500.00 | 76,739.25 |
| 02/02 | 02/02 | Withdrawal    Check 4078 | -2,000.00 | 74,739.25 |
| 02/02 | 02/02 | Withdrawal    Check 4082 | -2,000.00 | 72,739.25 |
| 02/02 | 02/02 | Withdrawal    Check 4083 | -3,374.00 | 69,365.25 |
| 02/02 | 02/02 | Withdrawal    Check 4084 | -3,374.00 | 65,991.25 |
| 02/02 | 02/02 | Withdrawal    Check 4080 | -5,000.00 | 60,991.25 |
| 02/03 | 02/03 | Withdrawal    ACH IRS | -48.00 | 60,943.25 |
| | | TYPE: USATAXPYMT ID: 3387702000 CO: IRS | | |
| 02/03 | 02/03 | Withdrawal    ACH ATT | -172.04 | 60,771.21 |
| | | TYPE: PAYMENT ID: 9864031004 CO: ATT | | |
| 02/03 | 02/03 | Withdrawal    ACH IRS | -1,864.00 | 58,907.21 |
| | | TYPE: USATAXPYMT ID: 3387702000 CO: IRS | | |
| 02/03 | 02/03 | Withdrawal    POS #000011000402 | -11.20 | 58,896.01 |
| | | THE HOME DEPOT #6814 -s02 7100 N FREEWAY | | |
| | | FT WORTH TX | | |
| 02/03 | 02/03 | Withdrawal    Debit Card Debit Card W/D | -18.27 | 58,877.74 |
| | | 02/03 0    6034624585    0 CITY OF FORT WORTH | | |
| | | FORT WORTH TX | | |
| 02/03 | 02/03 | Withdrawal    Debit Card Debit Card W/D | -730.61 | 58,147.13 |
| | | 02/03 0    6034624586    0 FORT WORTH | | |
| | | DEVELOPMENT FORT WORTH TX | | |
| 02/03 | 02/03 | Withdrawal    Debit Card Debit Card W/D | -2.14 | 58,144.99 |
| | | 02/02 0    6033615062    0 SAMS CLUB #8277 | | |
| | | WESTWORTH VI TX | | |
| 02/03 | 02/03 | Withdrawal    Debit Card Debit Card W/D | -11.77 | 58,133.22 |
| | | 02/02 0    6033623166    0 QDOBA FT WORTH FT | | |
| | | WORTH TX | | |
| 02/04 | 02/04 | Withdrawal    POS #000008528671 | -66.77 | 58,066.45 |

 **Notice to Members About Document Availability**

Pursuant to Texas Credit Union Department Rule 91.315, documents relating to EECU's finances and management are available by contacting us at (817) 882-0800.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Write us at P.O. Box 1777, Fort Worth, TX 76101-1777 or telephone us at 817.882.0800 as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than **60 days** after you receive the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this (20 days for new accounts), we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

*National Credit Union Administration, a U.S. Government Agency - Member accounts are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.*

**BILLING RIGHTS SUMMARY**
**IN CASE OF ERRORS OR QUESTIONS PERTAINING**
**TO YOUR OPEN-END LOAN ACCOUNT(S)**
If you think your Statement of Account is wrong, or if you need more information about a transaction on your Statement of Account, write us, as soon as you can, (on a separate sheet) at: P.O. Box 1777, Fort Worth, TX 76101-1777. We must hear from you no later than **60 days** after we sent you the first Statement of Account on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.



| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 3 of 10 |

| **Account # 11 BUSINESS CHECKING - Continued** | | | | | |
|---|---|---|---|---|---|
| **Tran Date** | **Eff Date** | | **Transaction Description** | **Amount** | **Balance** |
| | | | SHELL SERVICE S FORT WORTH TX | | |
| 02/04 | 02/04 | Withdrawal | #000000002674 | -280.00 | 57,786.45 |
| | | | EECU 301 NW 28TH STREET FORT WORTH TX | | |
| 02/04 | 02/04 | Recurring W/D | Debit Card Debit Card W/D | -1,047.43 | 56,739.02 |
| | | | 02/03 0    6034570173    0 NATL GEN INS*RECURRING NEW YORK NY | | |
| 02/04 | 02/04 | Withdrawal | Debit Card Debit Card W/D | -19.60 | 56,719.42 |
| | | | 02/02 0    6033518803    0 THE HOME DEPOT #6549 LAKEWORTH TX | | |
| 02/04 | 02/04 | Withdrawal | Debit Card Debit Card W/D | -470.00 | 56,249.42 |
| | | | 02/02 0    6033578687    0 ASPIRE CHIROPRACTIC FORT WORTH TX | | |
| 02/04 | 02/04 | Withdrawal | Check 4072 | -14,857.37 | 41,392.05 |
| 02/05 | 02/05 | Withdrawal | ACH Aptive Environme | -186.19 | 41,205.86 |
| | | | TYPE: AptEnvFTW ID: 1201681064 | | |
| | | | NAME: Diamond Renovations In | | |
| 02/05 | 02/05 | Withdrawal | ACH OrthoFi | -500.00 | 40,705.86 |
| | | | TYPE: WWWLUSTIGY ID: 1800948598 | | |
| 02/05 | 02/05 | Withdrawal | Debit Card Debit Card W/D | -10.01 | 40,695.85 |
| | | | 02/03 0    6034545853    0 CHICK-FIL-A #03583 FORT WORTH TX | | |
| 02/06 | 02/06 | Withdrawal | ACH FRONTIER WASTE S | -139.71 | 40,556.14 |
| | | | TYPE: PAYMENT ID: 0383913206 | | |
| | | | NAME: INC,DIAMON202302356243 | | |
| 02/06 | 02/06 | Deposit | | 7,600.00 | 48,156.14 |
| | | | MISC $7600 | | |
| 02/06 | 02/06 | Withdrawal | #000000003787 | -203.00 | 47,953.14 |
| | | | GNG 201 -LI09136 12555 S FM 730 AZLE TX | | |
| 02/06 | 02/06 | Withdrawal | ATM Fee | -3.00 | 47,950.14 |
| | | | GNG 201 -LI09136 12555 S FM 730 AZLE TX | | |
| 02/06 | 02/06 | Withdrawal | POS #000078968598 | -17.89 | 47,932.25 |
| | | | MIGHTY CONVENIE FORT WORTH FORT WORTH TX | | |
| 02/06 | 02/06 | Withdrawal | Debit Card Debit Card W/D | -84.09 | 47,848.16 |
| | | | 02/04 0    6035537920    0 QT 954 FT WORTH TX | | |
| 02/06 | 02/06 | Withdrawal | Debit Card Debit Card W/D | -439.15 | 47,409.01 |
| | | | 02/04 0    6035554293    0 THE HOME DEPOT #8521 WHITE SETTLE TX | | |
| 02/06 | 02/06 | Recurring W/D | Debit Card Debit Card W/D | -177.84 | 47,231.17 |
| | | | 02/05 0    6036567660    0 IN *NS TRINITY LLC FORT WORTH TX | | |
| 02/08 | 02/08 | Withdrawal | Debit Card Debit Card W/D | -46.35 | 47,184.82 |
| | | | 02/07 0    6038643284    0 JASONS DELI SAG-254 FORT WORTH TX | | |
| 02/08 | 02/08 | Withdrawal | Debit Card Debit Card W/D | -63.82 | 47,121.00 |
| | | | 02/05 0    6036700254    1 THE HOME DEPOT #0542 FT WORTH TX | | |
| 02/09 | 02/09 | Withdrawal | ACH ABC SUPPLY | -14,022.14 | 33,098.86 |
| | | | TYPE: BT0206 ID: 3391413708 | | |
| 02/09 | 02/09 | Withdrawal | Debit Card Debit Card W/D | -59.09 | 33,039.77 |
| | | | 02/06 0    6037577257    0 EL TEJAS MEXICAN BAR N HALTOM CITY TX | | |
| 02/09 | 02/09 | Withdrawal | Debit Card Debit Card W/D | -65.08 | 32,974.69 |
| | | | 02/08 0    6039529196    0 CHEVRON 0377107 AZLE TX | | |
| 02/10 | 02/10 | Withdrawal | ACH CAPITAL ONE | -25.00 | 32,949.69 |
| | | | TYPE: CRCARDPMT ID: 9541719318 | | |
| 02/10 | 02/10 | Recurring W/D | Debit Card Debit Card W/D | -17.31 | 32,932.38 |
| | | | 02/09 0    6040521107    0 HP *INSTANT INK PALO | | |



| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 4 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 02/11 | 02/11 | Withdrawal | ALTO CA #000000000787<br>TRANSFUND 161 INDUSTRIAL AVE AZLE TX | -103.00 | 32,829.38 |
| 02/11 | 02/11 | Withdrawal | ATM Fee<br>TRANSFUND 161 INDUSTRIAL AVE AZLE TX | -3.00 | 32,826.38 |
| 02/11 | 02/11 | Withdrawal | Online Banking Transfer To Loan 06<br>Internet Access 02/11/2026 19:49 615139 | -1,190.00 | 31,636.38 |
| 02/11 | 02/11 | Withdrawal | Debit Card Debit Card W/D<br>02/10 0    6041648066    0 BENS SCRATCH FREE CAR FORT WORTH TX | -39.99 | 31,596.39 |
| 02/11 | 02/11 | Withdrawal | Debit Card Debit Card W/D<br>02/09 0    6040572096    0 CHICK-FIL-A #05230 NORTH RICHLA TX | -20.98 | 31,575.41 |
| 02/12 | 02/12 | Withdrawal | ACH TruStage<br>TYPE: LIFE INSUR ID: 001CMLIIPY | -185.00 | 31,390.41 |
| 02/12 | 02/12 | Withdrawal | Debit Card Debit Card W/D<br>02/10 0    6041500302    0 WHATABURGER 179 Q26 FORT WORTH TX | -24.39 | 31,366.02 |
| 02/12 | 02/12 | Withdrawal | Debit Card Debit Card W/D<br>02/11 0    6042704957    0 CHIPOTLE 0096 HURST TX | -10.12 | 31,355.90 |
| 02/12 | 02/12 | Withdrawal | Check 4086 | -2,000.00 | 29,355.90 |
| 02/13 | 02/13 | Withdrawal | POS #000073083912<br>Harbor Freight Tools U 3569 NW CENTRE DRIVE LAKE WORTH TX | -21.63 | 29,334.27 |
| 02/13 | 02/13 | Withdrawal | #000000002815<br>EECU 1600 CAMPUS DR HURST TX | -200.00 | 29,134.27 |
| 02/13 | 02/13 | Deposit | CIDEMA $650/STADIUM $1500 | 2,150.00 | 31,284.27 |
| 02/13 | 02/13 | Withdrawal | POS #000000030964<br>DISCOUNT TIRE-TXD 82 13032 HIGHWAY 287 HASLET TX | -107.50 | 31,176.77 |
| 02/13 | 02/13 | Withdrawal | Debit Card Debit Card W/D<br>02/11 0    6042513877    0 QT 954 FT WORTH TX | -82.00 | 31,094.77 |
| 02/13 | 02/13 | Withdrawal | Debit Card Debit Card W/D<br>02/12 0    6043692637    0 TEXAS ROADHOUSE #2822 FORT WORTH TX | -63.83 | 31,030.94 |
| 02/13 | 02/13 | Withdrawal | Debit Card Debit Card W/D<br>02/11 0    6042520387    0 SHELL OIL 57546540105 FORT WORTH TX | -39.00 | 30,991.94 |
| 02/13 | 02/13 | Withdrawal | Debit Card Debit Card W/D<br>02/12 0    6043701518    0 ELKINS HARDWARE SAGINAW TX | -2.14 | 30,989.80 |
| 02/13 | 02/13 | Withdrawal | Debit Card Debit Card W/D<br>02/12 0    6043703535    0 FREEMAN TOYOTA #2 HURST TX | -6.50 | 30,983.30 |
| 02/15 | 02/15 | Withdrawal | POS #000012228807<br>KROGER #0576 4750 W BAILEY BOSWELL R FORT WORTH TX | -5.90 | 30,977.40 |
| 02/15 | 02/15 | Withdrawal | POS #000026001613<br>Harbor Freight Tools -n13 3569 NW CENTRE DRIVE LAKE WORTH TX | -87.63 | 30,889.77 |
| 02/15 | 02/15 | Withdrawal | Online Banking Transfer To Loan 07<br>Internet Access 02/15/2026 18:21 713134 | -1,500.12 | 29,389.65 |
| 02/15 | 02/15 | Withdrawal | Online Banking Transfer To Loan 08<br>Internet Access 02/15/2026 18:25 713219 | -1,035.00 | 28,354.65 |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D<br>02/12 0    6043725753    1 BUC-EE'S #0037 FORT | -21.25 | 28,333.40 |



| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 5 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | WORTH TX | | |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D | -17.65 | 28,315.75 |
| | | | 02/13 0   6044583253   0 PAR*SMOOTHIE KING SK20 HASLET TX | | |
| 02/15 | 02/15 | Recurring W/D | Debit Card Debit Card W/D | -14.06 | 28,301.69 |
| | | | 02/13 0   6044669247   1 ADOBE INC. 4085366000 CA | | |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D | -8.38 | 28,293.31 |
| | | | 02/13 0   6044578951   0 WHATABURGER 1063 SAGINAW TX | | |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D | -71.67 | 28,221.64 |
| | | | 02/12 0   6043726446   1 QT 886 OUTSIDE AZLE TX | | |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D | -14.17 | 28,207.47 |
| | | | 02/12 0   6043734987   1 FREEBIRDS 20640 HURST TX | | |
| 02/15 | 02/15 | Withdrawal | Debit Card Debit Card W/D | -64.95 | 28,142.52 |
| | | | 02/13 0   6044542931   0 VIRTUAL GREENS GOLF LO AZLE TX | | |
| 02/16 | 02/16 | Withdrawal | POS #000013000237 | -15.69 | 28,126.83 |
| | | | BAD AZZ BURRITO -w37 1200 BLUEMOUND RD #170 SAGINAW TX | | |
| 02/16 | 02/16 | Withdrawal | #000000000579 | -102.50 | 28,024.33 |
| | | | Hop In 2 1515 SE PARKWAY AZLE TX | | |
| 02/16 | 02/16 | Withdrawal | ATM Fee | -3.00 | 28,021.33 |
| | | | Hop In 2 1515 SE PARKWAY AZLE TX | | |
| 02/16 | 02/16 | Withdrawal | Debit Card Debit Card W/D | -35.00 | 27,986.33 |
| | | | 02/14 0   6045555709   0 QT 850 ARLINGTON TX | | |
| 02/16 | 02/16 | Withdrawal | Debit Card Debit Card W/D | -62.00 | 27,924.33 |
| | | | 02/15 0   6046604392   0 ACE OF AZLE AZLE TX | | |
| 02/17 | 02/17 | Withdrawal | ACH DATCU | -1,807.76 | 26,116.57 |
| | | | TYPE: ACH TRNSFR ID: 0750813379 | | |
| 02/17 | 02/17 | Withdrawal | POS #000009482928 | -38.13 | 26,078.44 |
| | | | QT 886 OUTSIDE 161 INDUSTRIAL AVE AZLE TX | | |
| 02/17 | 02/17 | Withdrawal | POS #000012001361 | -54.11 | 26,024.33 |
| | | | BEST BUY 0001494-s61 9494 NORTH FWY FORT WORTH TX | | |
| 02/17 | 02/17 | Withdrawal | POS #000085578915 | -83.97 | 25,940.36 |
| | | | EZ STOP 11 HALTOM HALTOM TX | | |
| 02/17 | 02/17 | Withdrawal | Check 4087 | -1,000.00 | 24,940.36 |
| 02/17 | 02/17 | Withdrawal | Check 4088 | -1,000.00 | 23,940.36 |
| 02/18 | 02/18 | Withdrawal | Debit Card Debit Card W/D | -35.98 | 23,904.38 |
| | | | 02/17 0   6048190855   0 AMAZON MKTPL*B91XZ0O12 SEATTLE WA | | |
| 02/18 | 02/18 | Withdrawal | Debit Card Debit Card W/D | -25.28 | 23,879.10 |
| | | | 02/17 0   6048651391   0 CHIPOTLE 0661 WATAUGA TX | | |
| 02/18 | 02/18 | Withdrawal | Check 4089 | -1,650.00 | 22,229.10 |
| 02/18 | 02/18 | Withdrawal | Check 4090 | -3,710.93 | 18,518.17 |
| 02/19 | 02/19 | Withdrawal | ACH STATE FARM RO 27 | -872.51 | 17,645.66 |
| | | | TYPE: CPC-CLIENT ID: 9000313004 | | |
| 02/19 | 02/19 | Withdrawal | Debit Card Debit Card W/D | -18.27 | 17,627.39 |
| | | | 02/18 0   6049627219   0 MCALISTERS DELI 550 LAKE WORTH TX | | |
| 02/19 | 02/19 | Withdrawal | Debit Card Debit Card W/D | -95.50 | 17,531.89 |
| | | | 02/17 0   6048531418   0 SHELL OIL 57546540105 FORT WORTH TX | | |
| 02/19 | 02/19 | Withdrawal | Debit Card Debit Card W/D | -85.14 | 17,446.75 |
| | | | 02/17 0   6048538805   0 THE HOME DEPOT | | |



