UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
NORTHERN DIVISION

IN RE:

DIAMOND RENOVATIONS, INC

CASE NO: 25-42386-elm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 46

On 6/4/2026, I did cause a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan ECF Docket Reference No. 46

Post Confirmation Order 47

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
NORTHERN DIVISION

IN RE:

DIAMOND RENOVATIONS, INC

CASE NO: 25-42386-elm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 46

On 6/4/2026, a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan ECF Docket Reference No. 46

Post Confirmation Order 47

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-42386-ELM
NORTHERN DISTRICT OF TEXAS
THU JUN 4 10-40-2 PST 2026

EECU
ATTN BANKRUPTCY
PO BOX 1777
FORT WORTH  TX 76101-1777

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES  CA 90096-8000

ANGIE CRYER
9656 HOUSTON HILL RD
FORT WORTH  TX 76179-6013

BANK OF AMERICA
PO BOX BOX 851001
DALLAS  TX 75285-1001

CADENCE BANK
ATTN CENTRAL LOAN OPERATIONS
PO BOX 4360
TUPELO  MS 38803-4360

CITI COSTCO BUSINESS
PO BOX 658234
DALLAS  TX 75265-8234

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
S LOUIS  MO 63179-0040

EECU
1617 W 7TH ST
FORT WORTH  TX 76102-2503

EXCLUDE

(U)DATCU CREDIT UNION

NORRED LAW PLLC
515 E BORDER ST
ARLINGTON  TX 76010-7402

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER AND ASSOCIATES  PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER  MA 01810-0943

ANTHONY F CICCONE
1101 S CAPITAL OF TX HWY
BLDG G  STE 200
AUSTIN  TX 78746-6445

BRACKETT  ELLIS
100 MAIN ST
FORT WORTH  TX 76102-3008

CHASE BUSINESS INK
PO BOX 1423
CHARLOTTE  NC 28201-1423

CITI EXECUTIVE
PO BOX BOX 658202
DALLAS  TX 75265-8202

DATCU
PO BOX 827
DENTON  TX 76202-0827

EECU
717 E BAILEY BOSWELL RD
FORT WORTH  TX 76131-3511

DEBTOR

DIAMOND RENOVATIONS  INC
9227 LIVE OAK LN
FORT WORTH  TX 76179-4063

EXCLUDE

501 W TENTH STREET
FORT WORTH  TX 76102-3637

ANGELA M LIPSCOMB  ESQ
LIPSCOMB  PARTNERS  PLLC
127 W FAIRBANKS AVE
SUITE 483
WINTER PARK  FL 32789-4326

ATTORNEY GENERAL
MAIN JUSTICE BLDG  ROOM 5111
10TH  CONSTITUTION AVE  NW
WASHINGTON  DC 20530-0001

BRATTON REAL ESTATE
3916 WESTWAY TERRACE
FORT WORTH  TX 76179-2511

CITI BUSINESS CARD
PO BOX 6004
SIOUX FALLS  SD 57117-6004

CITIBANK PERSONAL LOAN
PO BOX 78917
PHOENIX  AZ 85062-8917

DISCOVER
PO BOX 71242
CHARLOTTE  NC 28272-1242

EECU
PO BOX 1777
FORT WORTH  TEXAS 76101-1777

EECU SIGNATURE FIXED LOAN
PO BOX 1687
FORT WORTH  TX 76101-1687

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

HOME DEPOT COMMERCIAL
PO BOX 790345
SAINT LOUIS  MO 63179-0345

HOME DEPOT USA  INC
1101 S CAPITAL OF TX HWY
BLDG G  STE 200
AUSTIN  TX 78746-6445

HOME DEPOT USA INC
CO NCS CREDIT
729 MINER ROAD
CO NCS CREDIT  729 MINER ROAD
HIGHLAND HEIGHTS  OH 44143-2117

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVICE
1100 COMMERCE STREET
MC5026 DAL
DALLAS  TX 75242

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

KUBOTA CREDIT
PO BOX 559
CAROL STREAM  IL 60132-0559

KUBOTA CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

LGBS
100 THROCKMORTON ST  300
FORT WORTH  TX 76102-2833

LGBSDALLAS
3500 MAPLE AVE SUITE 800
DALLAS  TX 75219-3959

LOWES BUSINESS ADVANTAGE
PO BOX  669824
DALLAS  TX 75266-0781

MULLIGAN FUNDING
4715 VIEWRIDGE AVE 100
SAN DIEGO  CA 92123-1628

MULLIGAN FUNDING  LLC
4715 VIEWRIDGE AVE
SUITE 100
SAN DIEGO  CA 92123-1628

NATIONAL FUNDING
4380 LA JOLLA VILLAGE DR
SAN DIEGO  CA 92122-1233

NATIONAL FUNDING  INC
ROBERT ZAHRADKA  ESQ
4380 LA JOLLA VILLAGE DRIVE
SAN DIEGO  CA 92122-1233

ON DECK
4700 W DAYBREAK PKWY STE 200
SOUTH JORDAN  UT 84009-5133

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON  TX 76010-7457

RANDALL CRYER
9656 HOUSTON HILL RD
FORT WORTH  TX 76179-6013

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH  TX 76196-0206

SHOCKING C
927 LIVE OAK LN
FORT WORTH  TX 76179

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

STEPHEN DANIEL TAYLOR
1572 FLYING JIB
AZLE  TX 76020-4972

SYNCHRONY BANK
170 W ELECTION RD
DRAPER  UT 84020-6425

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD  STE 400
DALLAS  TX 75201-6598

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

THE PRITCHARD LAW FIRM PLLC
DAVID L PRITCHARD
1244 SOUTHRIDGE COURT STE 102
HURST TX 76053-4307

TOYOTA FINANCIAL
6565 HEADQUARTERS DR
PLANO TX 75024-5965

TROY D BOLEN
1101 S CAPITAL OF TEXAS HWY BLDG G S
AUSTIN TX 78746-6445

US ATTORNEYNORTH
3RD FLOOR 1100 COMMERCE ST
DALLAS TX 75242

EXCLUDE

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US TRUSTEE
1100 COMMERCE ST RM 976
DALLAS TX 75242-0996

(D)(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

WELLS FARGO BANK NA
ATTENTION TO RYAN JOSHUA MANALANSAN MEN
801 WALNUT STREET MAC F0006-052
DES MOINES IA 50309-3606

WELLS FARGO EQUIPMENT
800 WALNUT ST 4TH FLOOR
DES MOINES IA 50309-3605

WEX BANK
ATTN LEGAL BANKRUPTCY
1 HANCOCK STREET
PORTLAND ME 04101-4217

BEHROOZ P VIDA SBRA V
3000 CENTRAL DR
BEDFORD TX 76021-3671

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON TX 76010-7402