# TIME AND BILLING

## TIME REPORT

| | |
|---|---|
| **Case No.:** | 25-42386-ELM |
| **Case Name:** | DIAMOND RENOVATIONS, INC. |
| **Start Date:** | 8/28/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**
Behrooz P. Vida

| RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|

**Firm Name: Subchapter V Trustee**
**Professional: Behrooz Vida**

| RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| $495.00 | 1.20 | $594.00 | 1.20 | $594.00 | Billable |

08/28/2025: E-mail from Erin Scmidt attaching various documents; reviewed the documents; ran a conflict check, responded to her; reviewed the pleadings already filed in the case; review and complete verified statement, printed, signed, scanned and e-mailed the verified statement back to Erin (1.2)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

08/28/2025: Notice of appointment (.1)

| $495.00 | 1.50 | $742.50 | 1.50 | $742.50 | Billable |
|---|---|---|---|---|---|

08/30/2025: Review of Non-Individual Voluntary Petition Chapter 11; Amended Schedules; Cash Flow Statement; Balance Sheet; Statement of Operations; Trustee's initial report of meeting of creditors held; Debtor-In-Possession Monthly Operating Report for Filing Period June 30, 2025-July31, 2025 filed by Debtor Diamond Renovations, Inc.; Scheduling Order regarding SubChapter V Case (1.5)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

09/02/2025: Communication with software provider on the case (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

09/08/2025: POC # 8 by National Funding, Inc. (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

09/10/2025: POC #9, #10 and #11 by EECU (.2)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

09/13/2025: POC #12 by Kubota Credit Corporation  (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

09/17/2025: Order granting application to employ Norred Law PLLC for Diamond Renovations, Inc. as Attorney (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

09/18/2025: Debtor-In-Possession Monthly Operating Report for Filing Period August 2025 filed by Debtor Diamond Renovations, Inc. (.2)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

09/19/2025: Order granting application to employ Norred Law PLLC for Diamond Renovations, Inc. as Attorney (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

09/23/2025: E-mail to Clayton Everett on paragraph 8 of scheduling Order, received a reply (.1)

| $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
|---|---|---|---|---|---|

09/30/2025: Chapter 11 consensual Plan Small Business Subchapter V. filed by Debtor Diamond Renovations, Inc. (.2); Motion to confirm termination or absence of stay Filed by Creditor DATCU Credit Union (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

10/09/2025: Pre-Status Conference Report filed by Debtor Diamond Renovations, Inc. (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

10/09/2025: POC #13 by Home Depot USA Inc. (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

10/17/2025: Debtor-In-Possession Monthly Operating Report for Filing Period September 2025 filed by Debtor Diamond Renovations, Inc. (.2)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

10/20/2025: Objection to motion to confirm termination or absence of stay filed by Creditor DATCU Credit Union filed by Debtor Diamond Renovations, Inc. (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

10/23/2025: POC #14 by Wex Bank (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/03/2025: E-mail to Clayton Everett on security deposit (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/04/2025: E-mail from Kendra Rust (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/06/2025: Agreed Order conditioning Motion to confirm termination or absence of stay (.1)

**TIME AND BILLING**

Page No:    2

**TIME REPORT**

| | |
|---|---|
| Case No.: | 25-42386-ELM |
| Case Name: | DIAMOND RENOVATIONS, INC. |
| Start Date: | 8/28/2025 |
| End Date: | 6/30/2026 |

