Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-42386-ELM |
| DIAMOND RENOVATIONS, INC. | § | |
| Debtor. | § | CHAPTER 11 (Subchapter V) |

### CERTIFICATE OF NO OBJECTION

I hereby certify that on June 30, 2026,  I filed an Application for Trustee's Compensation and Expenses [ECF No. 50] (the "Application"), which contained twenty-one (21) day negative notice language. The deadline to object to the Application was July 21, 2026. As of today's date, no responses or objections to the Application have been filed.

Signed: July 22, 2026.

     /s/ Behrooz P. Vida
     Behrooz P. Vida
     State Bar No. 20578040
     SUBCHAPTER V TRUSTEE
     3000 Central Drive
     Bedford, Texas 76021
     EMAIL: behrooz@vidatrustee.com
     TEL: (817) 358-9977
     FAX: (817) 358-9988