

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2026**

_____
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-42386-ELM |
| DIAMOND RENOVATIONS, INC. | § | |
| Debtor. | § | CHAPTER 11 (Subchapter V) |

## ORDER GRANTING SUBCHAPTER V TRUSTEE'S APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Came to be considered *Subchapter V Trustee's Application for Compensation and Reimbursement of Expenses* (the "Application"), filed by BEHROOZ P. VIDA, SUBCHAPTER V TRUSTEE ("Trustee"). No objection was filed to the Application by any party in interest, any creditor or the Office of the United States Trustee. The Court is of the opinion that the fees and expenses sought in the Application were reasonable and necessary and should be awarded.

**IT IS THEREFORE ORDERED** that Trustee is awarded total compensation in the amount of $5,274.24 consisting of $25.74 in expenses and $5,248.50 in fees for the period June 08/28/2025 through 06/30/2026.

**IT IS FURTHER ORDERED** that Trustee is authorized to apply $5,274.24 against the security deposit of $7,000.00.

**IT IS FURTHER ORDERED** that Trustee is authorized to refund to Debtor the remaining balance of the security deposit in the total amount of $1,725.76.

### ###END OF ORDER###

Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988