United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 25-42386-elm

Diamond Renovations, Inc.                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diamond Renovations, Inc., 9227 Live Oak Ln, Fort Worth, TX 76179-4063 |
| aty | + Norred Law PLLC, 515 E. Border St., Arlington, TX 76010-7402 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida -SBRA V | on behalf of Trustee Behrooz P. Vida -SBRA V behrooz@vidatrustee.com cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com |
| Behrooz P. Vida -SBRA V | behrooz@vidatrustee.com cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com |
| Clayton Everett | on behalf of Debtor Diamond Renovations  Inc. clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David L. Pritchard | on behalf of Creditor EECU david@dlplegal.com  pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net |
| Tom W. Sharp | on behalf of Creditor DATCU Credit Union tsharp@blalack.com  bksupport@blalack.com |

District/off: 0539-4                    User: admin                          Page 2 of 2

Date Rcvd: Jul 22, 2026                 Form ID: pdf012                       Total Noticed: 2

United States Trustee

    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

    on behalf of Debtor Diamond Renovations  Inc. warren@norredlaw.com,
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 7



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2026**

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-42386-ELM |
| DIAMOND RENOVATIONS, INC. | § | |
| Debtor. | § | CHAPTER 11 (Subchapter V) |

---

### ORDER GRANTING SUBCHAPTER V TRUSTEE'S APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Came to be considered *Subchapter V Trustee's Application for Compensation and Reimbursement of Expenses* (the "Application"), filed by BEHROOZ P. VIDA, SUBCHAPTER V TRUSTEE ("Trustee"). No objection was filed to the Application by any party in interest, any creditor or the Office of the United States Trustee. The Court is of the opinion that the fees and expenses sought in the Application were reasonable and necessary and should be awarded.

**IT IS THEREFORE ORDERED** that Trustee is awarded total compensation in the amount of $5,274.24 consisting of $25.74 in expenses and $5,248.50 in fees for the period June 08/28/2025 through 06/30/2026.

**IT IS FURTHER ORDERED** that Trustee is authorized to apply $5,274.24 against the security deposit of $7,000.00.

**IT IS FURTHER ORDERED** that Trustee is authorized to refund to Debtor the remaining balance of the security deposit in the total amount of $1,725.76.

**###END OF ORDER###**

Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988