| | | Member No. | Statement Period | Page |
|---|---|---|---|---|
| | | XXXXXX5271 | 02/01/26 - 02/28/26 | 6 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | #6557 IRVING TX | | |
| 02/20 | 02/20 | Withdrawal | ACH EDGE FITNESS<br>TYPE: CLUB DUES ID: CSEDGESAG | -32.46 | 17,414.29 |
| 02/20 | 02/20 | Withdrawal | ACH Wells Fargo Bank<br>TYPE: LOANLEASE ID: WFEFIMSG11 | -1,003.16 | 16,411.13 |
| 02/20 | 02/20 | Recurring W/D | Debit Card Debit Card W/D<br>02/19 0    6050529535    0<br>SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -26.63 | 16,384.50 |
| 02/20 | 02/20 | Withdrawal | Adjustment Debit Card Credit Voucher<br>02/19 0    6050180345    0 BEST BUY 00014944<br>FORT WORTH TX | 54.11 | 16,438.61 |
| 02/22 | 02/22 | Withdrawal | POS #000034054777<br>J J'S #268 AZLE AZLE TX | -23.37 | 16,415.24 |
| 02/22 | 02/22 | Withdrawal | Debit Card Debit Card W/D<br>02/20 0    6051935115    1 BOOMERJACKS GRILL &<br>FORT WORTH TX | -85.34 | 16,329.90 |
| 02/22 | 02/22 | Withdrawal | Debit Card Debit Card W/D<br>02/19 0    6050722709    1 CHICK-FIL-A #05230<br>NORTH RICHLA TX | -9.84 | 16,320.06 |
| 02/22 | 02/22 | Withdrawal | Debit Card Debit Card W/D<br>02/19 0    6050692994    1 AUGIES SUNSET CAFE<br>AND FORT WORTH TX | -59.86 | 16,260.20 |
| 02/22 | 02/22 | Withdrawal | Debit Card Debit Card W/D<br>02/19 0    6050696722    1 THE HOME DEPOT<br>#6549 LAKEWORTH TX | -11.67 | 16,248.53 |
| 02/23 | 02/23 | Withdrawal | ACH SAMS CLUB<br>TYPE: PAYMENT ID: 9130142001 | -40.00 | 16,208.53 |
| 02/23 | 02/23 | Withdrawal | ACH T-MOBILE<br>TYPE: PCS SVC ID: 0000450304 | -319.99 | 15,888.54 |
| 02/23 | 02/23 | Deposit | <br>ARMET BEACH & BASSWOOD$18100 | 18,100.00 | 33,988.54 |
| 02/23 | 02/23 | Withdrawal | POS #000085574097<br>EZ STOP 11 HALTOM HALTOM TX | -83.86 | 33,904.68 |
| 02/23 | 02/23 | Withdrawal | Debit Card Debit Card W/D<br>02/22 0    6053490556    0 BUC-EE'S #0037 FORT<br>WORTH TX | -90.01 | 33,814.67 |
| 02/23 | 02/23 | Withdrawal | Check 4091 | -430.84 | 33,383.83 |
| 02/24 | 02/23 | Withdrawal | Transfer<br>To TAYLOR,STEPHEN D XXXXXXXXXX Loan 01<br>AUTO TRANSFER | -898.29 | 32,485.54 |
| 02/24 | 02/24 | Withdrawal | ACH Germania<br>TYPE: debitpmt ID: 9760958000 | -99.17 | 32,386.37 |
| 02/24 | 02/24 | Recurring W/D | Debit Card Debit Card W/D<br>02/23 0    6054526414    0 HP *INSTANT INK PALO<br>ALTO CA | -17.31 | 32,369.06 |
| 02/25 | 02/25 | Withdrawal | Debit Card Debit Card W/D<br>02/24 0    6055652052    0 BOOMERJACKS GRILL<br>& FORT WORTH TX | -23.15 | 32,345.91 |
| 02/25 | 02/25 | Withdrawal | Debit Card Debit Card W/D<br>02/25 0    6056633388    0 RE/MAX,LLC *BILLING<br>DENVER CO | -34.17 | 32,311.74 |
| 02/25 | 02/25 | Withdrawal | Debit Card Debit Card W/D<br>02/24 0    6055471689    0 BUFFALO WILD WNGS<br>0101 KELLER TX | -34.48 | 32,277.26 |
| 02/25 | 02/25 | Withdrawal | Debit Card Debit Card W/D<br>02/24 0    6055652104    0 GRIFFS HALTOM CITY<br>HALTOM CITY TX | -21.41 | 32,255.85 |
| 02/25 | 02/25 | Withdrawal | Check 4092 | -2,900.00 | 29,355.85 |
| 02/26 | 02/26 | Withdrawal | POS #000090430464 | -74.01 | 29,281.84 |

 **EECU**

| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 7 of 10 |

| | | **Account # 11 BUSINESS CHECKING - Continued** | | |
|---|---|---|---|---|
| **Tran Date** | **Eff Date** | **Transaction Description** | **Amount** | **Balance** |
| | 02/26 | H-E-B GAS/CARWA PLEASANTON PLEASANTON TX | | 0.00 |
| 02/26 | 02/26 | Withdrawal INQ PAI ATM 901 BOYD RD AZLE TX #000000000870 | -200.00 | 29,081.84 |
| 02/26 | 02/26 | Withdrawal POS #000048226153 PAI ATM 901 BOYD RD AZLE TX | -31.89 | 29,049.95 |
| 02/26 | 02/26 | Withdrawal Debit Card Debit Card W/D RACETRAC 177 AZLE AZLE TX 02/25 0    6056691489    0 TARRANT VEHREG FORT WORTH TX | -146.75 | 28,903.20 |
| 02/26 | 02/26 | Withdrawal Debit Card Debit Card W/D 02/25 0    6056691531    0 TEXAS.GOV*SERVICEFEE T AUSTIN TX | -2.00 | 28,901.20 |
| 02/26 | 02/26 | Withdrawal Debit Card Debit Card W/D 02/25 0    6056529296    0 CHICKEN EXPRESS-BOATCL FORT WORTH TX | -40.04 | 28,861.16 |
| 02/27 | 02/27 | Withdrawal ACH BRATTON REAL EST TYPE: BILL PAYMT ID: M391165550 | -300.00 | 28,561.16 |
| 02/27 | 02/27 | Withdrawal ACH TOYOTA ACH RTL TYPE: TEL ID: 4953775816 | -888.43 | 27,672.73 |
| 02/27 | 02/27 | Withdrawal ACH SHOCKING C PROPE TYPE: BILL PAYMT ID: M391165550 | -1,300.00 | 26,372.73 |
| 02/27 | 02/27 | Withdrawal POS #000003000289 STAPLES 1254 -w89 6313 LAKE WORTH BLVD LAKE WORTH TX | -188.34 | 26,184.39 |
| 02/27 | 02/27 | Withdrawal Debit Card Debit Card W/D 02/26 0    6057643514    0 RACETRAC 2501 FT. WORTH TX | -101.00 | 26,083.39 |
| 02/27 | 02/27 | Withdrawal Debit Card Debit Card W/D 02/26 0    6057642041    0 SAN DIEGO TACOS 3 RICHLAND HIL TX | -11.37 | 26,072.02 |
| 02/27 | 02/27 | Withdrawal Check 4093 | -1,000.00 | 25,072.02 |
| 02/28 | 02/28 | Recurring W/D Bill Payment #000000637007 ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | -32.46 | 25,039.56 |
| 02/28 | 02/28 | Recurring W/D Bill Payment #000000010919 ABC*FOXFITNESSTX ABC*FOX FITNESS FORT WORTH TX | -32.46 | 25,007.10 |
| 02/28 | 02/28 | Recurring W/D Debit Card Debit Card W/D 02/27 0    6058723193    0 SXM*SIRIUSXM.COM/ACCT NEW YORK NY | -27.71 | 24,979.39 |
| 02/28 | 02/28 | Withdrawal Debit Card Debit Card W/D 02/27 0    6058726640    0 CHEVRON 0175136 FORT WORTH TX | -75.68 | 24,903.71 |
| 02/28 | 02/28 | Withdrawal Debit Card Debit Card W/D 02/28 0    6059285178    1 EAGLEVIEWTECHNOLOGIES BELLEVUE WA | -49.00 | 24,854.71 |
| 02/28 | 02/28 | Withdrawal Debit Card Debit Card W/D 02/27 0    6058303965    1 CHIPOTLE 2772 LAKE WORTH TX | -9.69 | 24,845.02 |
| 02/28 | 02/28 | Withdrawal Service Fees | -10.00 | 24,835.02 |
| **02/28** | | **Ending Balance** | | **24,835.02** |