**Trustee Name**
Behrooz P. Vida

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 11/11/2025: E-mail to debtor's counsel on missed security deposit payment (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 11/25/2025: Debtor-In-Possession Monthly Operating Report for Filing Period October 2025 filed by Debtor Diamond Renovations, Inc. (.2) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 12/19/2025: Debtor-In-Possession Monthly Operating Report for Filing Period November 2025 filed by Debtor Diamond Renovations, Inc. (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 12/30/2025: E-mail to the debtor's counsel (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 01/07/2026: E-mail from Angela Flint; e-mail from Clerk of the Court on available confirmation dates; checked the calendar and responded (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 01/15/2026: Certificate of service re: Chapter 11 Sub V Plan filed by Debtor Diamond Renovations, Inc. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 01/16/2026: Certificate of service re: Chapter 11 Sub V Plan filed by Debtor Diamond Renovations, Inc. (.1) | | | | | | |
| | $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
| 01/20/2026: E-mail from Angela Flint on confirmation date and time (.1); Debtor-In-Possession Monthly Operating Report for Filing Period December 2025 filed by Debtor Diamond Renovations, Inc. (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 01/27/2026: Certificate of service re: Notice of Hearing filed by Debtor Diamond Renovations, Inc. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 01/30/2026: POC #15 by Home Depot U.S.A., Inc. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 02/02/2026: Folow up with debtor's counsel on security deposit; received a reply (.1) | | | | | | |
| | $495.00 | 0.60 | $297.00 | 0.60 | $297.00 | Billable |
| 02/11/2026: Appeared at confirmation, it was continued; e-mailed documents to Clayton Everett; phone conversation with Clayton Everett (.6) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 02/21/2026: Debtor-In-Possession Monthly Operating Report for Filing Period January 2026 filed by Debtor Diamond Renovations, Inc. (.2) | | | | | | |
| | $495.00 | 0.60 | $297.00 | 0.60 | $297.00 | Billable |
| 02/22/2026: Review of e-mail and attachments from Clayton Everett with respect to the amended plan; addressed the issues that I see; via e-mail sent specific language for order resetting the confirmation hearing (.6) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 02/25/2026: Amended Chapter 11 Plan filed by Debtor Diamond Renovations, Inc. (.2) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 03/12/2026: Notice of hearing filed by Debtor Diamond Renovations, Inc. on confirmation of Amended Subchapter V plan (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 03/13/2026: Certificate of service re: Amended Plan & Notice of Hearing filed by Debtor Diamond Renovations, Inc. (.1) | | | | | | |
| | $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
| 03/20/2026: POC #16 by Home Depot U.S.A., Inc. (.1); Debtor-In-Possession Monthly Operating Report for Filing Period February 2026 filed by Debtor Diamond Renovations, Inc.. (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 03/28/2026: Follow up with debtor's counsel on security deposit (.1) | | | | | | |
| | $495.00 | 0.70 | $346.50 | 0.70 | $346.50 | Billable |
| 04/15/2026: Appeared at confirmation hearing (.7) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 04/28/2026: E-mail to Debtor's counsel regarding security deposit under Scheduling Order (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 05/26/2026: Order confirming chapter 11 plan (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |

# TIME AND BILLING

## TIME REPORT

**Case No.:**  25-42386-ELM  
**Case Name:**  DIAMOND RENOVATIONS, INC.  
**Start Date:**  8/28/2025  
**End Date:**  6/30/2026

**Trustee Name**  
Behrooz P. Vida

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| 05/27/2026: Post confirmation order. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 05/29/2026: BNC certificate of mailing - PDF document. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 06/05/2026: Certificate of service re: Order Confirming Amended Plan & Post Confirmation Order filed by Debtor Diamond Renovations, Inc. (.1) | | | | | | |
| | $495.00 | 1.00 | $495.00 | 1.00 | $495.00 | Billable |
| 06/24/2026: Trustee Fee Application (1.00) | | | | | | |
| **Professional: Tracy Galchutt** | | | | | | |
| | $150.00 | 0.50 | $75.00 | 0.50 | $75.00 | Billable |
| 06/17/2026: Prepare mailing matrix and envelopes for trustee fee application (13) | | | | | | |
| | $150.00 | 0.50 | $75.00 | 0.50 | $75.00 | Billable |
| 06/30/2026: Filed and served Trustee Fee Application (.5) | | | | | | |
| Behrooz Vida billable hours = 10.30 hours @ $495.00 totalling $5,098.50 | | | | | | |
| Behrooz Vida Non billable hours = 0.80 hours totalling $396.00 | | | | | | |
| Tracy Galchutt billable hours = 1.00 hours @ $150.00 totalling $150.00 | | | | | | |
| **Project Category  Total:** | | **12.10** | | | **$5,248.50** | |

Behrooz Vida billable hours = 10.30 hours totalling $5,098.50  
Behrooz Vida Non billable hours = 0.80 hours totalling $396.00  
Tracy Galchutt billable hours = 1.00 hours totalling $150.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Firm Name Subchapter V Trustee Total:** | | **12.10** | | | **$5,248.50** | |
| **TOTALS:** | | **12.10** | **$5,644.50** | **11.30** | **$5,248.50** | |

**EXPENSE REPORT**

| | |
|---|---|
| **Case No.:** | 25-42386-ELM |
| **Case Name:** | DIAMOND RENOVATIONS, INC. |
| **Start Date:** | 8/28/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**

Behrooz P. Vida

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant :** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Copies** | | | | | |
| 06/30/2026 | $0.200 | 78.00 | $15.60 | $15.60 | Billable |
| Description: Copies for Trustee Fee Application | | | | | |
| | | **Copies Total:** | **$15.60** | **$15.60** | |
| **Postage** | | | | | |
| 06/30/2026 | $0.780 | 13.00 | $10.14 | $10.14 | Billable |
| Description: Postage for Trustee Fee Application | | | | | |
| | | **Postage Total:** | **$10.14** | **$10.14** | |
| | | **Project Category  Total:** | **$25.74** | **$25.74** | |
| | | **Matter Code  Total:** | **$25.74** | **$25.74** | |

**EXPENSE SUMMARY:**   **$25.74**