**Interest YTD on BUSINESS CHECKING (11)..............$0.00**
**116 Withdrawals = 37,128.28   4 Deposits = 27,904.11          15 Checks Cleared for $44,797.14**

| | | **Checks Cleared** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date | Amount | No. | Date | Amount | No. | Date | Amount |
| 4072 | 02/04 | 14,857.37 | 4078* | 02/02 | 2,000.00 | 4080* | 02/02 | 5,000.00 |

 **EECU**

| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 8 of 10 |

## Account # 11 BUSINESS CHECKING - Continued

| Tran Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

### Checks Cleared

| No. | Date | Amount | No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4081 | 02/02 | 500.00 | 4086* | 02/12 | 2,000.00 | 4090 | 02/18 | 3,710.93 |
| 4082 | 02/02 | 2,000.00 | 4087 | 02/17 | 1,000.00 | 4091 | 02/23 | 430.84 |
| 4083 | 02/02 | 3,374.00 | 4088 | 02/17 | 1,000.00 | 4092 | 02/25 | 2,900.00 |
| 4084 | 02/02 | 3,374.00 | 4089 | 02/18 | 1,650.00 | 4093 | 02/27 | 1,000.00 |

*next to number indicates skip in number sequence

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02/06 | Deposit | 7,600.00 | 02/20 | Withdrawal Adjustment Debit Card | 54.11 |
| 02/13 | Deposit | 2,150.00 | 02/23 | Deposit | 18,100.00 |

### Withdrawals and Other Charges

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02/02 | Withdrawal ACH | 376.41 | 02/15 | Withdrawal Debit Card | 14.06 |
| 02/02 | Withdrawal ACH | 887.86 | 02/15 | Withdrawal Debit Card | 8.38 |
| 02/02 | Withdrawal POS | 73.64 | 02/15 | Withdrawal Debit Card | 71.67 |
| 02/02 | Withdrawal POS | 181.51 | 02/15 | Withdrawal Debit Card | 14.17 |
| 02/02 | Withdrawal POS | 10.57 | 02/15 | Withdrawal Debit Card | 64.95 |
| 02/02 | Withdrawal Debit Card | 87.09 | 02/16 | Withdrawal POS | 15.69 |
| 02/03 | Withdrawal ACH | 48.00 | 02/16 | Withdrawal | 102.50 |
| 02/03 | Withdrawal ACH | 172.04 | 02/16 | Withdrawal Fee | 3.00 |
| 02/03 | Withdrawal ACH | 1,864.00 | 02/16 | Withdrawal Debit Card | 35.00 |
| 02/03 | Withdrawal POS | 11.20 | 02/16 | Withdrawal Debit Card | 62.00 |
| 02/03 | Withdrawal Debit Card | 18.27 | 02/17 | Withdrawal ACH | 1,807.76 |
| 02/03 | Withdrawal Debit Card | 730.61 | 02/17 | Withdrawal POS | 38.13 |
| 02/03 | Withdrawal Debit Card | 2.14 | 02/17 | Withdrawal POS | 54.11 |
| 02/03 | Withdrawal Debit Card | 11.77 | 02/17 | Withdrawal POS | 83.97 |
| 02/04 | Withdrawal POS | 66.77 | 02/18 | Withdrawal Debit Card | 35.98 |
| 02/04 | Withdrawal | 280.00 | 02/18 | Withdrawal Debit Card | 25.28 |
| 02/04 | Withdrawal Debit Card | 1,047.43 | 02/19 | Withdrawal ACH | 872.51 |
| 02/04 | Withdrawal Debit Card | 19.60 | 02/19 | Withdrawal Debit Card | 18.27 |
| 02/04 | Withdrawal Debit Card | 470.00 | 02/19 | Withdrawal Debit Card | 95.50 |
| 02/05 | Withdrawal ACH | 186.19 | 02/19 | Withdrawal Debit Card | 85.14 |
| 02/05 | Withdrawal ACH | 500.00 | 02/20 | Withdrawal ACH | 32.46 |
| 02/05 | Withdrawal Debit Card | 10.01 | 02/20 | Withdrawal ACH | 1,003.16 |
| 02/06 | Withdrawal ACH | 139.71 | 02/20 | Withdrawal Debit Card | 26.63 |
| 02/06 | Withdrawal | 203.00 | 02/22 | Withdrawal POS | 23.37 |
| 02/06 | Withdrawal Fee | 3.00 | 02/22 | Withdrawal Debit Card | 85.34 |
| 02/06 | Withdrawal POS | 17.89 | 02/22 | Withdrawal Debit Card | 9.84 |
| 02/06 | Withdrawal Debit Card | 84.09 | 02/22 | Withdrawal Debit Card | 59.86 |
| 02/06 | Withdrawal Debit Card | 439.15 | 02/22 | Withdrawal Debit Card | 11.67 |
| 02/06 | Withdrawal Debit Card | 177.84 | 02/23 | Withdrawal ACH | 40.00 |
| 02/08 | Withdrawal Debit Card | 46.35 | 02/23 | Withdrawal ACH | 319.99 |
| 02/08 | Withdrawal Debit Card | 63.82 | 02/23 | Withdrawal POS | 83.86 |
| 02/09 | Withdrawal ACH | 14,022.14 | 02/23 | Withdrawal Debit Card | 90.01 |
| 02/09 | Withdrawal Debit Card | 59.09 | 02/24 | Withdrawal Transfer | 898.29 |
| 02/09 | Withdrawal Debit Card | 65.08 | 02/24 | Withdrawal ACH | 99.17 |
| 02/10 | Withdrawal ACH | 25.00 | 02/24 | Withdrawal Debit Card | 17.31 |
| 02/10 | Withdrawal Debit Card | 17.31 | 02/25 | Withdrawal Debit Card | 23.15 |
| 02/11 | Withdrawal | 103.00 | 02/25 | Withdrawal Debit Card | 34.17 |
| 02/11 | Withdrawal Fee | 3.00 | 02/25 | Withdrawal Debit Card | 34.48 |
| 02/11 | Withdrawal Online Banking Transfer | 1,190.00 | 02/25 | Withdrawal Debit Card | 21.41 |
| 02/11 | Withdrawal Debit Card | 39.99 | 02/26 | Withdrawal POS | 74.01 |
| 02/11 | Withdrawal Debit Card | 20.98 | 02/26 | Withdrawal | 200.00 |
| 02/12 | Withdrawal ACH | 185.00 | 02/26 | Withdrawal POS | 31.89 |
| 02/12 | Withdrawal Debit Card | 24.39 | 02/26 | Withdrawal Debit Card | 146.75 |
| 02/12 | Withdrawal Debit Card | 10.12 | 02/26 | Withdrawal Debit Card | 2.00 |
| 02/13 | Withdrawal POS | 21.63 | 02/26 | Withdrawal Debit Card | 40.04 |
| 02/13 | Withdrawal | 200.00 | 02/27 | Withdrawal ACH | 300.00 |
| 02/13 | Withdrawal POS | 107.50 | 02/27 | Withdrawal ACH | 888.43 |
| 02/13 | Withdrawal Debit Card | 82.00 | 02/27 | Withdrawal ACH | 1,300.00 |
| 02/13 | Withdrawal Debit Card | 63.83 | 02/27 | Withdrawal POS | 188.34 |
| 02/13 | Withdrawal Debit Card | 39.00 | 02/27 | Withdrawal Debit Card | 101.00 |
| 02/13 | Withdrawal Debit Card | 2.14 | 02/27 | Withdrawal Debit Card | 11.37 |
| 02/13 | Withdrawal Debit Card | 6.50 | 02/28 | Withdrawal Bill Payment | 32.46 |
| 02/15 | Withdrawal POS | 5.90 | 02/28 | Withdrawal Bill Payment | 32.46 |
| 02/15 | Withdrawal POS | 87.63 | 02/28 | Withdrawal Debit Card | 27.71 |
| 02/15 | Withdrawal Online Banking Transfer | 1,500.12 | 02/28 | Withdrawal Debit Card | 75.68 |
| 02/15 | Withdrawal Online Banking Transfer | 1,035.00 | 02/28 | Withdrawal Debit Card | 49.00 |
| 02/15 | Withdrawal Debit Card | 21.25 | 02/28 | Withdrawal Debit Card | 9.69 |
| 02/15 | Withdrawal Debit Card | 17.65 | 02/28 | Withdrawal Fee | 10.00 |

# ≡ EECU

| Member No. | Statement Period | Page |
|---|---|---|
| XXXXXX5271 | 02/01/26 - 02/28/26 | 9 of 10 |

| Account # 11 BUSINESS CHECKING - Continued | | | | |
|---|---|---|---|---|
| Tran Date | Eff Date | Transaction Description | Amount | Balance |

**Total Overdraft or Courtesy Pay Fees and Total Nonsufficient Funds (NSF) or Overdrawn Fees**

**Current Overdraft Limit**        **2,500.00**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft or Courtesy Pay Fees | 0.00 | 0.00 |
| Total NSF or Overdrawn Fees | 0.00 | 0.00 |

<u>Overdraft or Courtesy Pay Fees.</u> Overdrafts may be created in several ways, including by ATM or debit card, check, in-person withdrawal, transfer, or by other electronic means. We will generally pay overdrafts up to the dollar limit previously disclosed to you if your account is in good standing, which means your account is not continuously overdrawn for more than 20 days, is not in default on any loan, is not subject to legal action, and receives regular deposits consistent with past practices. Overdrafts will not, however, be paid on ATM and one-time (everyday) debit card transactions unless you ask us to. The Overdraft or Courtesy Pay Fee is listed in our Fee Schedule. Your Overdraft Limit may be reduced by any small dollar loans and fees. Ultimately, whether your overdraft will be paid is at our discretion and we reserve the right not to pay. Please refer to the Membership and Account Agreement and Overdraft Services Disclosure and Agreement, both of which are incorporated herein by reference, for more information.

<u>NSF or Overdrawn Fees.</u> An NSF or Overdrawn Fee will be charged each time an item is presented and represented for payment against your account and returned for nonsufficient or insufficient funds. The NSF or Overdrawn Fee is listed in our Fee Schedule.

| 2022 CHEVROLET SILVERADO 2500 (06) | | | | | | |
|---|---|---|---|---|---|---|
| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
| **02/01** | | **Beginning Balance** | | | | | **38,338.02** |
| 02/11 | 02/11 | Payment<br>Online Banking Transfer From Share 11<br>Internet Access 02/11/2026 19:49 615139 | -1,190.00 | 222.72 | -967.28 | | 37,370.74 |
| **02/28** | | **Ending Balance** | | | | | **37,370.74** |

**Interest Paid Year to Date** ...................**451.02**
**Interest Due through 02/28/26** .................**126.06**
**Annual Percentage Rate** ................... **6.840%**
**Daily Periodic Rate** ................... **.018739%**

**A Payment of 1181.48 is Due on 03/11/26**

| Deposits and Other Credits | | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Date | Description | Amount |
| 02/11 | Payment Online Banking Transfer | 1,190.00 | | | |

| 2023 CHEVROLET SILVERADO 3500 (07) | | | | | | |
|---|---|---|---|---|---|---|
| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
| **02/01** | | **Beginning Balance** | | | | | **47,452.94** |
| 02/15 | 02/15 | Payment<br>Online Banking Transfer From Share 11<br>Internet Access 02/15/2026 18:21 713134 | -1,500.12 | 275.67 | -1,224.45 | | 46,228.49 |
| **02/28** | | **Ending Balance** | | | | | **46,228.49** |

**Interest Paid Year to Date** ...................**558.41**
**Interest Due through 02/28/26** ...................**121.28**
**Annual Percentage Rate** ................... **6.840%**
**Daily Periodic Rate** ................... **.018739%**

**A Payment of 1500.12 is Due on 03/15/26**

| Deposits and Other Credits | | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Date | Description | Amount |
| 02/15 | Payment Online Banking Transfer | 1,500.12 | | | |

# ⊫ EECU

| | Member No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX5271 | 02/01/26 - 02/28/26 | 10 of 10 |

| BUSINESS UNSECURED TERM (08) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tran Date | Eff Date | Transaction Description | Amount | Finance Charge | Bal Change | Late Charge | Balance |
| **02/01** | | **Beginning Balance** | | | | | **36,015.61** |
| 02/15 | 02/15 | Payment | -1,035.00 | 366.76 | -668.24 | | 35,347.37 |
| | | Online Banking Transfer From Share 11 | | | | | |
| | | Internet Access 02/15/2026 18:25 713219 | | | | | |
| **02/28** | | **Ending Balance** | | | | | **35,347.37** |

**Interest Paid Year to Date** ...................740.25
**Interest Due through 02/28/26** .................162.56
**Annual Percentage Rate** .................. 11.990%
**Daily Periodic Rate** ................... .032849%

**A Payment of 1034.43 is Due on 03/15/26**

| Deposits and Other Credits | | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Date | Description | Amount |
| 02/15 | Payment Online Banking Transfer | 1,035.00 | | | |